AO 91 (Rev. 3/99) Criminal Complaint

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF KENTUCKY

UNITED STATES OF AMERICA

### V.

George Clark
689 Garrison Hollow Rd.
Essie, KY 40827

(Name and Address of Defendant)

> EASTERN DISTRICT OF KENTUCKY
> FILED
> JAN    2007
> — — — — — — — — — — — —
> EDWARD B. ATKINS
> U.S. Magistrate Judge

## CRIMINAL COMPLAINT

CASE NUMBER: 0:07 mj 02 - EBA

I, Special Agent Jeffrey Baker, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about July 14, 2006 through August 19, 2006 in the County of Perry, in the Eastern District of Kentucky, defendant(s) did, (Track Statutory Language of Offense)

- Interfere with commerce by threats or violence  (7 Counts)

- Brandish a firearm during, in relation, and or in furtherance of Federal crimes of violence (7 Counts)

- Conspire to interfere with commerce by threats or violence and conspire to brandish and discharge a firearm during, in relation, and or in furtherance of Federal crimes of violence

in violation of Title 18 United States Code, Sections 1951, 924(c)(1)(A), and 371.

I further state that I am a Special Agent with the Bureau of Alcohol, Tobacco and Firearms and Explosives and that this complaint is based on the following facts:

See Attachment "A"

Continued on the attached sheet and made a part hereof:        x YES        ☐ NO

Signed By:
Edward B. Atkins *EBA*
United States Magistrate Judge

Sworn to before me and subscribed in my presence
January 29, 2007

_____
Date

Edward B. Atkins, U.S. Magistrate Judge
_____
Name and Title of Judicial Officer

_____
Jeffrey S. Baker, Special Agent, ATF

AT        Ashland, KY
_____
City and State