UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CRIMINAL NO.: 07-MJ-06011-REW

UNITED STATES OF AMERICA                                                         PLAINTIFF,

V.                                         **MOTION TO WITHDRAW**

GEORGE CLARK                                                                        DEFENDANT
_____

     Comes now, Warren N. Scoville, Attorney at Law, and MOVES this Court for an Order allowing him to withdraw as Counsel for the Defendant, GEORGE CLARK, and allowing said Defendant a reasonable amount of time in which to obtain new counsel. As grounds for this Motion counsel states that when he accepted this appointment he did not realize the complexity of the case and that this is in no way a reflection upon Mr. Clark. Furthermore, counsels paralegal is ill, has been placed off work by a physician and is not expected to return to work for a substantial period of time. The other attorney in the firm is very pregnant and due to deliver in the near future and will also be out of the office for a substantial period of time. With the current staffing issues of the counsel's office and the complexity of the case it would be ill-advised for him to continue in his representation. This is in no way a reflection of ill-will upon the Defendant.

     Respectfully submitted by,

     /s/ Warren Scoville
HON. WARREN N. SCOVILLE
THE SCOVILLE FIRM
105 North Main Street
London, Kentucky 40741
PHONE: (606) 878-6400
ATTORNEY FOR DEFENDANT

## NOTICE OF HEARING

Notice is hereby given that the foregoing Motion shall be brought on for hearing before Judge Wier at the convenience of the Court.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was electronically filed using the CM/ECF system which will send a notice filing to the following:

Hon. Roger West

I further certify that a copy of the foregoing was mailed to the following:

George Clark
Laurel County Detention Center
206 West 4th Street
London, Ky. 40741

                                                /s/ Warren N. Scoville
                                            ATTORNEY FOR DEFENDANT