United States District Court
Eastern District of Kentucky
Southern Division at London

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | London Criminal |
| | ) | Action No. 07–13–SSS |
| vs. | ) | |
| | ) | London, Kentucky |
| GEORGE CLARK | ) | May 20, 2008 |
| | ) | 2:30 p.m. |
| | ) | |

TRANSCRIPT OF TESTIMONY OF KENNETH CALDWELL
BEFORE THE HONORABLE DANNY C. REEVES, AND A JURY

Appearances of Counsel:

On behalf of the United States:    ROGER WEST, ESQ.
                                   Assistant U.S. Attorney
                                   260 West Vine Street
                                   Suite 300
                                   Lexington, Kentucky  40507


On behalf of the Defendant:        DAVID S. HOSKINS, ESQ.
                                   107 East First Street
                                   Corbin, Kentucky  40701


Court Reporter:                    CYNTHIA A. OAKES, CRR
                                   Official Court Reporter
                                   United States District Court
                                   560 Athens Boonesboro Road
                                   Winchester, Kentucky  40391
                                   (859) 983–4346



Proceedings recorded by mechanical stenography,
transcript produced by computer.

 1          (Whereupon, the following proceedings were had in the

 2   presence of the jury.)

 3               THE COURT:  Mr. West, you may call your first witness.

 4               MR. WEST:  Yes, Your Honor.  I call Kenneth Caldwell,

 5   please.

 6                         KENNETH CALDWELL,

 7   having been first duly placed under oath, was examined and

 8   testified as follows:

 9               THE COURT:  You may proceed.

10               MR. WEST:  Thank you, Your Honor.

11                       DIRECT EXAMINATION

12   BY MR. WEST:

13   Q    State your name, please, sir.

14   A    Kenneth Caldwell.

15   Q    Mr. Caldwell, there's a microphone right in front of you.

16   A    Kenneth Caldwell.

17   Q    How old are you, Mr. Caldwell?

18   A    52.

19   Q    And what county do you live in, sir?

20   A    Leslie County.

21   Q    How long have you lived in Leslie County?

22   A    All my life.

23   Q    What's your wife's name?

24   A    Christine.

25   Q    How long have you been married to Christine?

1  A    18 year.

2  Q    Is there a specific town you live in or settlement there in

3  Leslie County?

4  A    It's on Middle Fork there, not too far out of Hyden.

5  Q    Did you say Middle Fork?

6  A    Middle Fork.

7  Q    You mean Middle Fork of the Kentucky River?

8  A    Yeah, it's 1780.

9  Q    All right.  And who lives there with you?

10  A    Just me and her.

11  Q    Sir, I want to take you back to an event that took place

12  July 14th of 2006, okay?

13  A    Yeah.

14  Q    Do you recall that event, sir?

15  A    Yeah.

16  Q    About what time of day was it?

17  A    It was 11:15 at night.

18  Q    Was anybody staying there with you at the time, with you

19  and Christine?

20  A    My grandson.

21  Q    How old is he?

22  A    Five year old at that time.

23  Q    Did he usually stay with you, Mr. Caldwell?

24  A    Just every so often I get to get him and he stay a couple

25  of nights with me.

1  Q    All right.  Now, at 11:15 at night, were you still up, or

2  were you already in bed?

3  A    Yeah, we was sitting up watching him play, giving him time

4  to get sleepy so we could go to bed.

5  Q    Okay.  And what happened then?

6  A    A vehicle pulled into the yard, I stepped out on the porch,

7  thought it was my brother, stepped out, and a gun went between

8  my eyes with a laser light.

9  Q    Okay.  Could you tell what kind of vehicle it was?

10 A    No, I could not see on account of that laser light.

11 Q    Okay.  What color was the laser light?

12 A    Red.

13 Q    How many individuals did you see?

14 A    Three.

15 Q    Three.  How far was —— well, how far was the vehicle from

16 your front porch when you first saw it?

17 A    The vehicle, it pulled up, it was about right in pretty

18 close to where I park at there.

19 Q    Mr. Caldwell, there's a chart there behind you.  Can you

20 see that?

21 A    Uh—huh.

22 Q    Okay.  Do you recognize that place in the very top

23 photograph?

24 A    Yeah.

25 Q    Okay.  What is that?

1  A    That's my house.

2  Q    Okay.  Is that how your house looked on July 14th?

3  A    That's how my house looks.

4  Q    Is that how it looked on July 14th of '06?

5  A    Yeah.

6  Q    All right.  Now, if you would, please, with your finger,

7  point out where you were at on the front porch.

8  A    I was right here on the porch.

9  Q    Okay.  And where was the —

10 A    I walked out that door, right here, and they stuck the gun

11 in my face.

12 Q    All right.  Where was the vehicle at?

13 A    Their vehicle was somewhere right in here.  My truck sits

14 right here.  Their vehicle was right along in there.

15 Q    Okay.  Are there any security lights or street lights or

16 road lights near your house?

17 A    Back down here there's a blue building, there's a security

18 light down right here.

19 Q    Okay.

20 A    That shines all over.

21 Q    About where that shadow's at there?

22 A    Yeah, it's on back.  Yeah, back down just a little — see

23 that security light, that shadow, is what that shadow is from,

24 it off that building standing there.  And it's a standing right

25 here, and it shines up that driveway there.

1  Q    Okay.  All right.  Turn around there for me, Mr. Caldwell.

2  A    (Witness complies with request of counsel.)

3  Q    All right.  Now, back to when the laser light was put in

4  your face, could you see what type of weapon that came from or

5  what it came from?

6  A    I don't know much about them guns, but it looked like an

7  AK-47 or something like that.  It's an automatic weapon.

8  Q    What color was it?

9  A    Black.

10  Q    Did the person that was holding that speak to you?

11  A    Yeah, he did.

12  Q    Okay.  What did he say?

13  A    He identified hisself as a UNITE officer, told me to back

14  up.

15  Q    All right.

16  A    And he put me on my hands and knees and handcuffed me.

17  Q    All right.  Was that on the porch that he put you on your

18  knees?

19  A    No, it was in my living room.  He backed me through the

20  door.

21  Q    All right.  Now, could you see what the other two guys were

22  doing that you saw?

23  A    Well, that one standing there that come in with him was

24  standing there shaking.

25  Q    Shaking?

1   A    He was a shaking.

2   Q    Physically shaking?

3   A    Physically shaking.

4   Q    Okay.

5   A    But then I told him to get the gun off of me, he was gonna

6   let it off and kill one of us directly.

7   Q    All right.  And now what did one of the other guys do?

8   A    The last one that come in there and handcuffed us, he come

9   in pulling at his britches, unhandcuffed me, told me to sit on

10  the little chair, said, "If you don't, we'll shoot you through

11  the window, we're gonna look around."

12  Q    Okay.

13  A    And went over and unhandcuffed her and told her the same

14  thing, they said they was gonna look around outside.

15  Q    Let me back up for just a minute, Mr. Caldwell.

16  A    All right.

17  Q    The guy that put the laser light on you, is that the fellow

18  that put the handcuffs on you?

19  A    That's the one that put the handcuffs on us.

20  Q    Your wife, Christine, was she handcuffed too?

21  A    She was handcuffed and throwed in the floor.

22  Q    All right.  Now, who put the handcuffs on her, was it the

23  guy that put the laser light on you or was it —

24  A    The man with the laser light.

25  Q    Now, you said that the second fellow that came in you said

1   pulling up his britches?

2   A    No, that was the third one.

3   Q    Third one?

4   A    Yeah.  The second one was standing there shaking.

5   Q    How was the first one dressed, what was he wearing?

6   A    He was wearing camouflage, looked like Army britches or

7   something like that with a mask on.

8   Q    Okay.  What color was the camouflage?

9   A    It was that green-looking color.

10  Q    All right.  Not the desert camouflage?

11  A    No, it wasn't the desert.

12  Q    All right.  You said he had a mask on.

13  A    Had a mask on.

14  Q    Was it a — fully covered his head?

15  A    It covered everything except his eyes.

16  Q    Okay.  And do you know what color that mask was?

17  A    Yeah, it was a camouflage, like a turkey mask.

18  Q    Okay.  How was the second fellow that entered the

19  residence, what did — how was he dressed?

20  A    He was the same way.

21  Q    All right.  And the third fellow that you said with the

22  pulling up his britches?

23  A    He was wearing Desert Storm camouflage.

24  Q    Did the second fellow speak with you or at you?

25  A    He never said a word.

1   Q    What about the third fellow?

2   A    He never said nothing except, you know, when he went to

3   handcuff us, had to sit there on the chair, that he would shoot

4   us through the window if we moved.

5   Q    All right.

6   A    That's all he said, you know, to me and her both.

7   Q    Were the other two guys, did they wear masks also?

8   A    Yeah, they all had masks.

9   Q    Could you tell if they were all the same height, or were

10  they different heights?

11  A    No, the first one was a little taller than the second one.

12  Q    Uh-huh.

13  A    And the third one was a kindly chuffy-like fellow.

14  Q    Okay.  You mean chubby fellow?

15  A    Yeah, he was kind of stalky.

16  Q    Had a little bit of a belly on him?

17  A    Uh-huh.  Yeah.

18  Q    Now, the person — was there any that spoke to you more

19  than the rest of them?

20  A    Yeah, that first one, he spoke — he done all the talking.

21  Q    Okay.  Was he making any references to the other guys?

22  A    Yeah, he would — when he get something and bring it there

23  to my living room, he would take — holler, "Take it in as

24  evidence."

25  Q    Okay.

1  A    And then he would say, "Secure perimeters," whatever that

2  means.

3  Q    Now, you said you lived in Leslie County all your life?

4  A    Yeah.

5  Q    Would you say that you have an accent from Leslie County?

6  A    Who, the one that was doing the talking?

7  Q    I'm talking about you.  Yes, sir.

8  A    Me?

9  Q    Yeah.

10  A    Yeah, I would say I have.

11  Q    All right.  Now, the first fellow that you said did most of

12  the talking, how did he -- did he speak like he was from Leslie

13  County or that area?

14  A    Yeah, he did, except he sounded like he was in the Marines

15  or the police academy or something there.

16  Q    What do you mean by that?

17  A    He would always say yes, sir, no, sir, yes, ma'am, and our

18  boy was in Iraq for two terms, and he done the same thing.

19  Q    Okay.  Now, what was your grandson doing at this time,

20  Mr. Caldwell?

21  A    While this was going on?

22  Q    Yes, sir.

23  A    He was trying to play, and he shoved him down about three

24  times on the couch to try to make him sit down and he wouldn't

25  do it.

1  Q    Okay.  Who did that, which one of the three?

2  A    That first one in.

3  Q    Okay.  You mentioned at some point they took the handcuffs

4  off you.

5  A    Yeah, that was when it was all over with.

6  Q    Okay.  What about Christine?

7  A    That's when it was all over with.

8  Q    You said they searched your residence?

9  A    They searched everything in the house.

10 Q    All right.  Did they — the first individual, did he ask

11 you for any specific items or where certain things were located?

12 A    Yeah, he asked me — the only thing he asked me for was the

13 handguns.

14 Q    Uh-huh.

15 A    Said he heared I had illegal handguns.

16 Q    All right.

17 A    And I laughed at him because all I had was a BB pistol.

18 Q    Did you have long guns, Mr. Caldwell?

19 A    Yeah.

20 Q    What kind of guns did you have?

21 A    A .45-70, two .22s, a 20-gauge shotgun, a .12-gauge shotgun

22 870, and a .45-70.

23 Q    All right.  Now, were those items discovered by those

24 individuals in your residence?

25 A    Yeah, they was hanging on the wall in there when they got

1   them.

2   Q      Did they take those items from the residence?

3   A      They took them items.  They said take them as evidence.

4   Q      All right.  What else was taken?

5   A      My medicine was taken.

6   Q      What medicine was there?

7   A      Lortab 10s.

8   Q      What do you take those for?

9   A      My back.

10  Q      And how many did you have, Mr. Caldwell?

11  A      If I got it figured out, I had about 80-some of them.

12  Q      Why do you say 80?

13  A      Because I just had got them and had them about two days or

14  so, like that, and I get 90 in a month's time, and there was

15  80-some of them there.

16  Q      Did they take anything else?

17  A      Yeah, they took my wife's diabetic medicine, a bunch of

18  knives, and cereal and everything else.

19  Q      Did you have other medicine other than Lortabs in there?

20  A      Yeah, I had some sleeping medicine.

21  Q      Okay.  Are you a diabetic?

22  A      Nope.

23  Q      Is your wife a diabetic?

24  A      Yeah.

25  Q      Did they take the diabetic medication?

KENNETH CALDWELL - DIRECT - MR. WEST          13

1   A    Took every bit she had.

2   Q    Do you have blood pressure problems?

3   A    She took a blood pressure meter, she got blood pressure.

4   Q    What about thyroid?

5   A    Her thyroid medicine.

6   Q    What about cholesterol medicine?

7   A    Took it.

8   Q    Was there any medicine, any pills, left in the house after

9   these guys left?

10  A    There wasn't none whatsoever once they got done.

11  Q    Okay.  During the time that these were there, did they ever

12  take off their masks?

13  A    No, sir.

14  Q    Did they ever identify or leave a police card with you,

15  business card or anything?

16  A    Nope.

17  Q    Mr. Caldwell, I'm going to show you certain items here, and

18  the court security officer is going to show you some certain

19  items here.

20        MR. HOSKINS:  Your Honor, can I move around over

21  there?

22        THE COURT:  Yes, you may.

23        THE WITNESS:  That's my Marlin.  Bought it from

24  MacArthur's Gun Shop on Middle Fork.

25        MR. WEST:  Wait a minute, Jerry.

1  BY MR. WEST:

2  Q    Mr. Caldwell, I'll have to ask these formally.  Do you

3  recognize that item there, sir?

4  A    That's my .45-70.  I bought it at MacArthur's on Middle

5  Fork, gun shop.

6  Q    Okay.  At the bottom end of that tag is a little yellow

7  sticker.  Can you read that number?

8  A    Let me get my glasses on, then.

9  Q    It should say 2.

10  A    Oh, No. 2?

11  Q    Yes, sir.  Sir, was that item taken from your house on the

12  day we've been discussing?

13  A    Do what?

14  Q    Was that item taken from your house on the day we've been

15  talking about?

16  A    It surely was.  Most definitely.

17  Q    Mr. Caldwell, that's Exhibit 3.  Can you identify that

18  item, please, sir?

19  A    Yeah, that's my H-70 WindMaster.

20  Q    Is that a shotgun?

21  A    That's my shotgun, number three.

22  Q    If you look at the very top of that gun, do you notice

23  anything different?

24  A    Yeah, this right here is cut plumb off.

25  Q    On the day this took place, was that barreled?

 1  A    That barrel was there.

 2  Q    Are there any identifying marks that you could say that you

 3  know for sure?

 4  A    Yes, sir, right here.  A four-wheeler gun rack done this

 5  right here where I hauled it on my four-wheeler.

 6          THE COURT:  Sir, what was that exhibit number of the

 7  second firearm?

 8          MR. WEST:  No. 3, please, sir.

 9          THE COURT:  No. 3?

10  BY MR. WEST:

11  Q    No. 4?

12  A    That's my .22 I bought from my first cousin, Bill Moley,

13  No. 4, a Little Savage.

14  Q    All right.  No. 5, please.

15  A    That's a Marlin that my wife bought for me at Kmart,

16  No. 5 — No. 5?  Yeah, No. 5.  She bought it for me for a

17  birthday present, little .22 Marlin.

18  Q    No. 6, please, sir.

19  A    That's my little 20-gauge, patented in June 1918, patented

20  by Browning.  Loads in the bottom and out the bottom, No. 6.

21  Q    Okay.  Now, Mr. Caldwell, at the top of that firearm, once

22  again look at the barrel.

23  A    Yeah, they cut this off.

24  Q    Okay.  Was that barrel a full barrel?

25  A    That was a full barrel.

1   Q    When it was taken from your residence, was that barrel like

2   that?

3   A    No, sir.

4   Q    Mr. Caldwell, I'm going to mark that Exhibit 6-A, if you

5   don't mind, sir, and ask if you can identify that, sir?

6   A    Yeah, that's a Stevens, No. 6-A?

7   Q    6-A.

8   A    The insides of it — my cousin give it to me.  The inside

9   works of it is gone, it don't work.  All there are is the barrel

10  and this part right here.

11  Q    Okay.  So the first items that you mentioned, 2, 3, 4, 5,

12  and 6, were they all functional at the time they were taken from

13  your residence?

14  A    They sure was.

15  Q    Now, Mr. Caldwell, after this event took place or while it

16  was going on, at some point did you make a determination whether

17  or not these people were actually police officers?

18  A    Yeah, when they uncuffed us and told us to sit on the chair

19  there, that they would shoot us through the window if we moved.

20  And they was a big storm coming in right at the time, and I sat

21  there and listened, didn't hear no noise or nothing.  I got up

22  and they was gone.

23  Q    All right.

24  A    And don't know how they got out.

25  Q    In addition to the firearms that we've talked about, what

KENNETH CALDWELL — DIRECT — MR. WEST          17

 1  you've been telling me —

 2  A    That's the firearms they took, yeah.

 3  Q    Are you positive about the identification?

 4  A    Absolutely.

 5  Q    All right.  In addition to the firearms and the medication

 6  that you mentioned, were other items taken?

 7  A    Yeah, there was some money took, jewelry, about three

 8  pocketbooks, a gray box with a bunch of papers in it, my

 9  billfold, both my vehicle keys, all was taken.

10  Q    Was any beer taken, Mr. Caldwell?

11  A    Yes, sir, they was.

12  Q    How much?

13  A    It was about a half a case of beer took.

14  Q    You said they took your car keys, correct?

15  A    Huh?

16  Q    They took your car keys, you say?

17  A    Yeah, they took my truck keys and my Blazer keys.

18  Q    Okay.  And did they take your truck?

19  A    No, they didn't take neither one of my vehicles.

20  Q    Now, Mr. Caldwell, after these individuals left your

21  residence, did you call the police?

22  A    Yes, sir.

23  Q    And did the Kentucky State Police respond to that?

24  A    Yeah, Trooper Pollard.

25  Q    Sir, prior to today or actually sitting on the stand this

1   afternoon, have you seen those firearms —

2   A    Huh?

3   Q    Have you seen those firearms just before walking into court

4   today?

5   A    Yeah; right here is it.

6   Q    Okay.  Now, I'm going to ask you to take a look at that man

7   sitting in the blue and white striped shirt.  Have you ever seen

8   him before?

9   A    Probably with a mask.

10  Q    Okay.  Would that individual have permission to have your

11  firearms, sir?

12  A    No, sir.

13          MR. WEST:  Okay.  That's all at this time.

14          THE COURT:  Thank you.

15          Mr. Hoskins, you may cross-examine.

16                    CROSS-EXAMINATION

17  BY MR. HOSKINS:

18  Q    Mr. Caldwell, do you know for sure if you've ever seen this

19  fellow before?

20  A    I've never seed him in my life.

21  Q    Just so I'm understanding what you're saying, when you said

22  probably with a mask, you're —

23  A    I'm referring who was in my house where that all I could

24  see was the eyeballs.

25  Q    In fairness, you just saw three people in your house and

 1  you don't — you can't say for sure it was him or me or anybody

 2  else?

 3  A     No, I can't.

 4  Q     Just trying to make sure, thank you.

 5        Do you know Jeremy Brashear?

 6  A     Nope.

 7  Q     James Bowling?

 8  A     Nope.

 9  Q     Josh Wilson?

10  A     I know Josh Wilson.

11  Q     Do you know a Wayne Whitehead?

12  A     No.

13  Q     Or a Frances Whitehead?

14  A     Don't know them.

15  Q     Do you know if the people who came in your house that night

16  were wearing gloves?

17  A     That, I don't remember, didn't pay no attention.

18  Q     That's fair enough.  Do you remember which one of these

19  people it was that took your beer?

20  A     Yeah, that first one that come in.

21  Q     The first one that came in took your beer?

22  A     Uh-huh.

23  Q     And he was the one who was giving the orders?

24  A     He was the one giving the orders.

25  Q     He was the one who was in charge?

1  A    He was in charge, he's the one went through and got

2  everything.

3            MR. HOSKINS:  That's all.  Thanks.

4            THE COURT:  Mr. West, any follow-up with this witness?

5            MR. WEST:  Yes, Your Honor.

6                      REDIRECT EXAMINATION

7  BY MR. WEST:

8  Q    Mr. Caldwell, the one that came in the door first and the

9  one that took that beer, was he the tallest of them or the

10 shortest of them?

11 A    The one that come in the door first that handcuffed me and

12 her is the one went through the house and got everything and

13 gave it to the other one that followed him in, and he'd say,

14 "Take it in as evidence."  And he would reach it to him, and

15 he'd reach it out the door to the other one.

16 Q    Okay.  Was that fellow, was he taller or shorter than the

17 other one?

18 A    He was a little bit shorter.

19 Q    Okay.  Was he the short burly one you mentioned?

20 A    I couldn't tell because their camos was loose on them.  I

21 couldn't tell you that now.

22            MR. WEST:  Okay.  That's all.  Thank you.

23            THE COURT:  Anything else?

24            MR. HOSKINS:  Nothing further.

25            THE COURT:  Thank you.

 1          Mr. Caldwell, you may step down, sir.

 2                      (Testimony concluded at 2:55 p.m.)

 3                  C E R T I F I C A T E

 4      I, Cynthia A. Oakes, certify that the foregoing is a

 5  correct transcript from the record of proceedings in the

 6  above—entitled matter.

 7

 8  5/26/2008                    s/CYNTHIA A. OAKES
    _____                  _____
       DATE                      CYNTHIA A. OAKES, RPR, RMR, CRR

 9

10

11                  I N D E X

12                                               PAGE

13  Testimony of KENNETH CALDWELL:

14      Direct Examination by Mr. West:            2
        Cross—Examination by Mr. Hoskins:         18
15      Redirect Examination by Mr. West:         20

16

17

18

19

20

21

22

23

24

25