United States District Court
Eastern District of Kentucky
Southern Division at London

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | London Criminal |
| | ) | Action No. 07-13-SSS |
| vs. | ) | |
| | ) | London, Kentucky |
| GEORGE CLARK | ) | May 20, 2008 |
| | ) | 2:55 p.m. |
| | ) | |

TRANSCRIPT OF TESTIMONY OF CHRISTINE CALDWELL
BEFORE THE HONORABLE DANNY C. REEVES, AND A JURY

Appearances of Counsel:

On behalf of the United States:   ROGER WEST, ESQ.
                                  Assistant U.S. Attorney
                                  260 West Vine Street
                                  Suite 300
                                  Lexington, Kentucky  40507


On behalf of the Defendant:       DAVID S. HOSKINS, ESQ.
                                  107 East First Street
                                  Corbin, Kentucky  40701


Court Reporter:                   CYNTHIA A. OAKES, CRR
                                  Official Court Reporter
                                  United States District Court
                                  560 Athens Boonesboro Road
                                  Winchester, Kentucky  40391
                                  (859) 983-4346


Proceedings recorded by mechanical stenography,
transcript produced by computer.

1  (Whereupon, the following proceedings were had in the
2  presence of the jury.)
3      THE COURT: Mr. West, you may call your next witness.
4      MR. WEST: Yes, Your Honor. Christine Caldwell.
5              CHRISTINE CALDWELL,
6  having been first duly placed under oath, was examined and
7  testified as follows:
8      THE COURT: Thank you.
9      Mr. West, you may proceed.
10     MR. WEST: Thank you, Your Honor.
11              DIRECT EXAMINATION
12 BY MR. WEST:
13 Q   State your name, please, ma'am.
14 A   Christine Caldwell.
15 Q   Ms. Caldwell, are you nervous?
16 A   No.
17 Q   Okay. What is your husband's name, please?
18 A   Kenneth Caldwell.
19 Q   And where do you live at?
20 A   Leslie County.
21 Q   How long have you lived in Leslie County?
22 A   28 years.
23 Q   Have you-all lived in the same place the whole time?
24 A   Yes.
25 Q   Okay. Ma'am, I'm going to take you back to the events of

1 July the 14th of 2006. Were you living at that same house at
2 that time?
3 A   Yes.
4 Q   And were you and Kenneth living there?
5 A   Yes.
6 Q   Who was staying with you besides Kenneth that night?
7 A   My grandson.
8 Q   And how old is he?
9 A   He was five at the time.
10 Q   Was there a certain event that took place towards the
11 evening hours that drew your attention?
12 A   Yes.
13 Q   Do you recall about what time that was, please?
14 A   It was about 11:15.
15 Q   All right. Tell the jury, please, what happened.
16 A   We were getting ready for bed, and Kenneth went to answer
17 the door and somebody came in with a gun.
18 Q   All right. Had you seen anybody outside before that?
19 A   No.
20 Q   Had you seen any vehicles or anything?
21 A   We heared one, we didn't see one.
22 Q   All right. And you said somebody entered the residence?
23 A   Yes.
24 Q   And what were they holding?
25 A   A gun.

1  Q    Do you know what kind, ma'am?
2  A    Not really, no.
3  Q    Do you know what color or anything?
4  A    Not for sure, no.
5  Q    All right.  What happened after this person entered the
6  residence?
7  A    They said that it had been reported that we had illegal
8  handguns.
9  Q    Okay.  Did they say anything about belonging to a
10 particular police agency?
11 A    Well, they said it was from Harlan County.
12 Q    Okay.  Then what happened?
13 A    Well, they searched the house.
14 Q    Okay.  Let me ask you this:  Were you restrained in any
15 way?
16 A    Yes, we were handcuffed.
17 Q    All right.  And how many people actually entered your
18 residence?
19 A    Three.
20 Q    Three?  Could you tell what they were wearing?
21 A    Camouflage clothing.
22 Q    Okay.  Do you know what kind of camouflage?
23 A    Green.
24 Q    Were all three of them wearing the same colors?
25 A    I didn't pay that much attention, no.

1  Q    Okay. The very first person that entered the residence,
2  did he say anything that you heard?
3  A    He wanted to know where his handguns were at.
4  Q    Okay. And which one of those three guys actually
5  handcuffed you?
6  A    The first one.
7  Q    Was Kenneth also handcuffed?
8  A    Yes.
9  Q    And what about your grandson?
10 A    No.
11 Q    Okay. Ma'am, what type of medications are you on or were
12 you on at the time?
13 A    I'm on diabetic medicine and high blood pressure medicine
14 and thyroid medicine.
15 Q    In addition to this person telling you about the illegal
16 firearms, did he ask if you had anything else in the house?
17 A    No.
18 Q    Did they ask you to point out anything in the house, where
19 things might be located?
20 A    He asked me if I know where his handguns were at.
21 Q    Okay. Were any handguns kept in the residence?
22 A    No.
23 Q    Were long guns kept in the residence?
24 A    Yeah.
25 Q    Where were they stored at?

1  A    They was in a gun rack in the hallway.
2  Q    Okay.  How long were these individuals in your house,
3  ma'am?
4  A    About 45 minutes.
5  Q    Okay.  How long were you actually in handcuffs?
6  A    About 45 minutes.
7  Q    Okay.  What did these individuals take from your residence?
8  A    They took guns and jewelry and cell phones and medication.
9  Q    Okay.  Did they take your thyroid medication?
10 A    Yes.
11 Q    Did they take your diabetic medication?
12 A    Yeah, they took it all.
13 Q    Did they take the blood pressure medication too?
14 A    Yeah.
15 Q    Was any medication left after they left the residence?
16 A    No.
17 Q    Okay.  Did any of them say anything to you as they left the
18 residence?
19 A    Said if we got up that they would shoot us.
20 Q    Okay.  What did you do when they said that?
21 A    We sat there.
22 Q    Okay.  Ma'am, do you know if any of these individuals were
23 taller than another one?
24 A    No, I didn't pay that much attention.
25 Q    Okay.  What was your grandson doing at this time?

1  A     He was just playing.
2  Q     Did they also take money out of the residence?
3  A     Just what was in my purse.
4  Q     How much was in your purse, ma'am?
5  A     I think I had about 15 or 1600. I had a -- was going to
6  pay off a loan with some of it, and then the rest was bill
7  money.
8  Q     Did these fellows ever show you a badge, police badge?
9  A     They didn't show it, they were wearing it.
10 Q     What do you mean, wearing it?
11 A     It is on their shirt.
12 Q     It was on their shirt?
13 A     Uh-huh.
14 Q     It wasn't like a swinging badge like this one that hangs
15 around their necks?
16 A     No.
17 Q     Okay. So it was just like emblazoned on the pocket or
18 something?
19 A     Yeah, it was --
20 Q     Ms. Caldwell, at some point, did you ever make a
21 determination these guys may not be police officers?
22 A     Not until they uncuffed us.
23 Q     Okay. Why would that make you draw that conclusion?
24 A     Because I just figured it out, the police wouldn't do that.
25 Q     Okay. Did you call the police afterwards?

1  A    Yes.
2  Q    And did you file a police report?
3  A    Yes.
4  Q    Okay. I'm going to ask you a question, Ms. Caldwell. Has
5  Kenneth ever sold drugs?
6  A    No.
7  Q    Have you ever sold drugs?
8  A    No.
9  Q    Did they take Kenneth's medication, too?
10 A    Yes.
11 Q    And what was that?
12 A    Lortabs.
13           MR. WEST:  That's all of this witness, Your Honor.
14           THE COURT:  Thank you.
15           MR. HOSKINS:  No questions.
16           THE COURT:  Thank you.
17           Ms. Caldwell, you're excused, you may step down.
18 Thank you.
19           MR. WEST:  Your Honor, may she be finally excused,
20 please, sir?
21           THE COURT:  Yes. I assume she's not under subpoena.
22           MR. HOSKINS:  No objection.
23           THE COURT:  You may be excused, yes.
24                   (Proceedings concluded at 3:10 p.m.)
25                C E R T I F I C A T E

1    I, Cynthia A. Oakes, certify that the foregoing is a
2 correct transcript from the record of proceedings in the
3 above-entitled matter.
4
5 5/26/2008                              s/CYNTHIA A. OAKES
       DATE                              CYNTHIA A. OAKES, RPR, RMR, CRR
6
7
8
9                           I N D E X
10                                                           PAGE
11 Testimony of CHRISTINE CALDWELL:
       Direct Examination by Mr. West:                         2
12