United States District Court
Eastern District of Kentucky
Southern Division at London

| | |
|---|---|
| UNITED STATES OF AMERICA ) | London Criminal |
| ) | Action No. 07-13-SSS |
| vs. ) | |
| ) | London, Kentucky |
| GEORGE CLARK ) | May 21, 2008 |
| ) | 9:30 a.m. |
| ) | |

TRANSCRIPT OF TESTIMONY OF SHEILA BROCK
BEFORE THE HONORABLE DANNY C. REEVES, AND A JURY

Appearances of Counsel:

| | |
|---|---|
| On behalf of the United States: | ROGER WEST, ESQ.<br>Assistant U.S. Attorney<br>260 West Vine Street<br>Suite 300<br>Lexington, Kentucky  40507 |
| On behalf of the Defendant: | DAVID S. HOSKINS, ESQ.<br>107 East First Street<br>Corbin, Kentucky  40701 |
| Court Reporter: | CYNTHIA A. OAKES, CRR<br>Official Court Reporter<br>United States District Court<br>560 Athens Boonesboro Road<br>Winchester, Kentucky  40391<br>(859) 983-4346 |

Proceedings recorded by mechanical stenography,
transcript produced by computer.

1 (Whereupon, the following proceedings were had in the
2 presence of the jury.)
3 THE COURT: The record will reflect that all members
4 of the jury are present, the defendant and counsel are also
5 present in the courtroom. I believe we had finished yesterday
6 afternoon with our witness, and we're ready to call the next
7 witness.
8 Mr. West?
9 MR. WEST: Yes, Your Honor. Ms. Sheila Brock, please.
10 Your Honor, may I turn the poster around, please?
11 THE COURT: Yes, you may.
12 SHEILA BROCK,
13 having been first duly placed under oath, was examined and
14 testified as follows:
15 THE COURT: Thank you.
16 Mr. West, you may proceed.
17 MR. WEST: Thank you, Your Honor.
18 DIRECT EXAMINATION
19 Q Would you state your name, please?
20 A Sheila Brock.
21 Q Ms. Brock, how old are you?
22 A 19.
23 Q And what county do you live in, ma'am?
24 A Laurel.
25 Q Do you know an individual known as Stacy Bo Medlin?

1  A   Yes.
2  Q   How long have you known him?
3  A   For three years now.
4  Q   Okay. Where did you go to high school at?
5  A   South Laurel.
6  Q   Did you finish high school?
7  A   No.
8  Q   Ms. Brock, at some point last year, were you convicted here
9  in federal court of a felony drug offense?
10 A   Yes.
11 Q   And what felony drug offense was that?
12 A   Marijuana.
13 Q   Okay. And are you on some sort of supervised release or
14 probation at this time?
15 A   Yes.
16 Q   Okay. How long is your probation, ma'am?
17 A   I'm on the ankle bracelet right now.
18 Q   Okay.
19 A   I get off it in November, and then I have two years
20 probation.
21 Q   November of this year?
22 A   Yes.
23 Q   And then two years probation after that?
24 A   Yes.
25 Q   Are you required to do any type of supervision, are you

1  required to report to a probation officer?
2  A    Yes.
3  Q    Okay. And who's your probation officer?
4  A    Deanna Kinser.
5  Q    All right. Is that probation officer here in this
6  courthouse?
7  A    Yes.
8  Q    All right. How often do you report, Ms. Brock?
9  A    Once a month. And she often makes home visits to my house.
10 Q    Okay. Who are you staying with?
11 A    My grandmother.
12 Q    Ms. Brock, in the latter part of 2006, say midsummer to
13 early fall, did you have occasion to reside or live with
14 Mr. Medlin?
15 A    Yes.
16 Q    Okay. And where was that at?
17 A    Over on Douglas Avenue in -- close to Lily.
18 Q    Okay. Is that here in Laurel County?
19 A    Yes.
20 Q    If you would, please, look around behind you at that poster
21 there. Look at the very top photograph.
22 A    Yes.
23 Q    Okay. Do you recognize that place?
24 A    Yeah.
25 Q    And what's that?

1  A    That's the house.
2  Q    And is that the house where you lived with Mr. Medlin?
3  A    Yes.
4  Q    Were you working at the time, Ms. Brock?
5  A    No.
6  Q    All right.  Was Mr. Medlin working?
7  A    No.
8  Q    Okay.  What was his activity which you were aware?
9  A    He sold drugs.
10 Q    Okay.  Did he sell drugs from that residence there?
11 A    No.
12 Q    How often would you stay at that residence with Mr. Medlin?
13 A    I got to where I was staying there all the time from April
14 to when we got arrested.
15 Q    Okay.  And when did you get arrested?
16 A    September the 5th.
17 Q    Arrested on federal charges, ma'am?
18 A    Yes.
19 Q    At some point while you were staying there at that
20 residence, did an event happen that caused the police to come
21 and interview you at a later date, perhaps even in regards to
22 this trial?
23 A    Yes.
24 Q    Okay.  Do you recall about what month that was maybe?
25 A    August?

1  Q    Okay. I'll ask you this:  Did you call the police or
2  Mr. Medlin call the police after the event took place?
3  A    No.
4  Q    Why not?
5  A    Because he was a drug dealer.
6  Q    Okay. That's not the type of thing drug dealers report to
7  the police, that they -- something like that happened, is it?
8  A    No.
9  Q    All right. Now, when this event took place, where were you
10 at inside the house?
11 A    I was in our bedroom. I was asleep.
12 Q    Look at that photograph up there. On which side of the
13 house was the bedroom which you were sleeping, ma'am?
14 A    On the left side.
15 Q    Okay. In the front or in the back?
16 A    The front.
17 Q    Okay. And in that photograph there, there's a concrete
18 sidewalk?
19 A    Yes.
20 Q    And look at that red canister, I think that's a garbage can
21 there. Where's the driveway?
22 A    It was right there.
23 Q    Okay. Now, do you recall about what time of day that was
24 or what time of the evening?
25 A    It was like at 2:00 or 3:00 in the morning.

1  Q    Okay. So it was already dark then?
2  A    Yeah.
3  Q    What's the first thing that you heard, ma'am?
4  A    Some guy -- some guy screaming.
5  Q    What was he screaming?
6  A    Telling me to get out of the bed, get my hands up in the
7  air.
8  Q    All right. What did you see?
9  A    When I first opened my eyes, I just saw like a red light
10 beaming in my eyes.
11 Q    Okay. I assume the lights were off in the bedroom?
12 A    Yeah.
13 Q    Okay. Do you know where Mr. Medlin was at?
14 A    They had already laid him down in the floor in the living
15 room.
16 Q    Okay. Now, this person is saying get up, get up, or get
17 your hands up. What did you do, please?
18 A    I got up out of bed, but he said get up real slowly, and I
19 got up out of the bed and I had my hands in the air and he took
20 me in there -- in the living room and laid me on top of the air
21 conditioner vent and then tied my hands up like this in front of
22 me.
23 Q    Okay. All right. Do you know if you were tied with a rope
24 or a chain or --
25 A    A white rope.

1 Q A white rope. All right. Now, how many -- in addition to
2 that person that got you out of the room, how many other people
3 were in the residence?
4 A Three.
5 Q Okay. How was this first person dressed?
6 A The tall guy?
7 Q The one that came and got you out of bedroom.
8 A He was in black and he had a mask on.
9 Q Okay. Did he have a hat on?
10 A Huh-uh.
11 Q Okay. The mask, what did it cover?
12 A His face.
13 Q Okay. Did it cover his eyes, too?
14 A Huh-uh.
15 Q All right. Now, when you went into the living room, I'm
16 going to assume that's right inside the white door there off the
17 porch?
18 A Yeah.
19 Q Where was Bo Medlin at?
20 A He was laying right there almost in front of the front
21 door.
22 Q Okay. And you mentioned another individual. How was he
23 dressed?
24 A The same exact way. But he was shorter.
25 Q Shorter.

1  A  Uh-huh.
2  Q  Okay. Did he have a mask on also?
3  A  Yes.
4  Q  Did he have dark clothing on also?
5  A  Yes.
6  Q  Do you know what camouflage is, ma'am?
7  A  I think they had camouflage pants on.
8  Q  Okay. And what color were their T-shirts or shirts, can
9  you --
10 A  Black.
11 Q  Black. Did this person that got you out of the bedroom say
12 anything else to you after he said get your hands up and took
13 you into the living room?
14 A  After, like, he was going through the house and flipping
15 stuff over and looking for something, he come back in there and
16 he started yelling where's the cocaine, where's the cocaine.
17 Q  Okay. Now, you mentioned a shorter fellow. At this time,
18 were there only two other guys in the house besides you and
19 Mr. Medlin?
20 A  Yes.
21 Q  All right. The shorter person, what was he doing while the
22 other -- while the taller fellow looked through the house?
23 A  Just pointing a gun at us.
24 Q  Okay. Did this other person say anything, this shorter
25 person?

1  A    No.
2  Q    In addition to yelling where's the cocaine, what did this
3  other taller person say?
4  A    He ran, he ran out of the house by then. And there's a
5  downstairs at the back of our house and he was trying to kick
6  that door in because it was locked.
7  Q    Okay. Referring to the photograph again, which side is
8  that door on that goes into the basement area, the storage area?
9  A    It's on the right side of the house in the back.
10 Q    Okay. Closest to you and that red garbage can?
11 A    Huh?
12 Q    Is it closest to the red garbage can, that side of the
13 house?
14 A    Yes.
15 Q    Okay. All right. How long was -- Could you hear --
16 A    Yes.
17 Q    -- the door trying to be jarred open?
18 A    Yeah.
19 Q    And how long was that person back there?
20 A    Just for like maybe a minute or two.
21 Q    Okay. And then what happened?
22 A    And he come back up there, I guess he was screaming and
23 telling the shorter guy where -- did he give you the keys to the
24 downstairs. And he said that he couldn't find them. And then
25 they just -- the shorter guy said, "If you move" -- "If you guys

1  move, we'll" -- he said, "I'll kill you," and then they both ran
2  out.
3  Q    Okay.  Did they take anything out of the residence?
4  A    Just my purse.
5  Q    Okay.  What was in your purse?
6  A    Just like maybe 2 or $300 and makeup.
7  Q    Okay.  Was there any drugs in the house, ma'am?
8  A    No.
9  Q    Was there any firearms in the house?
10 A    Yes.
11 Q    And what kind of firearms?
12 A    Like little -- maybe a rifle or -- like rifles and stuff.
13 Q    Did they take those?
14 A    No, they piled them up on our bed.
15 Q    Okay.  But they did not take them?
16 A    Huh-uh.
17 Q    The first person that came into your room, you mentioned a
18 red light was in your eyes.
19 A    Yeah.
20 Q    When you moved into the living room, was the living room
21 lit at that time, was the light on?
22 A    Yeah.
23 Q    Did you get a chance to see what he was holding in his
24 hands?
25 A    Yeah.

1  Q    And can you describe that to the jury, please?
2  A    It was black, and, you know, it was like a real big -- a
3  real, real big gun. And it had like -- like a thing on the top
4  of it. It had like layers. It was huge, a real big gun.
5  Q    And what was the short fellow holding?
6  A    He had one almost like it, but it wasn't -- they wasn't
7  identical.
8  Q    Ma'am, the court security officer is showing you
9  Exhibit 33, and that's the firearm that he's holding in his
10 hand. And the firearm that you saw with the taller person,
11 how -- can you look at that and tell if there's any
12 similarities?
13 A    Yeah.
14 Q    Okay. How are they similar?
15 A    Because of the -- the one the taller guy was holding, his
16 gun was like littler.
17 Q    Uh-huh.
18 A    And I saw the thing hanging off the back.
19 Q    Okay. What thing hanging off, what are you referring to?
20 A    This.
21      MR. WEST: Jerry, if you would, please. Exhibit 39.
22 BY MR. WEST:
23 Q    This is Exhibit 39. Does that firearm there compare with
24 either what the taller one or the shorter one was holding?
25 A    The shorter one.

1  Q    Okay. And what similarities, ma'am?
2  A    Well, the thing, because he had it pointed down like toward
3  Bo's head or Stacy's head like sometime --
4  Q    You said "thing." Point to me what you're talking about,
5  "thing" that you're --
6  A    The top, because that's all I could see of it was the
7  little holes in the top.
8  Q    Okay. Ms. Brock, approximately how long were these
9  individuals in your house?
10 A    Maybe ten minutes.
11 Q    Okay. Did you see them leave?
12 A    No.
13 Q    Did you hear anything outside with regards to a motor
14 vehicle running or an engine running?
15 A    Yeah, I heard like a car a running, because when they ran
16 out of our house, they said -- or when they said, "If you move,"
17 he said, "I'll kill you" --
18 Q    Which one said that?
19 A    The shorter one.
20 Q    Okay.
21 A    And then he -- they ran. I heard them go down the steps of
22 the porch, and then I heard tires squealing.
23 Q    Okay. Would there have been time for the -- when they left
24 the residence to open the car door, start the engine, put it in
25 drive?

1  A    No.
2  Q    Could you tell which direction they went?
3  A    No.
4  Q    How did you get out of the restraints?
5  A    Stacy did after we laid there for like 30 more minutes. He
6  untied my hands.
7  Q    Were you afraid, Ms. Brock?
8  A    Huh?
9  Q    Were you afraid?
10 A    Yes.
11 Q    Where did you go after this event took place?
12 A    I went to his mother's -- Stacy's mother's house.
13 Q    How long did you stay there?
14 A    I stayed that night.
15 Q    Now, you said you're on probation at this time; correct?
16 A    Yes.
17 Q    And have you been offered any deals in regards to your
18 testimony or any favorable recommendations we're going to make
19 to the Judge for you on any behalf?
20 A    No.
21          MR. WEST:  No other questions.
22          THE COURT:  Thank you.
23          Mr. Hoskins, you may cross-examine.
24                      CROSS-EXAMINATION
25 BY MR. HOSKINS:

1  Q    Ms. Brock, did you recognize any of these people that came
2  in your house?
3  A    I never saw their face.
4  Q    So as far as you know by what you heard and saw, you have
5  not run into them before or after?
6  A    No.
7  Q    Okay. Can you say how tall the taller of the two people
8  was?
9  A    The taller guy was maybe a -- maybe the same height as me.
10 Q    How tall would that be?
11 A    Well, I'm six-one-and-a-half, so he was around, I guess,
12 five-eleven or six-foot.
13 Q    So the taller guy was a little shorter than you maybe?
14 A    I can't really remember, but I remember him being real tall
15 because I could look at him.
16 Q    Okay. So he struck you as being pretty tall?
17 A    Yeah.
18 Q    And then there was another guy who was shorter?
19 A    Yeah.
20 Q    Can you say how tall the shorter fellow was?
21 A    Probably like maybe five foot.
22 Q    A lot shorter than you?
23 A    Yeah, a lot shorter.
24 Q    From your testimony and talking about these guns that they
25 showed you, I gather that you're not real familiar with firearms

```
 1  like that, are you?
 2  A    No.
 3  Q    Pretty scary thing to have something like that pointed at
 4  you?
 5  A    Yes.
 6              MR. HOSKINS:  That's all.  Thank you.
 7              THE COURT:  Any follow-up?
 8              MR. WEST:  No, Your Honor.
 9              THE COURT:  Thank you.  Ms. Brock, you may step down.
10         And any objection to her being finally excused?
11              MR. WEST:  No, sir.
12              THE COURT:  Thank you.
13                   (Proceedings concluded at 9:45 a.m.)
14                         C E R T I F I C A T E
15     I, Cynthia A. Oakes, certify that the foregoing is a
16  correct transcript from the record of proceedings in the
17  above-entitled matter.
18
19  5/26/2008                         s/CYNTHIA A. OAKES
         DATE                         CYNTHIA A. OAKES, RPR, RMR, CRR
20
21
22                              I N D E X
23                                                              PAGE
24  Testimony of SHEILA BROCK:
         Direct Examination by Mr. West:                          2
25       Cross-Examination by Mr. Hoskins:                       14
```