United States District Court
Eastern District of Kentucky
Southern Division at London

| | |
|---|---|
| UNITED STATES OF AMERICA ) | London Criminal |
| ) | Action No. 07-13-SSS |
| vs. ) | |
| ) | London, Kentucky |
| GEORGE CLARK ) | May 21, 2008 |
| ) | 11:20 a.m. |
| ) | |

TRANSCRIPT OF TESTIMONY OF JEWELDEAN FOUTS
BEFORE THE HONORABLE DANNY C. REEVES, AND A JURY

Appearances of Counsel:

| | |
|---|---|
| On behalf of the United States: | ROGER WEST, ESQ.<br>Assistant U.S. Attorney<br>260 West Vine Street<br>Suite 300<br>Lexington, Kentucky  40507 |
| On behalf of the Defendant: | DAVID S. HOSKINS, ESQ.<br>107 East First Street<br>Corbin, Kentucky  40701 |
| Court Reporter: | CYNTHIA A. OAKES, CRR<br>Official Court Reporter<br>United States District Court<br>560 Athens Boonesboro Road<br>Winchester, Kentucky  40391<br>(859) 983-4346 |

Proceedings recorded by mechanical stenography,
transcript produced by computer.

1  (Whereupon, the following proceedings were had in the
2  presence of the jury.)
3  THE COURT: Mr. West, you may call your next witness.
4  MR. WEST: Yes, Your Honor. Jeweldean Fouts, please.
5  JEWELDEAN FOUTS,
6  having been first duly placed under oath, was examined and
7  testified as follows:
8  THE COURT: Thank you.
9  Mr. West, you may proceed.
10  MR. WEST: Thank you, Your Honor.
11  DIRECT EXAMINATION
12  BY MR. WEST:
13  Q  Would you state your name, please, ma'am?
14  A  Jeweldean Fouts.
15  Q  Can you spell your first name?
16  A  J-e-w-e-l-d-e-a-n.
17  Q  Jeweldean, okay. Ms. Fouts, where do you live at?
18  A  P.O. Box 35, Smilax.
19  Q  Okay. And what county is Smilax in?
20  A  Leslie.
21  Q  And how long have you lived in Leslie County?
22  A  All of our lives.
23  Q  What's your husband's name?
24  A  Johnny Fouts, Jr.
25  Q  Okay. And what about your husband's name -- I'm sorry,

1  your son's name?
2  A    Kenneth Brian Fouts.
3  Q    I'm going ask you to look behind you there real quick for
4  me at that poster.  Look at that photograph at the top.  Do you
5  recognize that place, ma'am?
6  A    Up here?
7  Q    Yes, ma'am, all the way to the top, the picture of the
8  house.
9  A    Of myself?
10 Q    No, ma'am.  All the way at the top there, that big, big
11 picture?
12 A    Oh, yeah, I recognize that house.
13 Q    Okay.  And what house is that?
14 A    That's my house.
15 Q    All right.  That's in Smilax?
16 A    Do what?
17 Q    Is that in Leslie County?
18 A    Yeah.
19 Q    How long have you lived at that house?
20 A    Oh, I've lived in that house about six years.
21 Q    Okay.  Ma'am, on the 17th of August of 2006, were you in
22 that house at that time?
23 A    I was.
24 Q    Who was staying with you?
25 A    My son and my husband.  He had left for work.

1  Q    Okay.  Does Kenneth usually stay with you?
2  A    Pardon?
3  Q    Does Kenneth usually stay there with you?
4  A    Yes.
5  Q    All right.  Now, where does your husband work at?
6  A    Teco, Teco Coal Company.
7  Q    He's a coal miner?
8  A    Uh-huh.
9  Q    How long has he been a coal miner?
10 A    42 years.
11 Q    And how many days a week does he work?
12 A    Six days -- usually six days a week.  Sometimes they'll get
13 off on Saturday; not often.
14 Q    Do you know about what time your husband leaves for work?
15 A    About 4:00, five after 4:00, something like that.
16 Q    Around 4:00 a.m.?
17 A    Uh-huh.
18 Q    Okay.  What kind of vehicle does your husband usually
19 drive?
20 A    It was a Ford -- it's a Ford Chevrolet.  I mean Ford -- I'm
21 so confused.  It's a Blazer, Chevrolet Blazer, is what I'm
22 trying to say.
23 Q    That's all right, Ms. Fouts.  Does he usually park the car
24 right up there near the house?
25 A    Yeah, backs it up in there, yeah.

1  Q     Okay.  How far from the main road is your house up that
2  driveway?
3  A     It's not far at all.
4  Q     A hundred feet?
5  A     From there, there's a little low water bridge, and you just
6  go up a little hill to the highway.
7  Q     Okay.  Is your house beside any other houses?
8  A     No.  No.
9  Q     All right.  Now, were you awake that morning when your
10 husband left?
11 A     Do what?
12 Q     Were you awake when your husband left for work?
13 A     No.
14 Q     Were you awakened that morning, the 17th of August?
15 A     Yes, I was.
16 Q     Tell the jury, please, what woke you up first.
17 A     Loud noises and voices.
18 Q     All right.  If you look at that picture up there, ma'am, of
19 the house, it looks like a front porch there, sort of center
20 left in the -- with like a green awning over the top?
21 A     What now?
22 Q     In the front, it looks like a porch with it looks like
23 green on top of it?
24 A     Yeah.
25 Q     Where is your bedroom at in that house?

1  A    You go in that front door --
2  Q    Uh-huh.
3  A    -- and take a left, and it's the main back.
4  Q    All right. After you heard these loud noises and voices --
5  A    Uh-huh.
6  Q    -- did you recognize any of the voices?
7  A    No, I didn't.
8  Q    All right. What happened next, Ms. Fouts?
9  A    I raised up in the bed, and by the time I got raised up,
10 because I had a big -- things in my arm where I fell and broke
11 my arm. By the time I got raised up and looked through there, I
12 seed these masked men, masked men with goggles on, three of
13 them. I seed one or two, maybe three at that time, it might
14 have been two of them. But I raised up and I seen my son laying
15 in the floor --
16 Q    Uh-huh.
17 A    -- with a gun in his back. And this one fellow, I don't
18 know who he was, he come to my bed with a big long gun, and he
19 said, "Show me proper identification." I reached with this arm
20 because I couldn't use this one and got my purse, and he just
21 took purse and all, he didn't look at no identification or
22 nothing and he hung it on his arm.
23 Q    Did you get out of the bedroom there and come to the main
24 room?
25 A    I sure did. I walked in there where my son was at.

1  Q     All right.  Did anybody tell you to come in there?
2  A     No.
3  Q     All right.  Then what happened when you got into the main
4  room there?
5  A     Just the one told me not be scared, that we wasn't going to
6  get hurt.  I said, "I'm not scared," I said, "for myself," but I
7  said, "my young'n's got a gun in his back."  He said, "Your
8  young'n's not going to get hurt."
9  Q     Did they identify themselves?
10 A     No.  Well, the said they was State Polices.
11 Q     Okay.  Now, let's talk for just a minute, Ms. Fouts, about
12 your arm there.  You say your left arm?
13 A     Uh-huh.
14 Q     Did you break it?
15 A     Yeah, I broke it and stayed in the hospital, Hazard
16 hospital.
17 Q     All right.  And how did you break your arm?
18 A     I fell on my porch coming from bingo.
19 Q     That porch right there in the picture?
20 A     That porch right there.
21 Q     And did you have surgery?
22 A     Yes, I had to have surgery.
23 Q     Now, you mentioned something sticking up out of your arm.
24 A     Yeah, I had big pins, big rods way up to here, had it all
25 taped up.  The rods was that high on that one arm from here to

1  here to hold it together because I broke it in the joint.
2  Q     Okay.  So the rods stuck up out of your arm?
3  A     Yes, right.
4  Q     Did you have to have it wrapped all the time?
5  A     Yes, I did.
6  Q     So would you say if anybody came in close contact with you
7  would see the arm?
8  A     Yeah.
9  Q     Do you know James Bowling?
10 A     No, I don't.
11 Q     Would you take a look at this individual in the white
12 shirt?  Do you know him, ma'am?
13 A     No, I don't.
14 Q     Do you know Jeremy Brashear?
15 A     I think I know Jeremy Brashear if it's the one that used to
16 live on Cutshin.
17 Q     Okay.  Has he ever been to your house?
18 A     No, not to my house.
19 Q     All right.  Were you prescribed any medication for your
20 arm?
21 A     Yes.
22 Q     And what medication was that, ma'am?
23 A     Percocets.
24 Q     Okay.  Did you take those regularly?
25 A     Yes, I did.

1  Q     All right. When you go into the main room, at that point,
2  did you get a look at the three guys that were there?
3  A     Do what?
4  Q     When you went in the main room where your son was on the
5  floor, did you get a look at the three guys that were there?
6  A     I looked at them, but I couldn't tell who they was or
7  nothing because they was fully masked.
8  Q     Okay. Could you tell what kind of guns they had?
9  A     Big long rifles. I was scared so bad, I don't know one gun
10 from another, it could have been --
11 Q     All right.
12 A     It could have been .22s for all I know, because I can't
13 tell one gun from another.
14 Q     Do you know what color they were, ma'am?
15 A     I guess they was black. I don't know.
16 Q     All right. In looking at those three individuals, were
17 they all the same height?
18 A     It seemed like the one that come to my bed was the tallest.
19 I don't know.
20 Q     Okay. Why do you say that?
21 A     Because he just looked taller or looked bigger or
22 something.
23 Q     Okay. Were any of them making references to the other one,
24 calling them by name or anything?
25 A     No, they called them by numbers.

1  Q    Tell the jury what you mean by that.
2  A    Huh?
3  Q    Tell the jury what you mean by calling by numbers.
4  A    When he was at my bed and I told him I wasn't worried about
5  myself at all, I was just worried about my son with that gun in
6  his back, and then he said -- he asked me, he said, "Is anybody
7  else here?"  And I said, "No."  And I said, "If you're looking
8  for drugs, tear this place all to pieces because there's no
9  drugs in this house."
10 Q    Uh-huh.
11 A    And he hollered back and he said, clear, two and three or
12 one and two, or something or other like that, he went by
13 numbers, no names called.
14 Q    Okay.
15 A    That's the only thing I remember.
16 Q    All right.  Now, if I recall what you just said a minute
17 ago, your purse was in the bedroom where you were at.
18 A    It was.
19 Q    And the tall fellow that came in carried your purse out on
20 his arm?
21 A    Right.
22 Q    What was in your purse, Jeweldean?
23 A    I had Xanaxes that I had been on 30-some years, and I had
24 pain pills, I had some prescriptions in there that had never
25 been filled, was going to be tore up because I didn't need them

1  because I had prescription from my pain doctor and my arm
2  doctor, and I was trying to get off of pain pills. I had been
3  on pain pills for a long time too, and I never got them filled.
4  I could have got them filled every month if I'd a wanted to, but
5  I didn't.
6  Q    Okay. What else was in your purse?
7  A    I had 14 100-dollar bills.
8  Q    Okay. Why that much money?
9  A    Well, I got a grandbaby was going to Memphis, Tennessee,
10 had a kidney -- had to have a kidney took out on account of
11 cancer, four year old. And he had been there and had it took
12 out and had to take him back for tests, and every time he went,
13 I made sure they had money for anything they wanted, anything
14 that baby wanted.
15 Q    Okay. Now, you said you had pain pills in there. What
16 kind of pain pills?
17 A    I had Percocets.
18 Q    Those are for your arm?
19 A    They're for my arm.
20 Q    Do you know how many were in there?
21 A    I couldn't tell you exactly.
22 Q    Okay. Were there any pills left in your house after these
23 fellows left?
24 A    Any what?
25 Q    Any pills left in your house?

1  A    No.  No.
2  Q    They took it all?
3  A    No, there was no pills.  The only pills that was in my
4  house was in my purse.
5  Q    Okay.  Now, at any time, were you forced to lay on the
6  ground there?
7  A    No.  No.
8  Q    When these fellows got ready to leave, did any of them say
9  anything to you or your son?
10 A    One of them looked back at me and asked me did I want them
11 to call an ambulance, and I said no.
12 Q    Okay.
13 A    That was the only thing was said.
14 Q    I guess you watched them walk out the front door?
15 A    No.  I don't know what -- I don't know why I didn't.  I
16 just went back into my bedroom.  I don't know, I was -- you
17 know, I guess I was in shock, addled, and all that.  I don't
18 know.  I did not watch them walk out.
19 Q    Okay.  At any point, did you decide to call the police?
20 A    Yes, after they left, we called the police.
21 Q    At some point, did you determine that they weren't, in
22 fact, State Police that were --
23 A    Huh?
24 Q    At some point, did you determine they weren't State Police
25 that were searching your home?

1  A    I knew they wasn't the State Police.  I mean --
2  Q    Why is that, Jeweldean?
3  A    Because we didn't do nothing to have the police called for.
4  Q    Has your son ever sold drugs, ma'am?
5  A    Pardon?
6  Q    Has your son ever sold drugs?
7  A    No, my son does not -- has never sold drugs.
8  Q    Have you ever sold drugs?
9  A    No.  No, sir.
10 Q    Now, about how long did it take for the police to get
11 there?
12 A    To me, it was two hours.  I don't know.  I had friends and
13 sister-in-law and things like that that got there way before the
14 law got there.
15 Q    Uh-huh.  Did you notice anything about your-all's vehicles
16 outside?
17 A    Yeah, my Jeep that I drove, the tires was cut off of it.
18 Even the spare on the back of it was cut.
19 Q    They even cut the spare?
20 A    Yes.
21 Q    Okay.  Was there another vehicle out there besides the
22 Jeep?
23 A    They sure was.
24 Q    What was -- was that vehicle, could it be operated?
25 A    My husband, about, I'd say, three or four months before

1  that had -- there was a man hit him at the mouth of Polls Creek
2  and just tore the front of it up, and we hadn't got it fixed
3  back.  But you could drive it, you know, if you had to.
4  Q    Now, Jeweldean, I'm going to show you what's marked as
5  Government's Exhibit 12.
6  A    Okay.
7  Q    There's a number right there that says 12, don't worry
8  about the one next to it, and there's some items inside.
9  A    Okay.
10 Q    I'm going to ask the court security officer to give it to
11 you and I'm going to ask you to reach your hand in there and
12 pull those items out.
13 A    Okay.
14 Q    Okay?  Look at them for a few minutes or seconds.  When
15 you're done, look up at me and I've got a question.
16 A    Okay.  Now, what am I supposed to do?
17 Q    Just pull them out for me, Jeweldean, and take a look at
18 those.
19 A    I can't half hear.  Okay.
20 Q    All right.  Do you recognize those items?
21 A    Yes, I do.
22 Q    And what are they?
23 A    It was from my purse.
24 Q    Okay.  What are they exactly?
25 A    Huh?

1  Q    What are they exactly?
2  A    It was my checkbook and my Lorcet Plus that my doctors
3  wrote to me that I didn't get filled.
4  Q    How many of those Lorcet Plus prescriptions are there?
5  A    Do what?
6  Q    How many prescriptions are there, roughly?
7  A    Seven.
8  Q    Okay.  Now, how do you know that's your checkbook?  It's an
9  obvious question, but how do you know that's your checkbook?
10 A    By my name.
11 Q    Is your name on there?
12 A    Uh-huh.
13 Q    Husband's name on there, too?
14 A    Uh-huh.
15 Q    Ms. Fouts, were those items taken from your home in the
16 early morning hours of the 17th of August of 2006?
17 A    They sure was.
18 Q    And did you give those guys permission to take those
19 things?
20 A    Yes -- do what?
21 Q    Did you give those guys permission to take your checkbook
22 or prescriptions?
23 A    No.
24           MR. WEST:  That's all of this witness, Your Honor.
25           THE COURT:  Thank you.

1  Mr. Hoskins, you may cross-examine.
2  CROSS-EXAMINATION
3 BY MR. HOSKINS:
4 Q    Ms. Fouts, you remembered talking to the police when
5 they -- when the real police came to your house later on that
6 night?
7 A    That morning.
8 Q    Or that morning.
9 A    Yeah, uh-huh.
10 Q    Do you remember telling the police that you thought it was
11 kinda strange that these people didn't search your house, they
12 acted like they knew where to go?
13 A    They knew where to go?
14 Q    Well, let's see if I'm getting it right.  You and your son
15 talked to the police and told the police that they didn't really
16 search your house thoroughly, these robbers that came in there.
17 A    They did not search my house.  No, they didn't.
18 Q    They seemed to know just where to go?
19 A    I don't know what they knowed.  They knowed that I was in
20 the bed.  I mean, they come to my bedroom and they had him
21 laying in the floor is the only thing that I know.
22 Q    Do you know Jeremy Brashear, did you say?
23 A    If it's the Jeremy Brashear that I knowed a long time ago,
24 I do.  I don't know him personally, but I know him.
25 Q    You know who he is?

1  A    I know of him, yes.
2  Q    How about a Rick Brashear?
3  A    Who?
4  Q    Rick Brashear.
5  A    No, never heard or him.
6  Q    How about a Josh Wilson, do you know that name?
7  A    No, I don't.
8  Q    A Dan Hoskins?
9  A    No, I don't.
10         MR. HOSKINS:  That's all.  Thanks.
11         THE COURT:  Thank you.
12         Mr. West?
13         MR. WEST:  No other questions, sir.
14         THE COURT:  Thank you, Ms. Fouts.
15         Any objection to this witness being finally excused?
16         MR. WEST:  No, sir.  Thank you.
17         THE COURT:  Ms. Fouts, you may step down and you're
18 finally excused.  Thank you.
19              (Proceedings concluded at 11:37 a.m.)
20              C E R T I F I C A T E
21    I, Cynthia A. Oakes, certify that the foregoing is a
22 correct transcript from the record of proceedings in the
23 above-entitled matter.
24
25 5/26/2008                    s/CYNTHIA A. OAKES
     DATE                       CYNTHIA A. OAKES, RPR, RMR, CRR

1

2 <u>I N D E X</u>

3 <u>PAGE</u>

4 Testimony of JEWELDEAN FOUTS:
        Direct Examination by Mr. West:                    2
5       Cross-Examination by Mr. Hoskins:                 16

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1