United States District Court
Eastern District of Kentucky
Southern Division at London

UNITED STATES OF AMERICA   )   London Criminal
                           )   Action No. 07-13-SSS
  vs.                      )
                           )   London, Kentucky
GEORGE CLARK               )   May 21, 2008
                           )   11:00 a.m.
                           )

TRANSCRIPT OF TESTIMONY OF KENNETH BRIAN FOUTS
BEFORE THE HONORABLE DANNY C. REEVES, AND A JURY

Appearances of Counsel:

On behalf of the United States:   ROGER WEST, ESQ.
                                  Assistant U.S. Attorney
                                  260 West Vine Street
                                  Suite 300
                                  Lexington, Kentucky  40507

On behalf of the Defendant:       DAVID S. HOSKINS, ESQ.
                                  107 East First Street
                                  Corbin, Kentucky  40701

Court Reporter:                   CYNTHIA A. OAKES, CRR
                                  Official Court Reporter
                                  United States District Court
                                  560 Athens Boonesboro Road
                                  Winchester, Kentucky  40391
                                  (859) 983-4346

Proceedings recorded by mechanical stenography,
transcript produced by computer.

1  (Whereupon, the jury returned to the courtroom, after which
2 the following proceedings were had.)
3         THE COURT: Thank you. Please be seated.
4         The record will again reflect that all members of the
5 jury are present, the defendant and counsel are also present in
6 the courtroom. I believe we had concluded with Mr. Jones as our
7 last witness.
8         Mr. West, you may call your next witness.
9         MR. WEST: Yes, Your Honor. Kenneth Fouts, please.
10                   KENNETH BRIAN FOUTS,
11 having been first duly placed under oath, was examined and
12 testified as follows:
13                   DIRECT EXAMINATION
14         THE COURT: Thank you.
15         Mr. West, you may proceed.
16         MR. WEST: Thank you, sir.
17 BY MR. WEST:
18 Q   State your name, please, sir.
19 A   Kenneth Brian Fouts.
20 Q   How do you spell your last name?
21 A   F-o-u-t-s.
22 Q   How old are you, Mr. Fouts?
23 A   29.
24 Q   And where do you live at, sir?
25 A   Leslie County, Kentucky.

1  Q     How long have you lived in Leslie County?
2  A     My whole life.
3  Q     Are you employed?
4  A     No.
5  Q     Sir, in August of 2006, where were you living?
6  A     At Polls Creek, Kentucky.
7  Q     Okay.  And who were you living there with?
8  A     My two parents.
9  Q     And what are their names?
10 A     Jeweldean and Johnny Fouts, Jr.
11 Q     In the early morning hours of the 17th of August of 2006,
12 where you sleeping at, sir?
13 A     In the living room.
14 Q     Okay.  Is that usually where you slept when you stayed
15 there?
16 A     Yeah.
17 Q     How was your father employed at the time?
18 A     Coal mine.
19 Q     Do you know about what time of the morning he would have to
20 go leave to work?
21 A     Usually right around 4:00, early.
22 Q     I'll ask you to turn around and look at that poster behind
23 you, sir.  Look at that photograph at the top of the poster.  Do
24 you recognize that place, sir?
25 A     Yeah, that's the house.

1  Q    I'm sorry?
2  A    That's my house.
3  Q    That's your house?
4  A    Yes.
5  Q    Is that where you were staying at on the 17th of August?
6  A    Yes.
7  Q    Now, where that residence is located, is it at the top of
8  the hill, the bottom of the hill, in a holler or --
9  A    Like on a main road. I mean, it's not up no holler, it's
10 just right beside the road.
11 Q    Okay. The road that goes up to the house or comes down
12 from the house, what kind of road is that?
13 A    It's a little gravel road. It's about from -- I'd say from
14 here to the trees from the road.
15 Q    Were you awake when your father left to go to work that
16 day, sir?
17 A    No.
18 Q    Were you awakened by something?
19 A    Yeah.
20 Q    Tell the jury, please, what first awakened you that day.
21 A    Two big loud bangs. I mean, it was loud.
22 Q    Like gunshot bangs, a car backfiring?
23 A    No, like somebody banging on the door.
24 Q    Okay. And how far was -- I guess you were sleeping on the
25 couch?

1 A Yeah.
2 Q How far was the couch from the front door?
3 A About 12 feet.
4 Q Had you heard any vehicles come up?
5 A No.
6 Q Okay.
7 A I had a German Shepherd outside and didn't hear him bark.
8 Q Okay. What happened next, sir?
9 A I got up and I just naturally grabbed my pistol because I
10 didn't know who it was, and I said I'm coming, because I thought
11 it was my father coming back.
12 Q Uh-huh.
13 A And then when they said, "Police, we got a search warrant,"
14 I just layed my pistol down and I reached to go unlock the door
15 and they just shoved it on in and two big guns was in my face
16 before I knowed what was happening.
17 Q Okay. How many individuals first entered the front area of
18 the home?
19 A They was two.
20 Q Okay. How was the first person dressed?
21 A He was complete black with goggles and a ski mask and
22 gloves. I mean, it was scary.
23 Q Was the first person saying anything to you?
24 A He said, "Get down," and naturally I did.
25 Q Okay. How was the second person dressed?

1  A    He was about the same, he was in dark clothes, he had on a
2  T-shirt, but it wasn't no way -- it wasn't covering his whole
3  arms like the --
4  Q    Was there anything written on the T-shirts?
5  A    No.
6  Q    Other than get down, did the first person say anything to
7  you?
8  A    He asked was anybody else in the house.  I said, "My
9  mother's asleep back there."
10 Q    Okay.  Then what happened?
11 A    And he said, "Get down on your belly."  And then -- they
12 went by one, two, and three.  One went to the bedroom and woke
13 my mother.
14 Q    Okay.  What did he do with your mother?
15 A    I couldn't say for sure because they was back there in the
16 back room, but then he made her get up and they come into the
17 living room eventually.
18 Q    You said they went by one, two, and three.  What do you
19 mean by that, sir?
20 A    When they was talking to each other, they would go one, are
21 you okay, two, is everything secure, you know.
22 Q    All right.  Now, can you describe what the first
23 individual, what weapon he was holding?
24 A    It was a long black, like an automatic rifle.  Had a light
25 on the end of it, you know.  It was right in my eyes.  I could

1 tell it was an assault rifle.
2 Q Okay. What about the second individual?
3 A He was holding a rifle also.
4 Q Was it similar to the first one?
5 A Uh-huh. But it didn't have no light on it.
6 Q Now, did you ever see a third person there, sir?
7 A Yes.
8 Q All right.
9 A After I was laying on the -- on the floor of the living
10 room, a third person come in, and he first started packing stuff
11 out, and he had a -- it was like a revolver.
12 Q Uh-huh.
13 A He was also wearing a mask.
14 Q What color pistol was that, sir?
15 A I was looking into the light, I couldn't --
16 Q Okay.
17 A I couldn't tell you.
18 Q How was the third person dressed?
19 A He had on jeans and a T-shirt and ball shoes, with a ski
20 mask.
21 Q What kind of ball shows?
22 A They was white, and I really wasn't focusing --
23 Q Sure. Could you tell what color his T-shirt was?
24 A It was dark, a dark color.
25 Q Did they ever mention any police agency, that they were

1 with the police, State Police, anything like that?
2 A    Well, when they was outside, they said, "Police, we got a
3 search warrant," so --
4 Q    They never identified further than that?
5 A    No.
6 Q    Was the third one wearing a mask also?
7 A    Yes.
8 Q    Could you note any facial features on the first one?
9 A    No, No. 1 had come by and all, because he had goggles and
10 everything on.
11 Q    Okay. What about the second one?
12 A     (Witness shakes head negatively).
13 Q    What about the third one?
14 A    The third one there, he would come back out through the
15 house, they turned -- I got to turn on a lamp, they told me to
16 turn on a light, as he was walking by, I could tell he had to be
17 redheaded because his mustache was sticking out underneath his
18 hole in his mouth.
19 Q    Uh-huh.
20 A    And I could see red hair. I mean, it looked red.
21 Q    Were you able to look at these individuals that were --
22 while they were standing up?
23 A    What do you mean? When I was eye level with them?
24 Q    No, sir, I'm asking about their height. Did you notice
25 anything about the height of No. 1, No. 2, and No. 3?

1  A    No. 1, he was pretty tall, you know, he was about six foot,
2  six foot something and --
3  Q    Why do you say that, sir?
4  A    He was taller than me.
5  Q    How tall are you?
6  A    I'm about five-eleven.
7  Q    Okay. What about the second one?
8  A    He was shorter than I was and kinda skinny like.
9  Q    Okay. What about the third one?
10 A    He was pretty healthy. I mean, he was healthy, he was
11 chubby like myself, a little bit.
12 Q    He had been eating well?
13 A    Yeah.
14 Q    All right. Now, you said No. 3, or the third person, was
15 packing stuff out of the house.
16 A    Yes.
17 Q    What stuff was he taking out of the house?
18 A    They was a trunk sitting in my father's room that had some
19 clothes and some just whatnots and stuff in it, they packed it
20 out. And they made me up a little safe that's -- No. 2 made me
21 open up a safe that I just had some like personal stuff in
22 that -- where my grandparents passed away, just news clippings
23 and stuff.
24 Q    Uh-huh.
25 A    They made me open that there up and got everything out of

1  it.
2  Q    Did they take anything else out of the house?
3  A    Two pistols.
4  Q    Okay. What kind of pistols were they, sir?
5  A    Ruger GP-345 and a Taurus .38 revolver.
6  Q    Whose pistols where those?
7  A    The .45 was mine and the .38 was Mother's.
8  Q    Okay. Anything else out of the house?
9  A    Just -- Well, they took my mother's pocketbook and whatever
10 money, whatever she had in there.
11 Q    All right. Now, in regards to the weapons that No. 1 and
12 No. 2 were carrying, what color were they?
13 A    They was black. That looked like one of them.
14 Q    That's Exhibit No. 33. How does that compare with what
15 either No. 1 or No. 2 was holding?
16 A    Well, look like No. 2 was holding that, because No. 1 had a
17 light on the end of it.
18 Q    Okay.
19 A    It could have been taped on there or anything.
20 Q    Was the color of that firearm the same?
21 A    Yeah.
22 Q    You had mentioned before an AR-15 that you thought they
23 were carrying. Why is that?
24 A    I know a little bit about guns. That's just what I
25 figured, you know, it could have been.

1  Q    This is -- this is Exhibit 34, I previously called it 39
2  but it's actually 34. Take look at that one, sir. How does the
3  color compare with the firearms used by those two individuals?
4  A    It looks very similar. I mean, it was dark-colored, you
5  know.
6  Q    All right.
7  A    Plus they had two big clips sticking out of them.
8  Q    Big clips?
9  A    Yeah.
10 Q    What kind of clips, sir?
11 A    I suppose they was about 20- or 30-round clips. They stuck
12 out about six or seven inches.
13 Q    Were they straight clips or banana?
14 A    Bananas.
15 Q    Okay. How long were they actually in the residence,
16 Mr. Fouts?
17 A    I would say approximately five to eight minutes, at the
18 most.
19 Q    Were you ever tied up?
20 A    No.
21 Q    Was your mother ever tied up?
22 A    No.
23 Q    Handcuffed?
24 A    No. No. 2 just stood about one foot away with me with a
25 gun in my back and told me -- he told me not to move.

1  Q    Okay. In regards to the three individuals, were any of
2  them giving directions or issuing orders to the others?
3  A    Well, seem like No. -- whoever No. 1 was was more in
4  command than the other two.
5  Q    Now, is that the taller one?
6  A    Yeah, that was the tallest one of the three that come into
7  the house.
8  Q    Did either No. 1, No. 2, or No. 3 say anything to you when
9  they left the residence?
10 A    I was on my belly, and when they was ready to leave, they
11 said, "No. 2 is going to stay here and watch you while we go
12 examine the evidence." And I didn't say nothing. I was still
13 in shock, and I waited about 30 seconds, I said, "Can I go check
14 on my mother?" And nobody never did answer, and that's when I
15 knowed, you know, we had been robbed.
16 Q    Did you call the police, sir?
17 A    Yes.
18 Q    How long did it take the police to respond?
19 A    It was about 45 minutes to an hour when the State Police
20 got there.
21 Q    Okay. Did you hear any vehicles outside?
22 A    No. I was laying on the floor, and I seen taillights
23 glaring from the door, they had to be backing across the bridge
24 because we live across a bridge. But I never heared them or,
25 you know, nothing else, never heared no door slam or nothing.

1  Q    But would it be safe to say, sir, that in regards to the
2  photograph that was there, had the vehicle pulled up close to
3  the house, you would have heard it?
4  A    Yeah.
5  Q    All right.  Mr. Fouts, have you ever sold any drugs?
6  A    No.
7  Q    Were you selling any drugs in that residence?
8  A    No.
9  Q    Was your mother selling any drugs in that residence?
10 A    No, sir.
11 Q    Had your mother been recently injured?
12 A    Yeah, she fell on the front porch there and she had a rod
13 in her arm, she just had had surgery a couple of weeks before
14 that.
15 Q    Okay.  Did you observe the rod yourself?
16 A    Oh, it was stuck up out of the -- the pin here and there
17 was a big thing stuck up over her arm there.
18 Q    Do you know if she was on any medication for that?
19 A    I believe so, yes.
20 Q    Did you have any vehicles out front, Mr. Fouts?
21 A    Yes.  There was a white Dodge Intrepid that was parked way
22 up past the house, and her Jeep Liberty that they cut her tires
23 was parked right beside the steps there.
24 Q    What color was that Jeep Liberty?
25 A    It's a black Jeep Liberty.

1 Q    Did they search the vehicles while they were there?
2 A    Well, they asked me was there any guns there, and I said
3 there's mine and the .38 was in the vehicle, and I guess that,
4 you know, they found it.
5 Q    Which vehicle was it in?
6 A    The Jeep Liberty.
7 Q    Okay. Now, you said they cut the tires?
8 A    Yes, both back tires, and the keys was in my mother's
9 pocketbook, and it was about -- I don't know how long it was
10 before we got an extra set made.
11 Q    So they cut the back tires off both vehicles?
12 A    Off the Jeep. They didn't bother the Intrepid. But it was
13 tore up anyway.
14 Q    All right. And just to be sure, No. 3 was the shorter one?
15 A    Yes.
16 Q    And is it No. 3 the one that you say had the red mustache?
17 A    Yes.
18         MR. WEST: That's all, sir.
19         THE COURT: Thank you.
20         Mr. Hoskins, you may cross-examine.
21                    CROSS-EXAMINATION
22 BY MR. HOSKINS:
23 Q    Mr. Fouts, I'm curious about that German Shepherd that was
24 out there.
25 A    Uh-huh.

1  Q    You-all live kind of in a remote part of the country?
2  A    Yeah.
3  Q    And is that dog usually one that would bark if a stranger
4  came?
5  A    Yeah, but he was in a building.  He had broken his chain,
6  he was in a building.
7  Q    Okay.  So you think that's why he wasn't barking?
8  A    (Witness nodding head affirmatively.)
9  Q    As I understand it, you told the police that you thought it
10 was kinda odd that the people who came in there didn't really
11 search your house but they acted like they knew where to look
12 for things; is that right?
13 A    No, they just went straight -- they didn't go into the
14 kitchen or to the washroom, they just went straight from the
15 living room to my mother's room and just flipped the light on in
16 my father's room and just -- they just grabbed a couple of
17 things and in and out.
18 Q    They didn't go through things thoroughly and turn out
19 drawers?
20 A    No, they wasn't in there -- it seemed like eternity, but
21 they wasn't in there long.
22 Q    And you remember that you talked with the State Police
23 about this?
24 A    Uh-huh.
25 Q    This robbery that happened at your house.  Your mother did,

1 too?
2 A  (Witness nodding head affirmatively.)
3 Q  And I need you to speak up so this lady here can get your
4 answer.
5 A  Oh, I'm sorry.
6 Q  To repeat my last question, your mother talked to the
7 police too, didn't she?
8 A  Yes.
9 Q  Thank you. You mentioned that you saw three different
10 people, and I'm wondering, you said No. 1, the one we call No. 1
11 was -- called No. 1 was around six feet tall?
12 A  Uh-huh.
13 Q  Maybe just a little bit taller than you, am I right?
14 A  Right.
15 Q  How about No. 2?
16 A  He wasn't nowhere near as big as No. 1 was.
17 Q  When you say not as big, you mean not as tall?
18 A  He wasn't as tall or as -- as wide.
19 Q  Okay. So No. 1 was big and -- both in height and width?
20 A  Well, from my angle, it was.
21 Q  No. 3 was --
22 A  He was short and chubby.
23 Q  And he was the one that had the red mustache sticking out a
24 little bit?
25 A  Yeah.

1  Q    No. 2, then, was somewhere in between No. 1 and No. 3 --
2  A    Yes, he --
3  Q    -- as far as his height?
4  A    No. 2 was the smallest in total body of the three
5  individuals.  He was the least person.
6  Q    Okay.  Do you know a guy named Jeremy Brashear?
7  A    I know of him.  I know his brother.  I went to school with
8  his brother.
9  Q    What's his brother's name?
10 A    Josh.
11 Q    Josh?  Do you know a Rick Brashear?
12 A    I don't believe so.
13 Q    Okay.  Do you know a James Bowling?
14 A    No, sir.
15 Q    Do you know George Clark?
16 A    Is that him sitting there?
17 Q    Yeah.
18 A    No.
19 Q    You don't recognize ever seeing him before?
20 A    No.
21 Q    Okay.  Did it strike you as odd that this happened around
22 the time that your mother had to have surgery and was taking
23 some pain medication?
24 A    She had already had her surgery.
25 Q    But she was taking some pain medication around that time?

1  A    Yes.
2  Q    They cut the tires on the Jeep?
3  A    True.
4  Q    But they didn't cut the tires on the Intrepid?
5  A    It was broke down.  It wouldn't have done them no good.  I
6  mean, I don't know why they didn't, but --
7  Q    Because you couldn't tell the Intrepid was broke down just
8  by looking at it, could you?
9  A    No, sir.
10 Q    So the person that would cut the tires on one vehicle must
11 have known that other one wasn't running?
12         MR. WEST:  I would object.  That calls for
13 speculation, Your Honor.
14         THE WITNESS:  It had been wrecked --
15         THE COURT:  I'll sustain the objection.  He can
16 describe the car if he wishes to do so.
17         THE WITNESS:  It had been wrecked a couple of months
18 before.  I mean, the back end was same as totaled on it.
19 BY MR. HOSKINS:
20 Q    Do you know if any of those Brashears had ever been in your
21 home?
22 A    I don't know, sir.
23 Q    I'm sorry, you don't know or --
24 A    No, sir.
25 Q    They had not?  All right.

```
 1            MR. HOSKINS:  That's all.  Thank you.
 2            THE COURT:  Thank you, Mr. Hoskins.
 3            Mr. West, any redirect of the witness?
 4            MR. WEST:  No, sir.  Thank you.
 5            THE COURT:  Thank you.  Mr. Fouts, you may step down.
 6            Any objection to this witness being finally excused?
 7            MR. WEST:  No, sir.
 8            THE COURT:  Thank you.  You're finally excused at this
 9    time.
10                  (Proceedings concluded at 11:20 a.m.)
11                        C E R T I F I C A T E
12       I, Cynthia A. Oakes, certify that the foregoing is a
13    correct transcript from the record of proceedings in the
14    above-entitled matter.
15
16    5/26/2008                         s/CYNTHIA A. OAKES
        DATE                            CYNTHIA A. OAKES, RPR, RMR, CRR
17
18
19                              I N D E X
20                                                         PAGE
21    Testimony of KENNETH FOUTS:
          Direct Examination by Mr. West:                    2
22        Cross-Examination by Mr. Hoskins:                 14
23
24
25
```