```
                  United States District Court
                   Eastern District of Kentucky
                    Southern Division at London
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | London Criminal |
| | ) | Action No. 07-13-SSS |
| vs. | ) | |
| | ) | London, Kentucky |
| GEORGE CLARK | ) | May 21, 2008 |
| | ) | 3:41 p.m. |
| | ) | |

```
           TRANSCRIPT OF TESTIMONY OF MELISSA BEGLEY
        BEFORE THE HONORABLE DANNY C. REEVES, AND A JURY
```

Appearances of Counsel:

On behalf of the United States:      ROGER WEST, ESQ.
                                     Assistant U.S. Attorney
                                     260 West Vine Street
                                     Suite 300
                                     Lexington, Kentucky   40507


On behalf of the Defendant:          DAVID S. HOSKINS, ESQ.
                                     107 East First Street
                                     Corbin, Kentucky   40701


Court Reporter:                      CYNTHIA A. OAKES, CRR
                                     Official Court Reporter
                                     United States District Court
                                     560 Athens Boonesboro Road
                                     Winchester, Kentucky   40391
                                     (859) 983-4346


Proceedings recorded by mechanical stenography,
transcript produced by computer.

1        (Whereupon, the following proceedings were had in the
2   presence of the jury.)
3            THE COURT:  Thank you.
4            Mr. West, you may call your next witness.
5            MR. WEST:  Yes, Your Honor, Melissa Begley, please.
6            THE COURT:  Thank you.
7                        MELISSA BEGLEY,
8   having been first duly placed under oath, was examined and
9   testified as follows:
10           THE COURT:  Thank you.  Mr. West, you may proceed.
11           MR. WEST:  Yes, sir.
12                     DIRECT EXAMINATION
13  BY MR. HOSKINS:
14  Q    State your name, please.
15  A    Melissa Begley.
16  Q    All right.  Ms. Begley, how old are you?
17  A    32.
18  Q    Do you know Rick Brashear?
19  A    Yes.
20  Q    Do you know Sherry Brashear?
21  A    Yes.
22  Q    How do you know them?
23  A    Sherry is my aunt.
24  Q    Where do you live at now?
25  A    Leatherwood.

1 Q Is that in Perry County?
2 A Yes.
3 Q At what time did you -- at some time, did you stay with
4 Rick and Sherry?
5 A Yes.
6 Q Do you know what community their house is at?
7 A It's at Delphia.
8 Q Is that Perry County also?
9 A Yeah.
10 Q Ma'am, I ask you to take a look at this individual right
11 here in the white shirt. Do you know him?
12 A Yes.
13 Q What's his name?
14 A George.
15 Q George what?
16 A Clark.
17 Q On the 18th day of August of 2006, were you at Rick and
18 Sherry's residence in Delphia?
19 A Yes.
20 Q Did you see the defendant that day?
21 A It was late that evening.
22 Q Okay. Did you see anybody else there that day?
23 A Jeremy and some other guy.
24 Q Did you know Jeremy?
25 A I met him once before.

1 Q Okay. Were you drinking that day, Ms. Begley?
2 A Yes.
3 Q At some point, did you leave Delphia?
4 A Yes.
5 Q Where did you go to?
6 A I went with Rick and Sherry to -- they went somewhere down
7 in Hazard or somewhere.
8 Q Okay. Did you ride with them?
9 A Yes.
10 Q Was anyone else in the car with you?
11 A No, not then there wasn't.
12 Q Do you recall what kind of vehicle that Jeremy and the
13 defendant and Mr. Bowling showed up in?
14 A All I know is it was a white, like, Jeep or Blazer or
15 something.
16 Q Okay. And do you know where Hardburly is at in Perry
17 County?
18 A No, I don't know where it's at.
19 Q You said near Hazard, right?
20 A Yeah.
21 Q All right. What happened near Hazard at that location?
22 A Me and Sherry sat there and Rick rode somewhere with them.
23 Q Rick Brashear rode with the other guys?
24 A Yeah.
25 Q How long were they gone?

1  A    Not long.
2  Q    Okay. Before that, at Hardburly, had you seen any firearms
3  that day?
4  A    No.
5  Q    What happened when Rick got back?
6  A    We left.
7  Q    Where did you go from there?
8  A    We went to the Boone to get some pop and gas.
9  Q    The Boone is what, ma'am?
10 A    The gas station, Daniel Boone.
11 Q    Okay.
12 A    Or whatever it's called. I ain't for sure what it's
13 called.
14 Q    Most people aren't here from Perry County, so they may not
15 have known what you say about the Boone.
16      All right. What happened there, ma'am?
17 A    They caught back up with us and then George got in the
18 vehicle with me and Sherry and Rick.
19 Q    Okay. Let me ask you this: When you left that location in
20 Perry County, did James, Jeremy, and George leave with you at
21 the same time?
22 A    No.
23 Q    All right. And how far from -- time distance was it from
24 that location over to the Boone?
25 A    I really don't know.

1  Q    When you got to the Boone there, did they -- how did they
2  get in touch with you?  How did they let you know they were
3  there?
4  A    I really don't remember.
5  Q    Okay.  What happened at that location?
6  A    That's when he got -- George got in the truck -- or car
7  with us.
8  Q    And who else was in that car?
9  A    Sherry and Rick.
10 Q    And where did you go from there?
11 A    Went to -- I think we went to Hall Mountain or Masons
12 Creek.  I can't -- I can't really remember, I was drinking that
13 night.
14 Q    Okay.  Now, at Hall Mountain, when you first got to Hall
15 Mountain, do you know if George was with you?
16 A    I --
17 Q    You can't remember?
18 A    No.
19 Q    All right.  After Hall Mountain, where you go from there?
20 A    We went to Sherry and Rick's.
21 Q    When you say "we" you mean who?
22 A    Me, Sherry, and George rode with us, and Rick.
23 Q    All right.  And who went in the other vehicle?
24 A    Jeremy and that one guy, I don't know his name.
25 Q    And do you know what happened to the vehicle?

1  A    No.
2  Q    Okay.  When you arrived at Rick and Sherry's house, did you
3  spend the night there?
4  A    Yes.
5  Q    Did the defendant spend the night there?
6  A    Yeah.
7  Q    Did you-all spend the night together there?
8  A    Yes.
9  Q    Okay.  What took place the next morning?
10 A    He called somebody and Rick took him to meet them.
11 Q    Did you go with Rick?
12 A    No.
13 Q    When you say "he," do you mean the defendant?
14 A    Uh-huh.
15 Q    About how long were they gone?
16 A    I don't know.
17 Q    Did you see the defendant again that day?
18 A    He came back, him and some woman.  They was in a white car,
19 I believe.
20 Q    All right.  Do you know what color hair that other woman
21 had?
22 A    I think it was blonde, I'm not for sure.
23 Q    All right.  And what happened when the defendant came back?
24 A    They got something and left.
25 Q    Do you know what they got?

1 A A black bag.

2 Q Where did they get it from?

3 A I don't know. I didn't go outside.

4 Q Okay. Do you recall talking to Special Agent Baker at some
5 point?

6 A Uh-huh.

7 Q And do you recall being shown a series of photographs?

8 A Yes.

9 Q Okay. I'll show you what's marked as Exhibit 19. Do you
10 recall seeing that?

11 A Uh-huh.

12 Q All right. And were you asked why Agent Baker if you could
13 identify anybody in there?

14 A Yes.

15 Q If you would, hold that up for the jury, please.

16 A (Witness complies with request of counsel.)

17 Q Did you identify anybody in there?

18 A Yeah; right here, George.

19 Q And what number is that?

20 A No. 2.

21 Q Is that the same person that's sitting there?

22 A Uh-huh.

23 Q Is that the same person that you saw at Rick and Sherry's
24 place --

25 A Yes.

1  Q    -- on the 18th of August?
2  A    Yes.
3  Q    And is that the same person that you spent the night with
4  on the 18th of August?
5  A    Uh-huh.
6           MR. WEST:  No other questions.
7           THE COURT:  Thank you, Mr. West.
8           Mr. Hoskins, you may cross-examine.
9           MR. HOSKINS:  May I have just a minute, please?
10          THE COURT:  Yes, sir.  Certainly.
11          MR. HOSKINS:  Thank you, sir.
12                       CROSS-EXAMINATION
13 BY MR. WEST:
14 Q    Ma'am, what time did you start drinking that day?
15 A    I'm not for sure what time I started drinking.
16 Q    About the time you got up?
17 A    No, I didn't start drinking at the time I got up, no.
18 Q    You waited a little while?
19 A    I started drinking probably about 3:00, 2:00 or 3:00.
20 Q    What were you drinking?
21 A    Beer.
22 Q    How many beers did you have?
23 A    I don't know.
24 Q    Lost track?
25 A    Yeah.

1  Q    Okay. Did you use any drugs that day?
2  A    No. I don't do drugs.
3  Q    Don't do any drugs at all?
4  A    Huh-uh, just drink.
5  Q    Never have done any drugs at all?
6  A    I have before, yes.
7  Q    How long has it been?
8  A    I don't know. It's been a long time.
9  Q    Were you using drugs at all back in 2006?
10 A    No, not as I know of.
11 Q    Well, was it before then or after then that you used drugs?
12 A    Before, I believe.
13 Q    And what drugs did you use before then?
14 A    Just pain pill.
15 Q    Were you there when Rick Brashear and Jeremy Brashear and
16 Sherry Brashear were snorting Xanax?
17 A    I can't remember if I was or not.
18 Q    You don't remember seeing that happen?
19 A    I don't remember.
20 Q    When did you stop drinking that day?
21 A    When I went to sleep.
22 Q    Okay. So that was pretty late after all this stuff you've
23 talked about and you were all through there drinking?
24 A    (Witness nodding head affirmatively.)
25 Q    From about 3:00 in the afternoon until the time you went to

1  sleep?
2  A    (Witness nodding head affirmatively.)
3  Q    And you need to speak up so this lady --
4  A    Yes.
5  Q    Thank you.  Did you have a hangover the next morning?
6  A    Yeah.
7  Q    Feeling pretty bad?
8  A    Yeah.
9  Q    Did you get out of bed early that day?
10 A    I'd say around 9:00.
11 Q    Other than that day and today, have you ever run into
12 George Clark before?
13 A    No.
14 Q    Now, you knew that Rick had gotten arrested on these
15 charges?
16 A    Yes.
17 Q    You knew that Jeremy had gotten arrested?
18 A    Yes.
19 Q    Were you there when Jeremy was talking about robbing drug
20 dealers?
21 A    I never heard him say.
22 Q    Never heard anything about that?
23 A    Huh-uh.
24 Q    But you knew that's what he had gotten arrested for?
25 A    Yes.

1  Q    Because you had seen it in the newspapers?
2  A    Yes.
3  Q    You had seen pictures of the people that got arrested?
4  A    Yes.
5  Q    You saw George's picture in the newspaper?
6  A    No, I -- yeah, I probably did.
7         MR. HOSKINS:  That's all.  Thanks.
8         THE COURT:  Thank you.
9         Mr. West, any redirect?
10        MR. WEST:  Yes, Your Honor.
11                    REDIRECT EXAMINATION
12 BY MR. WEST:
13 Q    Ms. Begley, I forgot to ask you this question before.  When
14 I said if you and Mr. Clark spent the night together that night,
15 you-all had relations together; is that correct?
16 A    Yes.
17 Q    Okay.  Are you recognizing him from the newspapers or
18 anything like that, or are you recognizing him because you-all
19 spent the night together?
20 A    Yes, because we spent the night together.
21        MR. WEST:  That's all, Judge.  Thank you.
22        THE COURT:  Any other questions of the witness,
23 Mr. Hoskins?
24        MR. HOSKINS:  No other questions.
25        THE COURT:  Thank you.  Ms. Begley, you may step down.

```
 1  May this witness be finally excused?  Any objection to that?
 2              MR. HOSKINS:  No objection.
 3              MR. WEST:  No, sir.
 4              THE COURT:  Thank you.  She's finally excused.
 5                    (Proceedings concluded at 3:51 p.m.)
 6                       C E R T I F I C A T E
 7       I, Cynthia A. Oakes, certify that the foregoing is a
 8  correct transcript from the record of proceedings in the
 9  above-entitled matter.
10
11  5/26/2008                        s/CYNTHIA A. OAKES
        DATE                         CYNTHIA A. OAKES, RPR, RMR, CRR
12
13
14                              I N D E X
15                                                           PAGE
16  Testimony of MELISSA BEGLEY:
        Direct Examination by Mr. West:                       2
17      Cross-Examination by Mr. Hoskins:                     9
        Redirect Examination by Mr. West:                    12
```