```
                    United States District Court
                    Eastern District of Kentucky
                    Southern Division at London
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | London Criminal |
| ) | Action No. 07-13-SSS |
| vs. ) | |
| ) | London, Kentucky |
| GEORGE CLARK ) | May 21, 2008 |
| ) | 11:37 a.m. |
| ) | |

```
           TRANSCRIPT OF TESTIMONY OF ROGER CORNETT
      BEFORE THE HONORABLE DANNY C. REEVES, AND A JURY
```

Appearances of Counsel:

| | |
|---|---|
| On behalf of the United States: | ROGER WEST, ESQ.<br>Assistant U.S. Attorney<br>260 West Vine Street<br>Suite 300<br>Lexington, Kentucky  40507 |
| On behalf of the Defendant: | DAVID S. HOSKINS, ESQ.<br>107 East First Street<br>Corbin, Kentucky  40701 |
| Court Reporter: | CYNTHIA A. OAKES, CRR<br>Official Court Reporter<br>United States District Court<br>560 Athens Boonesboro Road<br>Winchester, Kentucky  40391<br>(859) 983-4346 |

Proceedings recorded by mechanical stenography,
transcript produced by computer.

1  (Whereupon, the following proceedings were had in the
2  presence of the jury.)
3       THE COURT:  All right.  You may call your next
4  witness.
5       MR. WEST:  Roger Cornett, please.
6                      ROGER CORNETT,
7  having been first duly placed under oath, was examined and
8  testified as follows:
9       THE COURT:  Thank you.
10      Mr. West, you may proceed.
11      MR. WEST:  Thank you, Your Honor.
12                   DIRECT EXAMINATION
13 BY MR. WEST:
14 Q    State your name, please, sir.
15 A    Roger Cornett.
16 Q    And, Mr. Cornett, there's that microphone right in front of
17 you, lean forward and speak into that for me.
18 A    You want me to turn it up?
19 Q    No, that's good.
20 A    All right.
21 Q    How old are you, sir?
22 A    66.
23 Q    Where do you live at?
24 A    Jeff, Kentucky.
25 Q    Jeff?  What county is that in, sir?

1  A    Perry.
2  Q    How long have you lived in Perry County?
3  A    Off and on for 66 year.
4  Q    Sir, in August of 2006, where were you living at?
5  A    I lived at Jeff then.
6  Q    Okay. And what's the address there?
7  A    Route 7, River Bend Lane.
8  Q    Were you living there by yourself?
9  A    Yes.
10 Q    Okay. Was someone staying with you off and on?
11 A    Yeah.
12 Q    Who was that?
13 A    Donna Farler.
14 Q    You and Ms. Farler aren't together anymore?
15 A    No, she lives in Nicholasville. We're together today.
16 Q    All right. If you will take look at that poster behind
17 you, sir. Just spin around and look at it. Do you see that
18 photograph up at the top, the very big one, of the --
19 A    This?
20 Q    No, sir, at the top of the trailer.
21 A    Yeah, that's my trailer.
22 Q    Turn around for me there, please.
23 A    (Witness complies with request of counsel.)
24 Q    Do you recognize that place?
25 A    (Witness nodding head affirmatively.)

1  Q    What is that?
2  A    That's on River Bend Lane, that's my trailer.
3  Q    Is that where you lived in August of 2006?
4  A    Yes.
5  Q    Do you work anywhere, Mr. Cornett?
6  A    No, I'm retired.
7  Q    When did you retire?
8  A    About, let's see, four year ago.
9  Q    All right. What did you retire from?
10 A    Kentucky-West Virginia Gas Company.
11 Q    Sir, on August 18th of 2006 --
12 A    Pardon?
13 Q    On that date of August the 18th of 2006, did individuals
14 come to your home that weren't invited there?
15 A    Yes.
16 Q    About what time of the day was that, sir, if you can
17 recall?
18 A    Between 3:00 and 4:00.
19 Q    Were you asleep at the time?
20 A    Yes.
21 Q    Was Ms. Farler asleep at the time?
22 A    Yeah, I woke her up when I heared a car in the driveway.
23 Q    All right. Now, look at that picture for me again. Could
24 you tell the jury where the driveway is at? You can stand up
25 and point if you need to, Roger.

1  A    Right here there's a driveway, that's the driveway. As you
2  go towards the house, the car pulled in there.
3  Q    Uh-huh. You have railroad ties right there?
4  A    Yeah, see that tie there and that tie there?
5  Q    Uh-huh.
6  A    You can cut toward the tractor there.
7  Q    Okay. Now, where is it that you were sleeping at in the
8  trailer? Can you point to the window?
9  A    Right here.
10 Q    All right. Have a seat for me, please, Roger. Have a seat
11 for me, please.
12 A    Thank you.
13 Q    All right. After you heard that car in your driveway, what
14 did you do, sir?
15 A    I seen two people get out and run across the road, and I
16 run toward the door and, by that time, they was shaking the door
17 wanting in.
18 Q    Is there a security light outside your place?
19 A    Yeah, there's a streetlight behind -- on this side, and a
20 porch light, but I didn't have the porch light on.
21 Q    All right. Could you see what these guys were wearing?
22 A    Not until I opened the door about that far.
23 Q    All right. What happened when you opened the door?
24 A    I had the couch up against the door so he couldn't get in
25 because the door lock didn't work.

1  Q    All right.
2  A    So I told them they'd have to wait, I'd have to pull the
3  couch out of the way or they'd never get in.  So I pulled the
4  couch out of the way and when I done that, they come in and told
5  me to hit the floor.
6  Q    All right.  Were they saying anything else?
7  A    No, they just asked me where my money was and did I have
8  any drugs.
9  Q    All right.  Let me back up just a minute.  While they were
10 outside the door shaking it, were they yelling anything?
11 A    Pardon?
12 Q    Were they yelling anything when they were trying to get in
13 the door?
14 A    They was on the porch.
15 Q    No, sir.  When they were on the porch, were they yelling
16 anything when they were trying to get in the door?
17 A    Yeah, they said State Police right behind them.
18 Q    All right.  So you moved the couch out of the way and
19 opened the door.  All right.  Did both those fellows enter the
20 residence?
21 A    Yes, both of them come in.
22 Q    All right.  Could you tell at that point how they were
23 dressed?
24 A    Pardon?
25 Q    Could you tell how they were dressed?

1  A    Yeah, they was covered from head to toe.
2  Q    In what?
3  A    In dark clothes, coats, baggie pants, I think one of them
4  had on camouflage.
5  Q    All right. Could you see their faces?
6  A    No, I could not see their faces, they was covered from head
7  to toe.
8  Q    All right. Could you tell whether or not one was taller
9  than the other one?
10 A    Yeah, one of them looked slim and taller, and I wasn't
11 allowed to look too much because they told me to keep my face in
12 the carpet.
13 Q    How tall was the first one compared to the second one?
14 A    They wasn't a whole lot of difference in their height;
15 they's maybe one, two inches difference. The skinny one was
16 taller, and the bigger built one was maybe a inch, maybe two
17 shorter.
18 Q    Could you tell whether or not the vehicle they came in was
19 still running outside?
20 A    No, they backed it out and went out -- went back out that
21 way and parked it.
22 Q    Oh, so somebody else moved the car besides those other two?
23 A    Yeah.
24 Q    Okay. All right. When you hit the floor, what happens
25 next, Roger?

1 A    Well, they just started going through the house and asking
2 questions.
3 Q    What were they asking?
4 A    Well, they asked me, you know, where I kept my money and
5 did I have any drugs, and I told them yeah, I had a dollar in my
6 billfold.  They wanted to know where my billfold was, and I told
7 them in my back pocket in my Levis, told them where my Levis was
8 laying.
9 Q    Okay.
10 A    They went through that, and then they took all the stuff
11 they could get their hands on and put them in a duffel bag, and
12 shaving kits, billfolds, watches.  And Donna, she can tell you
13 what they took of hers.
14 Q    Okay.  Where was Donna at when they first entered the front
15 of your trailer there?
16 A    We was both in bed.
17 Q    All right.  Did she come to the front door with you?
18 A    Yes.
19 Q    Did they put her on the ground also?
20 A    They put her on the floor, told her to put her face in the
21 floor and stood there and held a gun on us.
22 Q    All right.  Did they say anything to you while they held
23 the guns on you?
24 A    Just asked questions.
25 Q    Did they threaten you in any way, sir?

1  A    Pardon?
2  Q    Did they threaten you if you moved?
3  A    Oh, yeah, they told us if we got up that they would blow
4  our head off. And then when they left, they said the State
5  Police would be there with dogs and to lay right the way we was
6  and if they seen us get up, they would shoot us through the
7  windows.
8  Q    Okay. Did they identify themselves as State Police?
9  A    She said they had said they was UNITE, but I didn't hear
10 them say that.
11 Q    All right.
12 A    But she can hear better than I can.
13 Q    At what point did you realize they weren't police?
14 A    When they started robbing me, I knowed they wasn't
15 policemen.
16 Q    Did they take your watch, sir?
17 A    Watch?
18 Q    Uh-huh.
19 A    Yeah, they took two or three watches. And hers too, I
20 reckon.
21 Q    Did you have any medication in the house?
22 A    I had empty bottles that I brought back from the hospital
23 from where my mother was in the hospital, and some of it was --
24 probably had medication in it for her condition, heart and
25 everything. There was no drugs whatsoever.

1  Q    Okay. Did they make references to each other, call each
2  other by name?
3  A    No. 1 and No. 2.
4  Q    Did it appear that any of them was in charge of those two
5  that were in the residence?
6  A    I didn't understand.
7  Q    From your conversations, from what they were saying, did it
8  appear that any of them was in charge?
9  A    No, I couldn't --
10 Q    Okay. When these people were speaking, could you determine
11 what kind of vocabulary they had, how they spoke?
12 A    Well, they's just one and two. And I knew they wasn't -- I
13 knew I was being robbed.
14 Q    Okay. Did any of them sound like they were from Perry
15 County or Leslie County?
16 A    Them counties is pretty close together. It's pretty hard
17 to tell.
18 Q    Yeah. Well, let me ask you this: Do you remember talking
19 to Special Agent Baker?
20 A    Yes.
21 Q    Okay. Do you remember telling him that the taller suspect
22 had a good vocabulary and spoke as if he had been to places
23 other than the head of a holler?
24 A    Yeah, because he come from Indiana, I know him.
25 Q    He come from Indiana?

1  A    I think he worked in Indiana.
2  Q    Which one?
3  A    The Brashear boy.
4  Q    The Brashear boy?  How do you know him?
5  A    He run around with that boy of mine.  He was dating a girl
6  up on Mason Creek and he'd come and get that boy of mine and run
7  around with him.
8  Q    Okay.  Is that Jeremy Brashear?
9  A    Yeah, Jeremy Brashear.  The last time I had seen him prior
10 to that, he was working at a coal mine.
11 Q    Okay.  Were you working in a coal mine with him?
12 A    I don't know where he even worked.  He just said he had --
13 I think it was in Pikeville.  I think he had to drive to
14 Pikeville.
15 Q    Okay.  Do you know if Jeremy was No. 1 or No. 2 that they
16 referred to, if you know?
17 A    I think he was No. 2, because he kept hollering at No. 1.
18 Q    Okay.  Did they ask you about any specific drugs they
19 thought you had?
20 A    No.
21 Q    Do you recall telling Agent Baker that the suspects knew
22 that you had methadone?
23 A    No, they asked -- they asked Donna did she still get her
24 methadone.
25 Q    Okay.  Did you ever get methadone, sir?

1  A    Yeah, I got them maybe six year ago.
2  Q    Okay.
3  A    Maybe seven. I got them before Dr. Thurman died and I
4  didn't like them and I quit them.
5  Q    Okay. How much cash did they take out of the house,
6  Mr. Cornett? How much cash did they take out of the house?
7  A    Well, I had a dollar in my billfold and I had $25 in gold
8  dollars in a roll.
9  Q    Did you have any firearms in the residence, sir, firearms
10 in your house?
11 A    There was one shotgun in the closet, and they didn't take
12 it either. They had forget it and left it on the bar.
13 Q    Okay. How long were they inside the house, sir?
14 A    Thirty minutes, 25 to 30.
15 Q    Hoy many vehicles did you have outside?
16 A    Well, I had my pickup outside, and then I had -- my mama,
17 she was getting too old to drive, which is considered my car
18 too, that was in the other driveway. And my brother lives right
19 beside of me.
20 Q    Did anything happen to your vehicles when they left?
21 A    Yes, they cut the tire on my pickup.
22 Q    Okay. Let me see if I understand correct. They took your
23 $26, the $1 and the 25 gold pieces, right?
24 A    Right.
25 Q    They took your billfold?

1  A    Had three of them.
2  Q    Three of them?
3  A    Yeah, they's old.  I got three boys and they all the time
4  buying me billfolds for my birthday or Christmas or --
5  Q    Did your billfold have your driver's license in it?
6  A    Yes.
7  Q    Okay.  Did they take those empty pill bottles of your
8  mother's that you brought back from the hospital?
9  A    They was in a big zip-up baggy, they took all them.
10 Q    Okay.
11 A    And my medicine was in the shaving kit, and part of hers.
12 Q    All right.
13 A    And she said she had some in her purse --
14 Q    What medication did --
15 A    -- that they took.
16 Q    I'm sorry, Mr. Cornett.  What medication did you have in
17 your shaving kit?
18 A    Well, I had aspirins and ibuprofen, and Metoprolol,
19 M-e-t-r-o-p-o-l -- l-o-l pill.  I'll get it right in a minute.
20 It's a heart and blood regulator.
21 Q    Roger, you're going to be shown what's marked as
22 Government's Exhibit 14, okay?
23 A    Pardon?
24 Q    The court security officer is going to show you an exhibit
25 there, okay?  It's Government's Exhibit 14, it's got a bunch of

1 stuff in there. Look through those please, see if you can
2 identify any of those?
3 A  Huh-uh. I've not got my glasses, which I should have
4 brought, but it's my hunting and fishing license.
5 Q  Is that yours?
6 A  Hunting and fishing license.
7 Q  Okay. Does that belong to you, Mr. Cornett?
8 A  This is a picture of my dad, and he had just died. They
9 thought I had money because they thought he had plenty.
10    This is a Social Security card, and this is my driver's
11 license. I think I had them -- they must have got in my pickup
12 because I have one of these in the pickup and the other one was
13 in my billfold.
14 Q  Okay. Were those taken from you on August 18th of 2006?
15 A  Pardon?
16 Q  Were those items taken from you on August the 18th of 2006?
17 A  One of these is?
18 Q  Yes, sir.
19 A  Oh, okay. Yeah. All right. That was 2007, wasn't it, in
20 August that I lost -- What are you saying, that these was
21 issued?
22 Q  No, sir. Were those items taken from your residence during
23 that robbery on or about August 18th of 2006 by --
24 A  Yes. Yes, they was taken. All this was taken during the
25 robbery.

1        MR. WEST: That's all of this witness.
2        THE COURT: Thank you.
3        Mr. Hoskins, you may cross-examine.
4        MR. HOSKINS: Thank you, Your Honor.
5                    CROSS-EXAMINATION
6   BY MR. HOSKINS:
7   Q    Mr. Cornett, you said you knew that Jeremy Brashear?
8   A    Yeah, I had met him. Him and that boy of mine -- he'd come
9   down and get that boy of mine when he was about 16 year old,
10  they run -- or 15, I would say. And he come down there and
11  asked did I know his daddy. His daddy committed suicide. His
12  daddy is a brother to Rick Brashear, I think you-all are
13  familiar with Rick.
14  Q    So you know Rick Brashear, too?
15  A    Yeah, I've known Rick ever since I -- ever since he was a
16  boy.
17  Q    Okay.
18  A    But I didn't know Jeremy until maybe six months or eight
19  months prior to that.
20  Q    Okay. So you just had met Jeremy?
21  A    Yeah. And I made that boy of mine quit running around with
22  him because I didn't like him being in his company.
23  Q    He was a lot older than your boy, wasn't he, several years
24  older?
25  A    Yeah, that was one reason I didn't want him to run around

1 with him.
2 Q Okay. Do you recognize this man over here in the white
3 shirt?
4 A No, I don't.
5 　　　　MR. HOSKINS: That's all. Thanks.
6 　　　　THE COURT: Thank you.
7 　　　　Mr. West, any other questions of this witness?
8 　　　　MR. WEST: Yes, sir.
9 　　　　　　　　　REDIRECT EXAMINATION
10 BY MR. WEST:
11 Q Mr. Cornett, you said you know Rick Brashear?
12 A (Witness nodding head affirmatively.)
13 Q How long have you known Rick Brashear?
14 A Oh, God, ever since -- ever since he was a little boy.
15 Q How tall is Rick Brashear?
16 A About six-four.
17 Q He's a bill fella?
18 A Huh?
19 Q Is he a big fella?
20 A Yeah, I seen him the other day and he's not as big as he
21 used to be. He's lost some weight.
22 Q Were those individuals that came into your home that day,
23 were they as tall as Rick Brashear?
24 A No, I don't think either one of them was that tall.
25 　　　　MR. WEST: Thank you, sir.

```
 1              THE COURT:  Mr. Hoskins, any further questions of the
 2  witness.
 3              MR. HOSKINS:  No further questions.
 4              THE COURT:  Mr. Cornett, you may step down, sir.
 5              Any objection to his being finally excused at this
 6  time?
 7              MR. WEST:  No, sir.
 8              MR. HOSKINS:  No.
 9              THE COURT:  You may be finally excused.  Thank you.
10                     (Proceedings concluded at 11:55 p.m.)
11                            C E R T I F I C A T E
12          I, Cynthia A. Oakes, certify that the foregoing is a
13  correct transcript from the record of proceedings in the
14  above-entitled matter.
15
16  5/26/2008                          s/CYNTHIA A. OAKES
        DATE                           CYNTHIA A. OAKES, RPR, RMR, CRR
17
18
19                                I N D E X
20                                                              PAGE
21  Testimony of ROGER CORNETT:
        Direct Examination by Mr. West:                            2
22      Cross-Examination by Mr. Hoskins:                         15
        Redirect Examination by Mr. West:                         16
23
24
25
```