United States District Court
Eastern District of Kentucky
Southern Division at London

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | London Criminal |
| | ) | Action No. 07-13-SSS |
| vs. | ) | |
| | ) | London, Kentucky |
| GEORGE CLARK | ) | May 21, 2008 |
| | ) | 3:17 p.m. |
| | ) | |

TRANSCRIPT OF TESTIMONY OF SHERRY LYNN BRASHEAR
BEFORE THE HONORABLE DANNY C. REEVES, AND A JURY

Appearances of Counsel:

On behalf of the United States:   ROGER WEST, ESQ.
Assistant U.S. Attorney
260 West Vine Street
Suite 300
Lexington, Kentucky  40507


On behalf of the Defendant:   DAVID S. HOSKINS, ESQ.
107 East First Street
Corbin, Kentucky  40701


Court Reporter:   CYNTHIA A. OAKES, CRR
Official Court Reporter
United States District Court
560 Athens Boonesboro Road
Winchester, Kentucky  40391
(859) 983-4346


Proceedings recorded by mechanical stenography,
transcript produced by computer.

1    (Whereupon, the following proceedings were had in the

2  presence of the jury.)

3         THE COURT:  Mr. West, you may call your next witness.

4         MR. WEST:  Yes, Your Honor.  Ms. Sherry Brashear,

5  please.

6         THE COURT:  Thank you.

7               SHERRY LYNN BRASHEAR,

8  having been first duly placed under oath, was examined and

9  testified as follows:

10         THE COURT:  Mr. West, you may proceed.

11         MR. WEST:  Thank you, Your Honor.

12               DIRECT EXAMINATION

13  BY MR. WEST:

14  Q    Will you state your name, please, ma'am?

15  A    Sherry Lynn Brashear.

16  Q    Okay.  What county do you live in?

17  A    Perry.

18  Q    You go by Sherry?

19  A    Yes.

20  Q    And what's your husband's name?

21  A    Richard Brashear.

22  Q    Is that the guy that was just in here, Rick?

23  A    Yeah.

24  Q    How long you-all been married?

25  A    Since '97.

1  Q    Do you and Rick live by yourselves?

2  A    Yes.

3  Q    Does someone stay with you on occasion?

4  A    My niece stays all night with me sometimes.

5  Q    And is that Missy Begley?

6  A    Yes.

7  Q    Do you know Jeremy Brashear?

8  A    Yes, he's my husband's nephew.

9  Q    You're related to him by marriage?

10 A    Yes.

11 Q    Okay.  Did you know him before you met and married your

12 husband?

13 A    No.

14 Q    Do you know James Bowling?

15 A    No.

16 Q    Ma'am, on the 18th day of August of the year 2006, did

17 Mr. Jeremy Brashear come to your residence?

18 A    Yes, he did.

19 Q    About what time of day was it that Mr. Brashear showed up?

20 A    It was late in the afternoon.

21 Q    Did he come with anybody?

22 A    Yes, he had two other guys with him.

23 Q    Did you know their names?

24 A    No, not at the time I didn't.

25 Q    Okay.  I'll ask you to take a look at the individual in the

1   white shirt there.  Do you see him, ma'am?

2   A    Yes.

3   Q    Have you seen him before today?

4   A    No, other -- Have I seen him before today?

5   Q    Yes, ma'am.

6   A    Yes.

7   Q    Okay.  Where did you see him at?

8   A    He was with Jeremy.

9   Q    Was that on the 18th day of August?

10  A    Yes.

11  Q    Okay.  Is his appearance different than it was then?

12  A    Yes, it is.

13  Q    How so?

14  A    Back then, he was walking with a limp and it seemed like he

15  had longer hair and was thinner.

16  Q    Thinner?

17  A    Yes.

18  Q    All right.  Now, who else came with Jeremy Brashear and the

19  defendant?

20  A    There was another boy.

21  Q    Okay.  What did he look like?

22  A    I really can't remember.

23  Q    Okay.  Do you remember what color hair it was?

24  A    It seemed like it was brown.

25  Q    All right.  What happened when Jeremy, the defendant, and

SHERRY LYNN BRASHEAR — DIRECT — MR. WEST          5

1  this other fellow showed up?

2  A     They came in and they sit down and they started talking to

3  my husband.  I was cooking and washing dishes at the time.

4  Q     Uh-huh.

5  A     And then Jeremy called my husband outside and talked to

6  him.  I don't know, you know, at the time what they talked about

7  or whatever.

8  Q     Okay.

9  A     And my niece, she was there, she was drinking at the time.

10  Q     Uh-huh.

11  A     And if you know my niece, you know, when she's drinking,

12  she likes cute guys.

13  Q     Are you saying she gets friendly?

14  A     Yes.

15  Q     Okay.

16  A     And she had a crush, you know, she liked the guy, George

17  Clark.

18  Q     Okay.  Is that the defendant you're talking about?

19  A     Yes.

20  Q     Okay.  Were you drinking that day, too, ma'am?

21  A     No, I wasn't.

22  Q     Do you know if any — did you see any drugs come out?

23  A     Yes, I did.

24  Q     And what kind of drugs were those?

25  A     There were Xanaxes.

1  Q   And who brought those out?

2  A   Jeremy.

3  Q   All right.  Did you use any of them?

4  A   Yes, I did.

5  Q   Did you see anybody else use any of them?

6  A   Yes.

7  Q   And who was that?

8  A   My husband.

9  Q   Okay.  What about Jeremy?

10  A   Yeah, he crushed them up and we was just snorting them.

11  Q   Did you have a conversation with the defendant that day?

12  A   Me?

13  Q   Yes.

14  A   No.

15  Q   All right.  How long were they at your residence before it

16  got dark?

17  A   Probably around about 45 minutes to an hour, I guess.

18  Q   What happened then?

19  A   He had -- my husband came in and he asked me about going

20  down to Hardburly to show them -- my stepson had overdosed and

21  died from OCs and methadone and stuff and the guy down at

22  Hardburly had --

23  Q   Hold on one second, Ms. Brashear.  You say "OCs."  What do

24  you mean by that?

25  A   OxyContin.

SHERRY LYNN BRASHEAR – DIRECT – MR. WEST          7

1   Q    Okay.  How old was your stepson?

2   A    At the time of the overdose?

3   Q    Uh-huh?

4   A    23.  22, 23, somewhere around there.

5   Q    Was he as tall as Rick?

6   A    Yes, he was real tall.

7   Q    Okay.  Now, Rick asked you what specifically about

8   Hardburly?

9   A    Jeremy was wanting to know about Hardburly.  He wanted to

10  know if we knew anybody that sold drugs.

11  Q    Okay.  Did you have personal knowledge of that place in

12  Hardburly?

13  A    Yes, I did.

14  Q    All right.  Take a look at the poster behind you, please,

15  there.  Just swivel around.

16  A    (Witness complies with request of counsel.)

17  Q    Do you recognize that place in the top photograph on that

18  chart?

19  A    Yes.

20  Q    Okay.  Turn back around for me, Ms. Brashear.

21  A    (Witness complies with request of counsel.)

22  Q    All right.  What place is that?

23  A    That's the Hardburly — the trailer in Hardburly down

24  there.

25  Q    Okay.  Now, after Rick and you had this conversation, what

SHERRY LYNN BRASHEAR - DIRECT - MR. WEST                    8

1  took place next?

2  A    Okay.  Me and Missy and Rick got in the vehicle and --

3  Q    Okay.  Which one is that?

4  A    That's the Chevy Lumina.

5  Q    All right.

6  A    Okay.  And then the other three guys got in the white

7  vehicle.

8  Q    Okay.  Do you recall what kind of vehicle it was?

9  A    A Blazer, white, Jeep Blazer -- not a Jeep, but a Bronco,

10 Blazer-like or whatever.

11 Q    You don't know the make and model --

12 A    No.

13 Q    -- but it looked like a Blazer?

14 A    Yes, it just looked like an old white Blazer.

15 Q    All right.  And what took place then, ma'am?

16 A    Okay.  They followed us down the road.  We stopped at the

17 grocery store down there at Old Halcomb's Grocery and got some

18 gas right there.

19 Q    And who paid for the gas?

20 A    It seems like Missy went in and paid for it.  I'm not for

21 sure.

22 Q    All right.  What took -- after the grocery store, what

23 happened -- took place then?

24 A    Okay.  We went on down the road to Hardburly.  We parked at

25 the tracks.  I parked at the tracks, I was driving the Lumina,

1  and I parked at the tracks, and my husband got out, got in the

2  vehicle with Jeremy, the Bowling guy, and George Clark ––

3  Q    Okay.

4  A    –– and went and pointed the trailer to them, and then they

5  brought him back and then we left.

6  Q    Okay.  Could you see the trailer or that structure from the

7  railroad tracks?

8  A    No, you have to go across the tracks and up a little road.

9  Q    About how long were they gone from the time they left the

10  railroad tracks until the time they came back?

11  A    Not very long at all.

12  Q    Okay.  Prior to that, had you seen any firearms, ma'am?

13  A    No.

14  Q    Okay.  Had you seen any dark clothing or camouflage

15  clothing, anything like that?

16  A    No.

17  Q    Was there any –– did you, Rick, or Missy transport anything

18  there, any sacks, any bags, anything like that?

19  A    No.

20  Q    Did you see any sacks or bags?

21  A    Yes, later on I did.

22  Q    Okay.  Well, we'll get to that in just a moment.

23  A    Okay.

24  Q    All right.  After you said that you –– Rick came back and

25  that you and he and Missy were in the Lumina and then you went

1  somewhere else?

2  A    Yes, we head —

3  Q    Go ahead.  Where did you head to?

4  A    We headed back toward the house.

5  Q    Okay.  And about how far was your house from Hardburly?

6  A    Ours?

7  Q    Yeah.

8  A    Oh, it's about — it's a good ways, because we went by the

9  way on Leatherwood.

10  Q    Yeah.  What happened next, ma'am?

11  A    I stooped at Boone Ledge.

12  Q    And Boone Ledge is what?

13  A    It's a little gas station off of 15 there on your left —

14  Q    Right.

15  A    — coming from Hazard.

16  Q    All right.  What happened there?

17  A    Okay.  We stopped there, and then here come Jeremy and the

18  Bowling guy and the Clark guy, and that's when George Clark got

19  out and he got in the vehicle with Missy, got in the back seat

20  with her.

21  Q    Okay.  At Boone Ledge, was it dark or light?

22  A    It was dark.

23  Q    Okay.  How did — Were you pulled over there at Boone

24  Ledge?

25  A    Yes, I was stopped.

1    Q    Did they go past you and come back, or did they just pull

2    in behind you?

3    A    They just pulled in there.

4    Q    Okay.  Did you have a conversation with the defendant?

5    A    No, I didn't get out of the car.

6    Q    Okay.  After the defendant got back in your car, where did

7    you go from there, ma'am?

8    A    We headed towards — back toward our house, toward

9    Leatherwood, up 15, up that way.

10   Q    All right.  And what happened next?

11   A    Okay.  We got — There used to be a Viper post office right

12   there at Viper, but it's no longer there, they've got it under

13   construction, they've tore it down and everything.  Jeremy and

14   the Bowling guy got in behind us, and they was flashing the

15   headlights, and we stopped there, and that's when George Clark

16   got out and got in the vehicle with them, and Jeremy had told us

17   to wait at Hall Mountain by the cemetery up there.

18   Q    Okay.  Did you and Rick and Missy go to Hall Mountain?

19   A    Yes, we did.

20   Q    All right.  How far from Viper — And that's a small

21   community in Perry County; correct?

22   A    Yes.

23   Q    How far from the post office there in Viper is it up to the

24   top of Hall Mountain?  Drive time.  You don't have to worry

25   about distance, just drive time.

SHERRY LYNN BRASHEAR — DIRECT — MR. WEST        12

 1  A    Okay.  Drive time, you could probably be there in about ten

 2  minutes or less.

 3  Q    Okay.  Now, do you know Carew Messer?

 4  A    Yes, I do.

 5  Q    Okay.  Do you know Pauline Tracy?

 6  A    Yes.

 7  Q    Are you familiar with where their residence is?

 8  A    Yes, I am.

 9        MR. WEST:  May I approach, please, sir?

10        THE COURT:  Yes.

11  BY MR. WEST:

12  Q    Ms. Brashear, right behind you, take a look at that for me,

13  please.  There's another chart there.  Do you recognize the

14  structure in the top photograph of that chart?

15  A    Yes, I do.

16  Q    And what is that?

17  A    That's Carew Messer's house.

18  Q    Carew and Pauline Tracy's?

19  A    Yes.

20  Q    How far is that from the old post office there in Viper?

21  A    You can be there probably in five minutes.

22  Q    Okay.  All right.  On top of Hall Mountain, I take it it

23  was dark when you got up there?

24  A    Yes, it was.

25  Q    What is the next thing that happened after you got to Hall

1  Mountain?

2  A    Okay.  We sat there and we waited probably about ten or

3  15 minutes, and then they pulled in.

4  Q    When you say "they," you mean who?

5  A    The Blazer, Jeremy and the Clark boy and Bowling, they

6  pulled in, and —

7  Q    Was he one of the guys that pulled in?

8  A    Yes, he is.

9  Q    You said Blazer.  Is that the same Blazer you mentioned —

10  A    Yes.  Yes.

11  Q    — that you saw at your house the very first day?

12  A    Yes.

13  Q    That you saw at Hardburly?

14  A    Yes.

15  Q    The same vehicle you saw there at Viper?

16  A    Yes.

17  Q    All right.  What took place after these guys showed up?

18  A    They opened the vehicles, and that's when I see pill

19  bottles, and I seen a pill bottle that had Pauline Tracy's name

20  on it.

21  Q    Uh-huh.

22  A    And that's when I realized what they had done, and my

23  husband got very angry, because we knew them very well, we

24  worked for them all the time and we was good friends with their

25  daughter, Louise, and everything.

SHERRY LYNN BRASHEAR — DIRECT — MR. WEST          14

1    Q    Okay.  Then what happened, ma'am?

2    A    He got mad at —

3    Q    Rick got mad?

4    A    Yes, he got very angry, and — but anyways, George got back

5    in the vehicle and he got in the back seat with my niece,

6    Melissa.

7    Q    Okay.  Now, at this point I've got to ask you, at Viper,

8    were you-all carrying anything in the trunk of your vehicle?

9    A    At Viper?

10   Q    Yeah, just before they stopped you, was anything in the

11   trunk of your vehicle?

12   A    At Boone Ledge, they had put a black sack in the back of

13   it, a duffel bag.

14   Q    Okay.  And then you-all went to the Viper area?

15   A    Uh-huh.

16   Q    What happened to the black sack at that time?

17   A    I guess he got it out.

18   Q    You don't know for sure?

19   A    No, I don't know.  I can't remember.

20   Q    And then did you see the black sack again at Hall Mountain?

21   A    Yes.

22   Q    All right.  What happened to the black sack on top of Hall

23   Mountain?

24   A    It was — well, I don't recall if I seen it on Hall

25   Mountain.  I do know, though, it was at my house in the trunk of

1  my car.

2  Q    Okay.  We'll come to that in just a minute.

3  A    Okay.

4  Q    You said that George got in the vehicle with you?

5  A    He got in the vehicle with my niece.

6  Q    At Hall Mountain.

7  A    Yes.

8  Q    So it's you and Rick and George, and who else?

9  A    And Missy.

10 Q    All right.  And who was in the other vehicle?

11 A    Jeremy and the Bowling boy.

12 Q    All right.  Now, coming off Hall Mountain, what's the name

13 of the road that comes off there?

14 A    Dikes Branch, when you go down the other side.  You go up

15 Hall Mountain and you go down one side and it's Dikes Branch.

16 Q    Okay.  As you came off Hall Mountain, which vehicle was in

17 front?

18 A    I was.

19 Q    When you come off Hall Mountain, about how far is it

20 from —

21 A    You mean off Dikes Branch or —

22 Q    Oh, just start over.  How far is it to your house from the

23 top of Hall Mountain?

24 A    How far is it from my house —

25 Q    Yes.

SHERRY LYNN BRASHEAR — DIRECT — MR. WEST          16

1  A     —— to Hall Mountain?  Driving distance?

2  Q     Just, well, time.

3  A     Okay.  Probably about 30 minutes, I guess.

4  Q     Okay.  What took place after you—all left off Hall

5  Mountain?

6  A     George stayed all night at my house.

7  Q     Okay.  On the way home, did you see anything, see any other

8  vehicles?

9  A     Yes.

10  Q     What did you see?

11  A     At Roark's BP, it's used to be Roark's, it's not Roark's

12  anymore, but Roark's BP there was the law sitting there.

13  Q     The law.  You mean —— tell the jury what you mean by "the

14  law."

15  A     There was a cop sitting there.

16  Q     A police vehicle?

17  A     An officer, yes.

18  Q     All right.  Go ahead.

19  A     All right.  And he pulled out at —— I went by, and then I

20  looked through my rearview mirror and I seen him turn the blue

21  lights on on the white Blazer.

22  Q     Okay.  Did Rick see him turn the blue lights on?

23  A     Did Rick?

24  Q     Yeah.

25  A     I don't know if he did or not.

SHERRY LYNN BRASHEAR — DIRECT — MR. WEST          17

1  Q    Do you know if the defendant saw him turn the lights on?

2  A    I think he did.

3  Q    Okay.  You're not for sure there?

4  A    I'm not for sure, no.

5  Q    Now, what happens when you get back to your house there?

6  A    When we get back to my house, Rick told him that he was not

7  taking that stuff in the house and he took the black — I opened

8  the trunk, I got a little button in my car, you just push the

9  button and the trunk pops open, and he got a black duffel bag

10 out of it and just —

11 Q    Who got the black duffel bag?

12 A    George Clark.

13 Q    All right.  And then what happened?

14 A    He took it behind the house and hid it.

15 Q    All right.  What happened next, Ms. Brashear?

16 A    He spent the night at my house with my niece.

17 Q    What took place the next morning?

18 A    He got up the next morning and made a phone call, I

19 guess — at the time, we didn't know — I didn't know he was

20 married, but this girl, Deidre Clark now —

21 Q    Uh-huh.

22 A    — he made a phone call.

23 Q    All right.

24 A    And he was giving her directions to my house, but I guess

25 she couldn't find it, so she had him to meet her at the junction

1    of — it's — I think it's 463 there.

2  Q    All right.  Is there a store there or something?

3  A    Yes, The Front Porch.

4  Q    The Front Porch.

5  A    Uh-huh.

6  Q    Okay.  Did you go with them to The Front Porch?

7  A    No, I didn't.

8  Q    At some point, did you see George Clark later on that day?

9  A    Yes, he came back with his wife.

10 Q    With his wife.

11 A    Uh-huh.

12 Q    And who is that person, do you know?

13 A    At the time I didn't know her, but now I do.

14 Q    Okay.  Well, what happened when he came back to your house?

15 A    He went behind the house and got the black bag and then

16 left.

17 Q    Ma'am, at some point, did Agent Jeff Baker and maybe

18 Detective Chris Fugate come to you to interview you?

19 A    Yes.

20 Q    Okay.  Do you recall being shown a series of photographs?

21 A    Yes.

22 Q    I'll show you what's marked as Government's Exhibit 19.

23 Will you look at that first, please, ma'am?  Do you see that?

24 A    Yes.

25 Q    Were you shown that — that's called a photographic lineup.

1   Were you shown that by Special Agent Baker?

2   A    Yes.

3   Q    Were you asked to identify anybody in there if you could?

4   A    Yes, I was.

5   Q    Hold it up for the jury, please.

6   A    (Witness complies with request of counsel.)

7   Q    And what number are you pointing to?

8   A    No. 2.

9   Q    And who is that person?

10  A    George Clark.

11  Q    Is that the person that was at your residence?

12  A    Yes, it was.

13  Q    Was he with Jeremy Brashear and James Bowling?

14  A    Yes, he was.

15  Q    Is that the person you saw at Hardburly?

16  A    Yes.

17  Q    The person you saw at Viper?

18  A    Yes.

19  Q    The person you saw at Hall Mountain?

20  A    Yes.

21  Q    The person that came back to your house and spent the night

22  there?

23  A    Yes, it was.

24  Q    And the person who took the black bag out the next day?

25  A    Yes, it was.

1  Q    Is that the defendant in the courtroom?

2  A    Yes, it is.

3          MR. WEST:  No other questions, Your Honor.

4          THE COURT:  Thank you.

5          Mr. Hoskins, you may cross-examine.

6                    CROSS-EXAMINATION

7  BY MR. HOSKINS:

8  Q    Ms. Brashear, when you were shown those pictures that you

9  just saw, that was around in December, maybe?  Was it several

10 months after —

11 A    Yes.

12 Q    —— that you told us about?

13 A    Uh-huh.

14 Q    Now, had your husband been arrested by that point?

15 A    Had he been arrested?

16 Q    On this case?

17 A    Yes, I think.

18 Q    Okay.  So you knew he had been arrested?

19 A    Uh-huh.

20 Q    And you certainly knew his nephew, Jeremy Brashear, had

21 been arrested?

22 A    Yes.

23 Q    And you knew James Bowling had been arrested?

24 A    Yes.

25 Q    Because there had been pictures in the paper and you heard

SHERRY LYNN BRASHEAR — CROSS — MR. HOSKINS        21

1   a lot of talk about it, I'm sure, at your house?

2   A    Yes.

3   Q    Was your husband's picture in the paper?

4   A    No.

5   Q    Was Rick Brashear — or, I'm sorry, Jeremy Brashear's

6   picture in the paper?

7   A    Yes.

8   Q    Was George Clark's picture in the paper?

9   A    Yes.  James Bowling's was.

10  Q    And James Bowling's picture was in the paper.  And you saw

11  all those pictures in the paper?

12  A    Yes.

13  Q    Saw the news stories about that?

14  A    Yes.

15  Q    Do you know Josh Wilson?

16  A    No.

17  Q    Have you ever seen George Clark, to your knowledge, before

18  that day?

19  A    No.

20  Q    After that day until today?

21  A    No.

22  Q    Had you ever been to that place at Hardburly before?

23  A    Yes, I have.

24  Q    Had you been there to buy drugs?

25  A    No, I had been there with people who bought the drugs, but

1  I never did go inside the trailer myself.

2  Q    You didn't do it yourself?

3  A    No, I couldn't buy off of them.

4  Q    But you were there with people for that purpose?

5  A    Yes.

6  Q    And you used — you said you snorted some Xanax that day

7  before anything else happened?

8  A    Yes.

9  Q    That Jeremy brought Xanax in, he crushed them up, and you

10 and your husband and Jeremy snorted?

11 A    Yes.

12 Q    Had you used any other drugs that day?

13 A    No.

14 Q    You used drugs before that day?

15 A    Yes, I have.

16 Q    And you have used drugs after that day?

17 A    Yes.

18 Q    Do they affect your memory or recollection in any way?

19 A    Yes, they do.

20 Q    Now, you said that George Clark came back to your house

21 later that day.

22 A    Yes.

23 Q    Do you remember what time?

24 A    It wasn't very long at all, because my husband had took him

25 down there to meet his wife at The Front Porch to give her

1  directions up there.

2  Q    And they turned around and came right back, then?

3  A    Yes.

4  Q    Okay.  What kind of car were they driving?

5  A    It was some -- it was a little small, seemed like a little

6  bitty white.  I don't know, I wasn't paying attention.

7  Q    Okay.  You don't remember a fancy green car?

8  A    No.

9  Q    You know your husband is getting ready to get sentenced?

10 A    Yes.

11 Q    Just here in a couple of weeks?

12 A    Yes.

13 Q    In this Court?

14 A    Yes.

15 Q    By this judge?

16 A    Yes.

17 Q    And you know it's up to Mr. West to ask the Judge to give

18 him a lesser sentence?

19 A    Yes.  But it's up to the Judge to make that decision.

20 Q    That's right.

21        MR. HOSKINS:  That's all.  Thank you.

22        THE COURT:  Mr. West.

23                    REDIRECT EXAMINATION

24 BY MR. WEST:

25 Q    Ms. Brashear, what were you told about your testimony by

1  myself and Agent Baker?

2  A    That there's nothing being promised or nothing.

3  Q    Okay.  Did we tell you to tell the truth?

4  A    Yes.

5  Q    Your identification of the defendant from No. 2, was that

6  based on any newspapers that you saw?

7  A    No, it isn't.

8  Q    And your identification here in the courtroom today, was

9  that based on any newspapers that you saw?

10  A    No, it wasn't.

11        MR. WEST:  That's all, Judge.  Thank you.

12        THE COURT:  Thank you.

13        Mr. Hoskins.

14        MR. HOSKINS:  No.

15        THE COURT:  All right.  Thank you.  Ms. Brashear, you

16  may step down.

17        Any objection to this witness being finally excused?

18        MR. WEST:  No, Your Honor.

19        THE COURT:  Any objection to her being finally

20  excused?

21        MR. HOSKINS:  No objection.

22        THE COURT:  Thank you.

23              (Proceedings concluded at 3:41 p.m.)

24              C E R T I F I C A T E

25      I, Cynthia A. Oakes, certify that the foregoing is a

25

1   correct transcript from the record of proceedings in the

2   above-entitled matter.

3

4   5/26/2008                    s/CYNTHIA A. OAKES
        DATE                     CYNTHIA A. OAKES, RPR, RMR, CRR

5

6

7

8

9                         I N D E X

10                                                  PAGE

11  Testimony of SHERRY LYNN BRASHEAR:
        Direct Examination by Mr. West:            2
12      Cross-Examination by Mr. Hoskins:         20
        Redirect Examination by Mr. West:         23

13

14

15

16

17

18

19

20

21

22

23

24

25