```
                       United States District Court
                        Eastern District of Kentucky
                         Southern Division at London
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | London Criminal |
| | ) | Action No. 07-13-SSS |
| vs. | ) | |
| | ) | London, Kentucky |
| GEORGE CLARK | ) | May 21, 2008 |
| | ) | 1:36 p.m. |
| | ) | |

```
               TRANSCRIPT OF TESTIMONY OF LOUISE WILLIAMS
            BEFORE THE HONORABLE DANNY C. REEVES, AND A JURY
```

Appearances of Counsel:

| | |
|---|---|
| On behalf of the United States: | ROGER WEST, ESQ.<br>Assistant U.S. Attorney<br>260 West Vine Street<br>Suite 300<br>Lexington, Kentucky  40507 |
| On behalf of the Defendant: | DAVID S. HOSKINS, ESQ.<br>107 East First Street<br>Corbin, Kentucky  40701 |
| Court Reporter: | CYNTHIA A. OAKES, CRR<br>Official Court Reporter<br>United States District Court<br>560 Athens Boonesboro Road<br>Winchester, Kentucky  40391<br>(859) 983-4346 |

Proceedings recorded by mechanical stenography,
transcript produced by computer.

1    (Whereupon, the following proceedings were had in the
2 presence of the jury.)
3           THE COURT: Mr. West, you may call the next witness.
4           MR. WEST: Yes, Your Honor. Louise Williams, please.
5                     LOUISE WILLIAMS,
6 having been first duly placed under oath, was examined and
7 testified as follows:
8           THE COURT: Thank you.
9           Mr. West, you may proceed.
10          MR. WEST: Thank you, Your Honor.
11                  DIRECT EXAMINATION
12 BY MR. WEST:
13 Q   Will you state your name, please?
14 A   Louise Williams.
15 Q   Ms. Williams, how are you employed?
16 A   I work for Hazard Internal Medicine, I'm a nurse there.
17 Q   Okay. Is that at the Hazard ARH?
18 A   No, it's a physician's office.
19 Q   All right. What county do you live in, ma'am?
20 A   Perry.
21 Q   How long have you lived in Perry County?
22 A   Almost my whole life.
23 Q   Is that young daughter, Kelse, is that your daughter?
24 A   Yes.
25 Q   Ms. Williams, I'm going to ask you to spin around just very

1  quickly there, take a look at that chart there and the
2  photograph at the top there.  Do you recognize that location?
3  A    That's my mom's house.
4  Q    Okay.  That's your mom's house?
5  A    Yes.
6  Q    And what's your mother's name?
7  A    Pauline Tracy.
8  Q    Okay.  Does anyone else live there with your mother or did
9  live there with your mother?
10 A    My father, Carew Messer.
11 Q    Carew?
12 A    Uh-huh.
13 Q    Spelled C-a-r-e-w?
14 A    Yes.
15 Q    Okay.  Ma'am, did you live there with your daughter, Kelse?
16 A    Yes, we lived in a double-wide down below my mother's home.
17 Q    You say "down below."  How far is that?
18 A    There is probably two car lengths distance.  There's enough
19 room for a car to -- two cars to park side by side beside the
20 van, an additional car, then my trailer.
21 Q    Okay.  So distance in feet from the front steps to your
22 front steps?
23 A    200 maybe.
24 Q    200 adult steps?
25 A    Yeah.

1 Q Ma'am, at some point during the time that you were living
2 there in July 2006 --
3 A Uh-huh.
4 Q -- what were your normal working hours at that time?
5 A At that time I was not working. I was staying at home with
6 my daughter.
7 Q Okay. What about August of 2006?
8 A I was not employed.
9 Q Okay. On the 18th of August of 2006, were you awakened at
10 some time during the evening of that day?
11 A We were -- I was already awake.
12 Q Okay. Could you tell the jury, please, what drew your
13 attention on that date?
14 A We live off from the main road, and you can tell -- well,
15 we had dogs, and if somebody pulls in, they start to bark. And
16 when I looked out my window, there was car lights coming up the
17 driveway.
18 Q Uh-huh.
19 A So I called my mom to tell her that there was somebody
20 pulling up, because it was awful late for somebody to be coming.
21 Q About what time was it, if you can recall?
22 A My daughter was asleep. I want to say 10:00, 10:30, 11:00,
23 in that range.
24 Q Okay. It would have been unusual for someone to come up
25 through the driveway that late at night?

1  A    Yes.
2  Q    All right. So you said you called and advised your mother
3  someone was coming up there?
4  A    Yes.
5  Q    Had you been expecting any visitors yourself?
6  A    No.
7  Q    What happened next, Louise?
8  A    I had her on the phone as they backed in behind the van on
9  the picture, and I seen three men jump out. Two headed up her
10 steps and one headed to my home.
11 Q    All right. What happened next?
12 A    I had my mom still on the phone, and I told her that
13 somebody was coming up there and they had -- that they had guns.
14 And I walked out on the porch to meet the person who was coming
15 to my home. And at that time, I just laid the phone down.
16 Q    All right. Describe this person to the jury, please, what
17 were they wearing, that came to your home.
18 A    He had -- The one that was at my home?
19 Q    Uh-huh.
20 A    He had camouflage pants on, a black shirt that said
21 "police" in white letters, and he had a black ski mask on.
22 Q    Was he holding anything in his hands?
23 A    Yeah, he had a small pistol.
24 Q    What color was the pistol?
25 A    Black.

1 Q Did the person say anything to you, Ms. Williams?
2 A He identified hisself as -- that they were there to make an
3 arrest on my dad, that they were UNITE officers doing a search,
4 and I began questioning him.
5 Q What kind of questions did you ask him?
6 A Why was he wearing a ski mask and why was he coming to me
7 pointing a gun at me and --
8 Q Can you describe the vehicle they pulled up in?
9 A It was a white -- I want to say a Ford Explorer, is what I
10 want to say, of that nature.
11 Q Okay. You're not sure on the Ford Explorer?
12 A It could have been a GMC Jimmy, some of them look alike.
13 Q Okay. Did you notice anything unusual about the vehicle or
14 anything?
15 A Yeah, it had a -- there was a dent in the driver's side
16 door, because that was the side that was facing my trailer, so I
17 was looking at that side, the back of it.
18 Q Do you know from this point, when you first run into
19 contact with this guy, do you know of the other two individuals,
20 how they were dressed, from your looking out the window?
21 A At that point, no. I mean, I know they had masks on and I
22 seen that they had more or less like a shotgun, bigger size guns
23 with them as they were going up the steps.
24 Q Was Kelse awake when this person --
25 A No.

1  Q    Did you awaken Kelse?
2  A    Yes.  He -- when I was talking to the person that was at my
3  home, I could hear ruckus going on at my mom's house, and I told
4  him that I would like to go up there and to make sure that, you
5  know, everything was okay.  And he told me to come up there with
6  him, and I told him I had my daughter in the bed.  So he made me
7  go in there and wake her up, and he followed me in there to wake
8  her up, and take her up there with me to my mom's.
9  Q    All right.  Did you-all go to your mother's residence?
10 A    Yes.
11 Q    As you walked up the steps, who was in front?
12 A    I was in front packing Kelse, and he was behind me.
13 Q    What did you see when you first got into the residence?
14 A    My mom -- in the living room, there is a couch on each
15 side, and my mom was sitting on one couch, my dad was sitting on
16 the other couch, and I'm assuming that they were in through my
17 mother's room, because he wanted me -- the one that came to my
18 house wanted me to take my daughter into my dad's bedroom and
19 make her lay down.  But she wouldn't, she kept crying and
20 wanting to come in there.  And so then I proceeded to take her
21 into the living room and just sat down beside my dad.
22 Q    Could you describe at this point what those two other
23 individuals in the residence looked like?
24 A    One was tall and slender.  They all had the ski mask on and
25 the shirts, and they both had shotguns.  The other gentleman was

1  smaller than the first one, and they both were slender.  The one
2  that was at the house, he was a husky-built kind of guy, short.
3  And they were ransacking the whole entire house, just lifting
4  stuff and moving stuff around.
5  Q    Were they making any references to each other?
6  A    They kept asking my mom and dad where the Xanaxes and the
7  pain pills were at, and my mom kept telling them that they was
8  nothing like that there.  And it seemed like that made them
9  madder.  And they were talking amongst each other telling the
10 other ones to look here and look there.  And Mom kept telling
11 them that there wasn't nothing like that there.
12 Q    Do you recall specifically what kind of pain pills?
13 A    If I'm not mistaken, it was Lorcets.
14 Q    Okay.  Do you recall talking to Agent Baker?
15 A    Yes.
16 Q    Okay.  Do you recall telling him you thought it might be
17 Percocets?
18 A    It could have been.  That's been two years ago.  It could
19 have very well been Percocets.  I remember it was pain pills and
20 Xanaxes.
21 Q    Okay.  Were these individuals making any references to each
22 other, calling each other by name or some sort of code name or
23 anything like that?
24 A    The only thing that they made reference to each other was
25 that my mom was telling them that she started having chest pains

1  and stuff, and they were telling -- one of the shorter guys was
2  telling the tall skinny one to contact dispatch and have them to
3  send out an ambulance like, you know, they were calling somebody
4  to come out to her.
5  Q    Did you see any radios?
6  A    No.
7  Q    Police radios amongst them?
8  A    No.
9  Q    Out of the three individuals, could you determine if there
10 was anybody in charge?
11 A    It seemed like the smaller one was, because he was the one
12 who went out and was hollering back into the house saying that
13 they were radioing the ambulance service to come.
14 Q    Okay.  Now, could you -- from your observations of those
15 three individuals, could you determine if any of them had facial
16 hair?
17 A    Yes, the one that was at the house.  He's the one that I
18 seen the most of.
19 Q    The one that came to your house?
20 A    Yes.
21 Q    All right.
22 A    And he had a really big thick mustache, because you could
23 see it coming out of his ski mask.
24 Q    Okay.  And do you know what color that mustache was?
25 A    Yeah, it was like a brown, maybe even a reddish color.

1  Q    Okay.  Do you know a person with that kind of mustache?
2  A    Yeah.
3  Q    And who's that?
4  A    James Bowling.
5  Q    Okay.  How do you know him, ma'am?
6  A    From the pictures that they posted in the paper.
7  Q    At some point did you realize -- well, at what point did
8  you realize these guys were not police officers?
9  A    To be honest with you, as soon as they got out of their
10 vehicle with guns and masks on, I knew something wasn't right.
11 Q    Now, your father has been in trouble with the law before,
12 correct?
13 A    Yes.
14 Q    All right.  And what's he been in trouble for, Louise?
15 A    For selling narcotics.
16 Q    Okay.  At that time, in August of 2006, had he been selling
17 narcotics?
18 A    No.
19 Q    Okay.  Had you observed in the days, weeks, months prior to
20 this event any traffic coming to your father's house?
21 A    No.
22 Q    Were any firearms taken by these guys from your house?
23 A    Yes, my grand -- my great -- or great grandfather had
24 handed down over the years a shotgun that my mom actually kept,
25 and it was a Mossberg, I'm not real sure on the numbers or

1  anything on it, but it was a Mossberg older shotgun that they
2  took.
3  Q    Ms. Williams, I want to ask you where is your mother at at
4  this time?
5  A    She passed away.
6  Q    Okay.  Let me show you what's marked as Government's
7  Exhibit 17.  Louise, if you would, look inside that Exhibit 17
8  for me, please.  Do you recognize those three items?
9  A    Lipitor is for my mom's cholesterol, this one is my
10 mother's stomach pill, and this, I think, is a heart pill that
11 belonged to my mom.
12 Q    Okay.  Were they prescribed to your mom --
13 A    Yes.
14 Q    -- on or around August 18th, 2006?
15 A    Yes.
16 Q    Were they taken from the residence by those three
17 individuals?
18 A    Yes.
19 Q    Since the -- that event of August 18th, have you seen those
20 pills?
21 A    No.
22 Q    Were any other pills inside the residence taken?
23 A    Yes, my mom and my father had actually just went and got
24 their prescriptions refilled.  They had a CVS bag, and Mom had a
25 coffee table, and she just sat the bag down beside the coffee

1  table, and they actually took all -- the whole bag.
2  Q    The whole bag.
3  A    Yeah.
4  Q    What kind of medicine was in there?
5  A    My mother took heart pills, stomach pills, Lasix for her
6  fluid, and -- she took probably 15 or 20 prescription pills.
7  Q    Okay.  And these guys took that bag?
8  A    Yeah.
9  Q    Do you know Rick Brashear?
10 A    Yes, I do.
11 Q    How well do you know Rick?
12 A    Pretty good.
13 Q    How tall is Rick?
14 A    Oh, a good six foot.
15 Q    Okay.  To your knowledge, was Rick present during the
16 course of that robbery?
17 A    No.
18 Q    He wasn't there?
19 A    (Witness shakes head negatively.)
20 Q    You're sure?
21 A    (Witness nodding head affirmatively.)
22 Q    And you're sure about James Bowling being one of the ones
23 that was there.
24 A    Yes.
25 Q    Did you get a look at the other two guys that had on --

1  A    No.
2  Q    No facial hair that you could see?
3  A    No.
4  Q    Do you know Jeremy Brashear?
5  A    No.
6  Q    Okay. The individual in the white, do you know him, ma'am?
7  A    Uh-huh.
8  Q    From this event?
9  A    From this event, yes.
10 Q    You can't say he was one of the ones that was in your
11 residence, correct?
12 A    No.
13 Q    All right. That's because of?
14 A    Because of the masks. And like I said, the first one is
15 the one that I dealt with the most, the rest of them was
16 ransacking the house.
17 Q    Okay. How long did they stay in the house, ma'am, do you
18 know?
19 A    Seemed like forever, but it was probably just maybe 15 or
20 20 minutes.
21 Q    Okay. And what happened when they left? Did they say
22 anything to you?
23 A    The one that went out and said that he was calling dispatch
24 to get an ambulance to come out to Mom, he had went out, and the
25 other ones, he was hollering for them to come on, and as they

1  were going out, they was telling us that if we moved that they
2  would shoot.
3  Q    Uh-huh.
4  A    And that we needed to stay still and be quiet.
5  Q    Do you know which one that said that specifically?
6  A    The smaller gentleman, not the tall -- not the real tall
7  one.
8  Q    Okay. Now, from your residence, could you tell which way
9  they -- Can you see the main road from the front of --
10 A    You can see lights at dark, but you can't see the main
11 road.
12 Q    All right. So you wouldn't know which way they turned,
13 left or right, at the end of the road?
14 A    Yeah, you can hear. If it's a loud vehicle, yes, you can.
15 Q    Do you know which way they went?
16 A    They headed back up that way.
17 Q    Which would have been towards?
18 A    Toward Viper School, in that area, that's what --
19 Q    Okay. Did you call the police, ma'am?
20 A    Yes, I did. The gentleman who came to my house, like I
21 said, I had my mom on the phone. He took my phone, but I had
22 two more phones and a cell phone at my home.
23 Q    Uh-huh. Do you recall the name of that individual that
24 came?
25 A    That came?

1  Q    The police officer.
2  A    The individual who met me at the Viper Post Office, Jay
3  Van Vark --
4  Q    VanRankin?
5  A    VanRankin.
6  Q    Okay. So they didn't actually come to your residence?
7  A    No. There was a -- he came back to the residence after I
8  met him and they had taken a picture of the truck.
9  Q    Okay. Did you look at that picture?
10 A    Yes, I did.
11 Q    And how does that picture relate to what you saw on the day
12 of the robbery?
13 A    It was the vehicle that was at the house.
14           MR. WEST:  That's all at this time.
15           THE COURT:  Thank you.
16           Mr. Hoskins, you may cross-examine the witness.
17                        CROSS-EXAMINATION
18 BY MR. HOSKINS:
19 Q    Ms. Williams, I just want to ask you a couple of questions
20 to clear up something that I'm not sure I understood.
21        You told us that you recognized the man in the white shirt,
22 George, from this event.
23 A    Uh-huh.
24 Q    Is that because of things that you were told or you saw
25 after that night?

1  A    When they came out with the newspaper, they had said that
2  the individuals who was arrested, and because of that and this
3  event, yes.
4  Q    Okay. So you couldn't say from what you saw that night
5  when you-all had this happen to you that that was the man that
6  was in it, but you know that he's the one that was charged with
7  doing it; is that fair to say?
8  A    Yes.
9  Q    Thank you. Did you say that when these men got out of that
10 vehicle that they were running?
11 A    They didn't run, they kind of walked fast. Two of them
12 went there and one came to me.
13 Q    Okay. And they had to go up steps to your mom's?
14 A    Yes.
15 Q    Several steps to get up on the porch there?
16 A    Uh-huh.
17 Q    Did you notice anything about how any of them moved other
18 than that?
19 A    No.
20      MR. HOSKINS: That's all. Thank you.
21      THE COURT: Thank you, Mr. Hoskins.
22      Mr. West, any other additional questions?
23      MR. WEST: No, Your Honor, no other questions.
24      THE COURT: Any objection to the witness being finally
25 excused at this time?

1      MR. WEST: No, Your Honor.

2      MR. HOSKINS: No.

3      THE COURT: Thank you.

4      Ms. Williams, you may be finally excused. Thank you.

5          (Proceedings concluded at 1:55 p.m.)

6                C E R T I F I C A T E

7   I, Cynthia A. Oakes, certify that the foregoing is a

8   correct transcript from the record of proceedings in the

9   above-entitled matter.

10

11  5/26/2008                    s/CYNTHIA A. OAKES
       DATE                      CYNTHIA A. OAKES, RPR, RMR, CRR
12

13

14                      I N D E X

15                                                    PAGE

16  Testimony of LOUISE WILLIAMS:
        Direct Examination by Mr. West:                2
17      Cross-Examination by Mr. Hoskins:              15