United States District Court
Eastern District of Kentucky
Southern Division at London

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | London Criminal |
| | ) | Action No. 07-13-SSS |
| vs. | ) | |
| | ) | London, Kentucky |
| GEORGE CLARK | ) | May 20, 2008 |
| | ) | 3:09 p.m. |
| | ) | |

TRANSCRIPT OF TESTIMONY OF ANNETTA LUCAS
BEFORE THE HONORABLE DANNY C. REEVES, AND A JURY

Appearances of Counsel:

On behalf of the United States:    ROGER WEST, ESQ.
                                   Assistant U.S. Attorney
                                   260 West Vine Street
                                   Suite 300
                                   Lexington, Kentucky  40507

On behalf of the Defendant:        DAVID S. HOSKINS, ESQ.
                                   107 East First Street
                                   Corbin, Kentucky  40701

Court Reporter:                    CYNTHIA A. OAKES, CRR
                                   Official Court Reporter
                                   United States District Court
                                   560 Athens Boonesboro Road
                                   Winchester, Kentucky  40391
                                   (859) 983-4346

Proceedings recorded by mechanical stenography,
transcript produced by computer.

1  (Whereupon, the following proceedings were had in the
2  presence of the jury.)
3        THE COURT: Mr. West, you may call your next witness.
4        MR. WEST: Yes, Annette Lucas, please.
5        THE COURT: Thank you.
6                    ANNETTA LUCAS,
7  having been first duly placed under oath, was examined and
8  testified as follows:
9        THE COURT: Mr. West, you may proceed.
10       MR. WEST: Thank you, Your Honor.
11                  DIRECT EXAMINATION
12 BY MR. WEST:
13 Q    Will you state your name, please, ma'am?
14 A    Annetta Lucas.
15 Q    Ms. Lucas, how old are you?
16 A    30.
17 Q    What county do you presently reside in?
18 A    Laurel.
19 Q    And how long have you lived in Laurel County?
20 A    Almost a year now.
21 Q    Okay. Where did you live at before that?
22 A    Clay County.
23 Q    Do you recall where at in Clay County?
24 A    Big Creek area.
25 Q    Do you know Johnny Melton?

1  A    Yes, I do.
2  Q    How do you know him?
3  A    He's my stepdad.
4  Q    Ms. Lucas, there's a microphone right in front of you
5  there. If you could sit up --
6  A    He's my stepfather.
7  Q    Okay. Lean forward just a little big more for me.
8  A    (Witness complies with request of counsel.)
9  Q    There we go. You say he's your stepfather?
10 A    Uh-huh.
11 Q    Ms. Lucas, please take a look at the diagram right behind
12 you there, please. Look at the very top photograph. Do you
13 recognize that picture there?
14 A    Yes.
15 Q    Okay. What residence is that?
16 A    It's --
17 Q    I'm sorry?
18 A    -- 57 Fish Trap Road, that's where I lived at.
19 Q    Say it again. This is the stenographer, she writes down
20 everything that you say. So if you would, say that again,
21 please.
22 A    57 Fish Trap Road, that's where I was living at.
23 Q    Okay. And there's a date up there in the top right-hand
24 corner. Can you see that from there?
25 A    Yes.

1  Q    And what date is that?
2  A    August 6, 2006.
3  Q    All right. Were you living there on August 6th of 2006?
4  A    Yes.
5  Q    How long had you lived there prior to that date?
6  A    Almost three months.
7  Q    All right. I assume you and Johnny stayed there?
8  A    Uh-huh.
9  Q    Did anybody else stay there with you?
10 A    My niece.
11 Q    Okay. How old is she?
12 A    She's 20, I think, now.
13 Q    Ms. Lucas, do you recall the events of August the 6th of
14 2006?
15 A    Yes.
16 Q    Okay. During the course of the day, can you tell the jury
17 what your activities were before the sun went down on August
18 the 6th, what were you doing?
19 A    Four-wheel riding.
20 Q    Four-wheeling?
21 A    Yes.
22 Q    With who?
23 A    My nephew and his -- one of his friends.
24 Q    Okay. And what are their names?
25 A    Nathan and Anthony.

1 Q How long had you been four-wheeling with them?
2 A We was probably gone four or five hours.
3 Q About what time did you get back?
4 A I got home about 8:00, 8:30.
5 Q All right. What took place when you got back?
6 A I took a shower and the boys went back riding.
7 Q Was it dark when you got back?
8 A When the boys come back, it was dark. They were -- we were
9 cleaning the mud off the four-wheelers. We went in, they took a
10 shower, I was cooking them something to eat. The next thing I
11 knowed, the door -- somebody -- two men busted through the door.
12 Q Let me back up just a little bit. Ms. Lucas, in the front
13 of that photograph there at the top, it looks like a porch area.
14 Can you stand up and point out to the jury where the front door
15 is?
16 A (Witness complies with request of counsel.)
17 Q Okay. Is that the only entrance to the trailer there?
18 A No, there's a back door.
19 Q Is that a single-wide or double-wide?
20 A Single-wide.
21 Q Okay. Now, you said that you guys were -- had been
22 cleaning off the four-wheeler, correct?
23 A Yes.
24 Q All right. Where was the four-wheeler?
25 A They were right here in front of the garage.

1  Q    Okay.  Now, in the very front of that residence, the bottom
2  left-hand corner, it looks like a road there?
3  A    Yes.
4  Q    Is that accurate that the road goes right in front of the
5  trailer?
6  A    Yes, it is.
7  Q    Where is the driveway to the trailer?
8  A    Right in here.
9  Q    Okay.  All right.  Please be seated.
10 A    (Witness complies with request of counsel.)
11 Q    Okay.  Now, you said you went and took a shower, correct?
12 A    Yes.
13 Q    All right.  And then what were you doing?
14 A    Laying on the couch, because I was pregnant.
15 Q    You were pregnant at the time?
16 A    Yes.
17 Q    How far along were you?
18 A    Three months.
19 Q    Okay.  Had you told Johnny Melton that you were pregnant?
20 A    Yeah, they knew.
21 Q    Who else -- When you say "on the couch," I assume that
22 means in the living room?
23 A    Yes.
24 Q    Who else was in the living room with you?
25 A    Whitney.

1 Q Whitney who?
2 A My niece.
3 Q Okay. Where was Johnny at?
4 A He was sitting at the kitchen table.
5 Q All right. Now, you said some men busted through the door?
6 A Yes.
7 Q Was there a battering ram used or anything to knock the
8 door down?
9 A They just come -- busted through the door.
10 Q Had you seen a vehicle pull up before that?
11 A No.
12 Q Had you heard a vehicle?
13 A No.
14 Q All right. How many people entered the residence?
15 A Two.
16 Q And what were they dressed like?
17 A One had a Kentucky State Police uniform on, the other one
18 had Operation UNITE uniform on.
19 Q Okay. Did any of these individuals say anything to you?
20 A Just told us to get on the floor.
21 Q Okay. Did they announce that they were from any particular
22 police department?
23 A No, they did not.
24 Q Okay. And did you get on the floor, ma'am?
25 A No, I didn't.

1  Q   What did you say to them?
2  A   I told them, I said, "I'm not, because I'm three months
3  pregnant."
4  Q   Okay. You said a State Police uniform. Now, you saw the
5  trooper that just came in here?
6  A   Uh-huh.
7  Q   Okay. He was wearing his what we call a Class A uniform, a
8  formal uniform. Was this individual wearing a formal uniform
9  like that?
10 A   He had gray -- the gray pants on, the gray shirt, the badge
11 on, Kentucky State Police hat.
12 Q   Okay. But not dressed like Trooper Pollard?
13 A   No.
14 Q   Okay. Was Whitney handcuffed?
15 A   They tied them up. That was their handcuffs.
16 Q   Do you know if Johnny was tied up?
17 A   No, he was not.
18 Q   Okay. What happened next, ma'am?
19 A   They tore the house up, and then they took Nathan's and
20 Anthony's truck, they had a four-wheeler in the back of it, and
21 they left.
22 Q   Okay. Did you see them take any items outside of the
23 residence?
24 A   No.
25 Q   Okay. Do you know if they took any wallets or anything?

1  A    They took Mr. Melton's wallets, they took car keys, took
2  his cell phone.
3  Q    Uh-huh. Did they take anything that belonged to Whitney?
4  A    I don't know.
5  Q    Okay. Did you ever see a third person?
6  A    No, I did not.
7  Q    Did you see any vehicle leave?
8  A    Just the Ford Ranger they had taken with the four-wheeler
9  in the back of it.
10 Q    Okay. Do you know if that was recovered at any point?
11 A    Yes, it was recovered.
12 Q    All right. When was it recovered, ma'am?
13 A    About an hour later.
14 Q    And do you recall where it was recovered at?
15 A    Old Redbird River Road.
16 Q    Red River Road?
17 A    Old Redbird River Road.
18 Q    Old Redbird River Road?
19 A    Yes.
20 Q    Is that still in Clay County?
21 A    Yes.
22 Q    Was the four-wheeler still inside the vehicle?
23 A    Yes.
24 Q    All right. Now, Ms. Lucas, I told you I was going to ask
25 this question. Do you have any pending criminal charges?

1  A    Yes, I do.
2  Q    And what do you have?
3  A    A trafficking charge.
4  Q    And what county is that in?
5  A    Laurel.
6  Q    Is that a felony charge?
7  A    Yes.
8  Q    Okay. And were you promised any deals in regards to your
9  testimony in regards to that charge?
10 A    No, I was not.
11 Q    In fact, we told you we can't help you, right?
12 A    Right.
13 Q    All right. Now, on this occasion, you said these two guys
14 were wearing masks?
15 A    Yes.
16 Q    Did you get a good look at their eyes?
17 A    Yes.
18 Q    Did the mask -- Tell the jury, please, what the mask
19 covered.
20 A    Covered their whole face. And one of them's eye, it come
21 down like this.
22 Q    Uh-huh.
23 A    And he had the prettiest blue eyes that I ever seen, bluer
24 than mine.
25 Q    Okay.

1  A    And the other one wouldn't look at me, but his face was
2  completely covered.
3  Q    Could you tell whether one was taller than the other?
4  A    One was taller than the other.
5  Q    Okay. You said the "prettiest blue eyes."
6  A    Yes.
7  Q    Do you know those person's eyes?
8  A    Yes, I do.
9  Q    And who is that?
10 A    James Bowling.
11 Q    How do you know him?
12 A    He's my first cousin.
13 Q    Okay. Did you call him by name at the time?
14 A    No, I did not. I didn't know it was him.
15 Q    Okay. Did you call the police after this event took place?
16 A    Yes, I did.
17 Q    All right. And how long did it take the police to respond?
18 A    Well, the constable come within like ten minutes.
19 Q    Okay.
20 A    The State Police was there in 30, 45 minutes.
21          MR. WEST: Okay. That's all of this witness at this
22 time, sir.
23          THE COURT: Thank you.
24          Mr. Hoskins, you may examine the witness.
25                    CROSS-EXAMINATION

1  BY MR. HOSKINS:
2  Q    Ma'am, do you know Jeremy Brashear?
3  A    No, I don't.
4             MR. HOSKINS:  That's all.  Thanks.
5             THE COURT:  Thank you.
6             Mr. West, anything else?
7             MR. WEST:  Nothing further, please.
8             THE COURT:  Thank you, Ms. Lucas, you may step down.
9             MR. WEST:  May she be finally excused, please?
10            THE COURT:  Yes, she's not under subpoena, she may be
11 finally excused.
12                      (Proceedings concluded at 3:19 p.m.)
13                     C E R T I F I C A T E
14     I, Cynthia A. Oakes, certify that the foregoing is a
15 correct transcript from the record of proceedings in the
16 above-entitled matter.
17
18 5/28/2008                        s/CYNTHIA A. OAKES
       DATE                         CYNTHIA A. OAKES, RPR, RMR, CRR
19
20
21                            I N D E X
22                                                           PAGE
23 Testimony of ANNETTA LUCAS:
       Direct Examination by Mr. West:                         2
24     Cross-Examination by Mr. Hoskins:                      12
25