United States District Court
Eastern District of Kentucky
Southern Division at London

| | |
|---|---|
| UNITED STATES OF AMERICA ) | London Criminal |
| ) | Action No. 07-13-SSS |
| vs. ) | |
| ) | London, Kentucky |
| GEORGE CLARK ) | May 20, 2008 |
| ) | 3:19 p.m. |
| ) | |

TRANSCRIPT OF TESTIMONY OF JOHNNY MELTON
BEFORE THE HONORABLE DANNY C. REEVES, AND A JURY

Appearances of Counsel:

| | |
|---|---|
| On behalf of the United States: | ROGER WEST, ESQ.<br>Assistant U.S. Attorney<br>260 West Vine Street<br>Suite 300<br>Lexington, Kentucky  40507 |
| On behalf of the Defendant: | DAVID S. HOSKINS, ESQ.<br>107 East First Street<br>Corbin, Kentucky  40701 |
| Court Reporter: | CYNTHIA A. OAKES, CRR<br>Official Court Reporter<br>United States District Court<br>560 Athens Boonesboro Road<br>Winchester, Kentucky  40391<br>(859) 983-4346 |

Proceedings recorded by mechanical stenography,
transcript produced by computer.

1  (Whereupon, the following proceedings were had in the
2 presence of the jury.)
3           THE COURT: Mr. West, you may call your next witness.
4           MR. WEST: Yes, Johnny Melton, please.
5           THE COURT: Thank you.
6                        JOHNNY MELTON,
7 having been first duly placed under oath, was examined and
8 testified as follows:
9           THE COURT: Thank you. Mr. West, you may proceed.
10          MR. WEST: Thank you, Your Honor.
11                      DIRECT EXAMINATION
12 BY MR. WEST:
13 Q    State your name, please, sir.
14 A    Johnny Melton.
15 Q    Okay. Mr. Melton, how old are you?
16 A    I'm 64.
17 Q    Mr. Melton, where you do normally live at?
18 A    In Clay County.
19 Q    How long have you lived in Clay County?
20 A    Oh, about 21, 22 year, I guess.
21 Q    Okay. Where did you live before that?
22 A    Leslie County.
23 Q    Okay. Do you know Annette Lucas that was just in here?
24 A    Yeah, that's my -- I call her my step grand -- daughter,
25 yeah.

1  Q    Okay. Mr. Melton, I'm going to ask you just to swivel
2  around in your chair, please, and look at that diagram right
3  behind you. Can you see that pretty good?
4  A    Yeah. Yeah.
5  Q    Okay. And look at the photograph at the top there. Do you
6  recognize that residence, sir?
7  A    Yeah. Yeah.
8  Q    Okay.
9  A    That's where I live.
10 Q    When did you live there?
11 A    Oh, up till -- I lived there about six or eight years.
12 Q    Six or eight years?
13 A    Yeah.
14 Q    Did you live there in July of 2006?
15 A    Yeah.
16 Q    Okay. Did you live there on July 14th of 2006?
17 A    Yeah.
18 Q    Okay. Who lived there with you?
19 A    That girl that come, she lived with me, and then I had
20 another stepdaughter and --
21 Q    Okay. Did you also live there in August, sir?
22 A    Yeah.
23 Q    Okay. Now, what road address is that, Mr. Melton?
24 A    Fish Trap Road.
25 Q    Okay. How far is that from Manchester?

1  A    Oh, about 10 or 11 mile.
2  Q    Okay. Mr. Melton, I told you I was going to ask you this.
3  Mr. Melton, have you been convicted of a felony before?
4  A    Yes.
5  Q    What for?
6  A    Tools, some kind of special tools.
7  Q    You've been convicted of a drug felony, haven't you,
8  Mr. Melton?
9  A    Huh?
10 Q    You've been convicted of trafficking in drugs?
11 A    Yeah. Uh-huh.
12 Q    Okay. Is that a federal court conviction?
13 A    Yeah.
14 Q    Okay. How long did you serve, Mr. Melton?
15 A    Five year.
16 Q    Five years. Are you on what's called supervised release?
17 A    Yeah.
18 Q    In July and August of 2006, were you on supervised release?
19 A    Yeah.
20 Q    And did you have a probation officer?
21 A    Yeah.
22 Q    Okay. Mr. Melton, do you recall the events there in
23 August, August 19th, towards the evening, something that took
24 place?
25 A    Yeah, two -- two people come in that described theirself as

1  a Kentucky State Police and UNITE with them.
2  Q    Okay.  Mr. Melton, I'm going to ask you to turn around just
3  a little bit here, and make sure you talk right in that
4  microphone for me, okay?
5       All right.  Now, on that day of August the 19th, who was in
6  the residence on that day, who was staying with you?
7  A    Me, there was me there, and Annetta, and Nathan Norman and
8  two of his friends.
9  Q    Okay.
10 A    Whitney.
11 Q    Nathan and two of his friends?
12 A    Yeah.
13 Q    And then --
14 A    Whitney Todd.
15 Q    All right.  Now, you said two men come in on you?
16 A    Yeah.
17 Q    Now, where were you sitting at when they came in the door?
18 A    I was sitting at the eating table.
19 Q    All right.  Now, look at that picture again behind you.
20 You see the front porch there?
21 A    Yeah.
22 Q    Where is the front door at?
23 A    Right in the center of the porch there.
24 Q    Where is the dining room table at that you sat at, sir?
25 A    Back to the left behind that window there.

1  Q    Okay.  Back to the left behind that window?
2  A    Yeah.
3  Q    How far from the front door to where you were sitting at?
4  A    Oh, about 15 feet.
5  Q    Okay.  Before those guys came in the door, did you see a
6  vehicle come through?
7  A    No.
8  Q    Okay.  In that picture there, in the bottom left-hand
9  corner, it looks like a road.
10 A    Yeah, that -- that's Fish Trap Road there.
11 Q    You didn't see any cars on that road beforehand?
12 A    No.
13 Q    All right.  What happened when those two guys came in the
14 door?
15 A    They pointed a gun and hollered "Get down, we're with Unite
16 and State Police," it was a raid.
17 Q    Okay.  Could you tell what kind of guns they had,
18 Mr. Melton?
19 A    One had a -- seemed it looked like a fully automatic and
20 one had a sawed-off.
21 Q    Okay.  What color -- when you say "automatic," you mean
22 rifle or pistol?
23 A    A rifle.
24 Q    Do you remember what color it was?
25 A    No.  It was kinda dark when we --

1  Q    You said "sawed-off."  Do you know kind of --
2  A    Short.
3  Q    Yeah.  What kind of colors were on that gun, the sawed-off?
4  A    Just looked like a regular sawed-off gun, you know, brown.
5  Q    Did it have a wood stock on it --
6  A    Yeah.
7  Q    -- or one of the plastic stocks?
8  A    It looked like a wood stock.
9  Q    Okay.  Did they point guns at you?
10 A    Yeah.
11 Q    What type of clothing were they wearing in addition to the
12 camouflage clothing -- I'm sorry, the State Police clothing you
13 described?
14 A    Okay.  One of them had blue tennis shoes.
15 Q    Blue tennis shoes?
16 A    Uh-huh.
17 Q    Okay.
18 A    And that's about all I got to see before they put me down.
19 Q    All right.  Were they wearing masks?
20 A    Yeah, masks and hat, State Police hat and UNITE --
21 Q    What happened next, Mr. Melton, after they came in?
22 A    They put me on the floor and got my billfold, my keys and
23 everything out of my pocket, and then they searched the house,
24 and then they left.
25 Q    Were you restrained in any way, Mr. Melton?

1  A    Yeah, some of them were tied with rope.
2  Q    Okay. Were you tied with rope?
3  A    No, they was standing over me, one was.
4  Q    Okay. Do you know if Annette was tied up?
5  A    Huh?
6  Q    Do you know if Annette was tied up?
7  A    I don't remember whether she was or not.
8  Q    Do you know if Annette went on the floor, too, Mr. Melton?
9  A    Yeah -- well, no, she was pregnant at the time, I -- you
10 know.
11 Q    You said they took your billfold.
12 A    Uh-huh.
13 Q    What was in your billfold, Mr. Melton?
14 A    Papers and driver's license and some money, you know.
15 Q    Okay. Mr. Melton, I told you I would ask this question.
16 What is your normal source of income?
17 A    Social Security.
18 Q    And how much do you get?
19 A    All of 700 a month.
20 Q    Okay. Did they take any money that day?
21 A    Yeah, they took about, oh, somewhere around 12-, 1400
22 probably.
23 Q    Where did you get the rest of that money from, Mr. Melton?
24 A    That woman draws money. We keep our money together. She's
25 disabled, too.

1  Q    Okay.  Mr. Melton, were you selling drugs out of that
2  residence before those guys came in on you?
3  A    I had sold a few hydrocodone, you know.
4  Q    Hydrocodones?
5  A    Yeah.
6  Q    All right.  Do you have a prescription for hydrocodones?
7  A    I did then at that -- not now.
8  Q    And how much were you selling the hydrocodones for?
9  A    Six or $7.
10 Q    Does the hydrocodone have another name that you know them
11 by?
12 A    Lortabs.
13 Q    Did you have any Lortabs in the residence that night?
14 A    I don't think so, no.
15 Q    Now, you said they took your truck and the four-wheeler.
16 A    Uh-huh.
17 Q    Was that your truck?
18 A    No, that's one of them boy's.
19 Q    Okay.  And do you know if that truck or four-wheeler were
20 recovered that night?
21 A    Yeah, uh-huh.
22 Q    Do you know where they were recovered at, Mr. Melton?
23 A    Oh, probably about a mile, mile-and-a-half up a side road
24 there.
25 Q    You said you never saw a vehicle leave other than that

1  truck?
2  A    Other than that one, no.
3  Q    Did you ever see anybody else outside?
4  A    Never did get to look, you know.
5  Q    Okay.  Who untied you, Mr. Melton?
6  A    Huh?
7  Q    Who untied you?
8  A    I wasn't tied, I was put on the floor.
9  Q    Okay.  Now, Mr. Melton, I'm going to show you what's marked
10 as Exhibit No. 9, okay?  Inside this envelope -- Can you see
11 that from there?  I want you to take a look at this item right
12 inside that white envelope, please.
13            MR. HOSKINS:  Could I --
14            THE COURT:  Yes.
15            THE WITNESS:  That's my driver's license.
16 BY MR. WEST:
17 Q    Okay.  Was that in your billfold that night?
18 A    Yeah.
19 Q    Did that get taken from your residence?
20 A    Yeah.
21 Q    Okay.  Mr. Melton, could you tell whether or not -- Well,
22 let me ask you this:  Were you on any medication at the time,
23 Mr. Melton?
24 A    Just heart pill, high blood and stuff.
25 Q    Okay.  What happened to those pills that night?

1  A    They took them with them.
2  Q    Okay. Did you have any Lortabs?
3  A    Huh-uh, I don't think.
4  Q    Was there any medication left in your house after those
5  fellows left?
6  A    No.
7  Q    Could you tell on those two fellows whether one was taller
8  than the other one?
9  A    Yeah. Yeah, one was taller than the other.
10 Q    Could you tell if they were both about the same build?
11 A    One was a little stocky, and the other one was a little
12 taller, slender build.
13 Q    When you say stocky, what do you mean by that, Johnny?
14 A    Well, he was shorter, you know, kind of heavier.
15 Q    Okay. All right. Did you call the State Police or did
16 Annette?
17 A    Annetta.
18 Q    Okay. Did you talk to the State Police when they got
19 there?
20 A    Yeah.
21       MR. WEST: That's all of this witness, Your Honor.
22       THE COURT: Thank you.
23       Mr. Hoskins, you may cross-examine.
24                    CROSS-EXAMINATION
25 BY MR. HOSKINS:

1  Q    Mr. Melton, do you know James Bowling?
2  A    Yeah.
3  Q    Did you know that he was one of the people that came in
4  your house that night?
5  A    He was supposed to have been.
6  Q    Could you recognize him that night?
7  A    No.
8  Q    You certainly didn't recognize this man sitting over here
9  that night, did you?
10 A    No.
11 Q    Do you know Jeremy Brashear?
12 A    Yeah.
13 Q    Was the taller of those two fellows, was he about as tall
14 as Jeremy Brashear?
15 A    Possible, I don't know, you know.  He was a lot taller than
16 the other, you know.
17 Q    And the shorter fellow was about the size of James Bowling,
18 wasn't he?
19 A    Yeah. Uh-huh.
20          MR. HOSKINS:  Thank you.
21          THE COURT:  Mr. West, any follow-up?
22          MR. WEST:  Yes, please.
23                    REDIRECT EXAMINATION
24 BY MR. WEST:
25 Q    Mr. Melton, could you look at any of their eyes in the

1  masks, tell if there was anything distinct about their eyes?
2  A    No, because they had me facedown on the floor.
3  Q    The shorter stocky one and then the taller one, right --
4  A    Yes.
5  Q    -- those are the only two fellows you saw?
6  A    Yes.
7  Q    Could you tell whether or not one was giving direction to
8  the other one, telling the other one what to do or kind of
9  appeared to be in charge?
10 A    Well, it seemed like the short one was, you know, doing all
11 the ordering, you know, talking.
12 Q    Okay.  Now, you said -- Mr. Hoskins asked you if you knew
13 Jeremy Brashear.
14 A    Yeah.
15 Q    Okay.  You can't recognize him as being one of the guys
16 that entered your trailer, can you?
17 A    No.
18 Q    And you can't recognize James Bowling as being one of the
19 guys that entered the trailer?
20 A    No.
21 Q    Take a look at this fellow right here in the blue
22 pinstripe.  Likewise, you can't recognize him as being one of
23 the guys in the trailer?
24 A    No.
25           MR. WEST:  That's all of this witness, Your Honor.

1    THE COURT: Mr. Hoskins, anything else?
2    MR. HOSKINS: No further questions.
3    THE COURT: Thank you.
4    Mr. Melton, you may step down, sir. Thank you.
5    (Proceedings concluded at 3:31 p.m.)

6                    C E R T I F I C A T E

7    I, Cynthia A. Oakes, certify that the foregoing is a
8 correct transcript from the record of proceedings in the
9 above-entitled matter.

10

11   5/28/2008                          s/CYNTHIA A. OAKES
        DATE                         CYNTHIA A. OAKES, RPR, RMR, CRR
12

13

14                         I N D E X

15                                                          PAGE

16  Testimony of JOHNNY MELTON:
        Direct Examination by Mr. West:                       2
17      Cross-Examination by Mr. Hoskins:                    11
        Redirect Examination by Mr. West:                    12