David,

When I was in court to change my plea regarding my escape charges from FMC Lexington, the Lexington Office of the United States Marshal Service attempted to question me about a plot to kill Judge Danny Reeves. During this interrogation I was informed that Judge Reeves was not merely aware of an alleged plot, but initiated this particular investigation. Present during this interrogation was my attorney, Adele Burt Brow, representing me about escape.

I am convinced that Judge Reeves cannot be fair and impartial during my sentencing hearing, and therefore demand he be removed as the sentencing judge. Kindly file the appropriate motion accordingly

George Clark
08-10-2006
aug-10-2006