UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(At London)

Eastern District of Kentucky
**FILED**
SEP 1 5 2008
AT LONDON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

CRIMINAL ACTION NO. 07-13-SS-01-DCR

UNITED STATES OF AMERICA                                                    PLAINTIFF

VS:                    **COURT'S ADVICE OF RIGHT TO APPEAL**

GEORGE CLARK                                                                DEFENDANT

You are notified by this court that you have a right to appeal your case to the Sixth Circuit Court of Appeals, which on proper appeal will review your sentence and determine whether it was imposed in violation of applicable law. If you are unable to pay for the cost of the appeal, you have a right to apply for leave to appeal *in forma pauperis*, which means you may appeal without paying for it. The Notice of Appeal must be filed in this Court within ten (10) days from the date of entry of the Judgment. If you are without the services of an attorney and desire to appeal, upon request, the Clerk of the Court shall prepare and file forthwith a Notice of Appeal on your behalf.

If you do not have sufficient funds to employ counsel for appeal proceedings, upon proper application to the United States Court of Appeals for the Sixth Circuit, an attorney will be appointed to prosecute the appeal for you.

You may request to be released on a reasonable bond pending the appeal.

**ACKNOWLEDGMENT**

The above statement has been read to me in open court and a copy furnished to me this 15th day of September, 2008.

_____
Defendant

_____
Attorney for Defendant

Witness:

Jackie Brock
Deputy Clerk