United States District Court
Eastern District of Kentucky
Southern Division at London

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | London Criminal |
| | ) | Action No. 07-13 |
| vs. | ) | |
| | ) | London, Kentucky |
| GEORGE CLARK | ) | May 20, 2008 |
| | ) | 2:09 p.m. |

TRANSCRIPT OF OPENING STATEMENTS
BEFORE THE HONORABLE DANNY C. REEVES, AND A JURY

Appearances of Counsel:

On behalf of the United States:   ROGER WEST, ESQ.
                                  Assistant U.S. Attorney
                                  260 West Vine Street
                                  Suite 300
                                  Lexington, Kentucky  40507


On behalf of the Defendant:       DAVID S. HOSKINS, ESQ.
                                  107 East First Street
                                  Corbin, Kentucky  40701


Court Reporter:                   CYNTHIA A. OAKES, CRR
                                  Official Court Reporter
                                  United States District Court
                                  560 Athens Boonesboro Road
                                  Winchester, Kentucky  40391
                                  (859) 983-4346


Proceedings recorded by mechanical stenography,
transcript produced by computer.

1   (Whereupon, the following proceedings were had in the

2   presence of the jury.)

3                MR. WEST:  May it please the Court.  Mr. Hoskins.

4                THE COURT:  Mr. West.

5                MR. HOSKINS:  Mr. West.

6                MR. WEST:  Ladies and gentlemen, good afternoon

7   again.  My name is Roger West, and I'm the prosecutor.  I'm

8   going to go right to it.  If you-all have your notes here, I'm

9   going to try and give you an outline in very brief form for

10  what we intend to prove to you for the next few days.

11               Count One, if you would take a one and put on your

12  notepad, is a conspiracy.  In very short terms, that means an

13  agreement between several people to commit a criminal offense.

14  And in this case, in short terms, it's robberies, multiple

15  robberies.

16               The co-conspirators in this matter, along with the

17  defendant, George Clark, Mr. Jeremy Brashear, Mr. James

18  Bowling, who you will hear testimony.  The individual counts

19  after that are 2, 4, 6, 8, 10, 12, and 14.

20               The plan that you will hear proof of that these

21  individuals hatched was they were going to rob people, people

22  they thought were drug dealers.  And they were going to steal

23  their drugs and distribute them.  As you'll find through the

24  course of these proceedings, they got that wrong a few times.

25  These people weren't drug dealers; some of them were, some of

1  them weren't.

2          Now, part of this plan, also part of this conspiracy,

3  which is known as the firearms offenses, are Counts 3, 5, 7, 9,

4  11, 13, and 15.  The plan before they were stopped and were

5  arrested, they robbed approximately seven residences in Perry,

6  Clay, Laurel, and Leslie Counties.

7          The proof will show that Mr. Clark has a prior felony

8  conviction which makes it unlawful for him to possess firearms.

9  That's Counts 16, 17, and 19.

10          Count 18, it's a crime to possess stolen firearms.

11          And the last two counts are possession of the fake

12  DD-214s.  That's a short term, you're going to hear that a

13  whole lot, but that means those discharge certificates.

14          This case begins with a big lie, the big lie by

15  George Clark that George Clark was in the United States Army,

16  that he was trained as a U.S. Army Ranger, that he was

17  proficient in firearms and machine guns, that he had been

18  involved in several serious actions, one of those being in a

19  country called Somalia in a place called Mogadishu with the

20  Third Ranger Battalion.  He claimed and told people he had been

21  trained and he was there and because of his actions there he

22  won a Silver Star and he won a Purple Heart.  And this lie,

23  people will tell you, created fear.  They feared George Clark.

24  That's all it was, it was a lie.  He was never there, he never

25  earned a Silver Star, he never earned a Purple Heart.  We will

1 bring to you, we propose the last witness, Colonel Danny

2 McKnight, who was the battalion commander for the Third Ranger

3 Battalion in Mogadishu, and he will tell you in no uncertain

4 terms that this man was not there.  He will tell you in no

5 certain terms he did not win the Silver Star, he did not win

6 the Purple Heart.  Mr. Clark perpetrated this fraud and these

7 lies to different people, and either he hatched or his

8 co-conspirators hatched this plan to begin robbing these

9 people.  And like I said, on several occasions they got it

10 wrong.

11           Beginning with Count 2 is the residence of Kenneth

12 and Christine Caldwell.  It's located on War Branch, Kentucky,

13 in a place called Sams Branch.  That's way up there, as they

14 call it.  On this night, 14th of July, Mr. Caldwell and

15 Ms. Caldwell were in their residence, their five-year old

16 grandson was with them.  Somebody was beating on the door.

17 This is late.  Every single one of these seven events took

18 place at nighttime.  Every one of them.  Kenneth will tell you

19 and Christine will tell you that two men entered with masks on

20 and they had firearms.  They'll tell you they took every drug

21 in the house, blood pressure medicine, heart medicine, and

22 everything, and they took Kenneth Caldwell's Lortabs, which is

23 a Schedule III controlled substance.  They had nine of them,

24 they took them all.

25           They took all of his guns that were there.  You'll

1   see those guns today later, he'll identify each and every one

2   of them that was stolen from him.  He was handcuffed, his wife

3   was handcuffed, there were two guys in the house, there was one

4   guy on the porch.  The two guys in the house gave the guns out

5   to the guy on the porch, and then they left.  But before they

6   left, he figured out these guys weren't police.  They came in

7   saying, "Search warrant, police, UNITE, State Police."  They

8   stole beer from them.  He called the police.

9           The next robbery was on the 6th of August, 2006, at

10  Johnny Melton's residence.  That's in Big Creek, and that's in

11  Clay County.  Johnny Melton and Annette Lucas were in the

12  residence, along with a couple of other people.  Johnny will

13  tell you he was sitting at the kitchen table, Annette will tell

14  you she was in the living room.  Through the front there's a

15  door you can see on this photograph.  Two guys entered there

16  with masks on wearing dark clothing, put Johnny facedown on the

17  floor, handcuffed him, again, wanted drugs, anything they could

18  find.  What they took from Johnny was his driver's license, and

19  Johnny, I think, had about $1400 in cash.  They left; they

20  called the police.

21          Johnny will tell you, yes, he was selling Lortab at

22  the time.  He would sell ten, 15, 20 a day, but he didn't have

23  any Lortab that night.  The KSP officer will tell you that they

24  had the place under surveillance for some period of time and

25  they thought they saw traffic going backwards and forwards.

1   They weren't doing surveillance on that night.

2            The next one, 17th of August at Roger Cornett's

3   house.  He and Donna Farley were staying there together.

4   That's in Jazz, Kentucky.  He'll tell you largely the same

5   thing; three men, dark clothing, masked, entered his residence.

6   They took his driver's license, any medication he had, took any

7   money he had.

8            And Laurel County, Corbin, is the Medlin residence.

9   That's a residence of Stacy Bo Medlin.  Stacy Bo Medlin is in

10  the United States penitentiary.  On the day of this offense,

11  the 17th of August, 2006, he was under active investigation by

12  the Drug Enforcement Administration for methamphetamine

13  trafficking.

14           There's going to be a series of three witnesses that

15  will testify, Billy Jones, Melissa Jones, and Glenn Jones.

16  They will tell you the days before this offense took place,

17  they met George Clark, met him over in Leslie County.  He'll

18  tell you about a rattlesnake that he had in that conversation.

19  Then James Bowling shows up with George Clark.  One of the boys

20  will tell you that George Clark asked him to go make a buy, to

21  go buy some drugs for him.  This man will tell you he was given

22  an amount of money, he went to the residence of the Medlins, he

23  told him that they were drug dealers, the Medlins, and he made

24  a buy and brought the pills back to him.

25           Later he will tell you phone calls were made and

1   Mr. Jeremy Brashear was met at US 25 at a gas station.  They

2   went to this residence and they robbed Bo Medlin, and they

3   robbed a young woman named Sheila Brock.  These events start

4   happening very quickly, this being the early morning hours of

5   the 17th of August.

6            On the 17th of August, also, Kenneth Fouts and

7   Jeweldean Fouts will tell you they were at the residence, it

8   was very early in the morning.  Jeweldean knows because her

9   husband's a coal miner and he gets up early and goes down the

10  hill to coal mine, to the mine.  She will tell you she was

11  there and three men entered her house.  She saw her son

12  facedown on the floor being handcuffed.  Her pocketbook was

13  taken, any drugs she had was taken, and $1400 in cash was

14  taken.  Kenneth Fouts will tell you that a pistol of his was

15  taken.

16           The Delaney residence.  You'll hear a man testify by

17  the name of Rick Brashear.  He's also a co-conspirator in this

18  matter.  Jeremy Bowling is known to Rick Brashear, I think

19  they're related.  Jeremy Brashear and George Clark and James

20  Bowling came to Rick Brashear's residence.  Rick Brashear's

21  wife was there by the name of Sherry.  There's a Melissa Begley

22  that was also there.  They asked Rick if he knew a place where

23  a drug dealer lived at.  He said, "Yeah, I do."  And he will

24  tell you before this trial is over that his son had died of a

25  drug overdose some months before that, and he thought the drugs

1  came from this residence here in Hardburly in Perry County.  So

2  Rick took them over there, he said, "That's the place right

3  there," and he left with Sherry and Melissa.  All three of

4  those will identify the defendant as being the leader; they

5  will identify the defendant from a lineup, identify him from

6  being there.

7        Mr. Jerry Delaney was in the residence.  He will tell

8  you that his door was crashed in by three people, he will tell

9  you that he was hit in the face with the butt end of a rifle

10 and knocked to the floor.  You'll see from the photographs the

11 swelling.  He will say, also, he was facedown on the floor and

12 they told him to be still and be quiet, and then a shot was

13 hired where his head was at, it went right through the floor by

14 his head.

15       Now, right after this robbery took place, there's

16 another one that took place.  It took place at the residence of

17 Carew Messer.  Now, this one is somewhat unique, because at

18 Carew's house –– His daughter is going to testify.  Her name is

19 Louise Williams.  Louise is a fine woman, a nurse, she works

20 hard, she has a daughter named Kelse.  Their residence is right

21 next to Carew Messer's house.  She calls her dad "Carew."

22 She'll tell you that her dad used to sell drugs.  But on this

23 date, on the 18th of August, right after the Delaney robbery,

24 moments afterwards, a man came to her house, knocked on the

25 door, he was wearing a mask, put a gun on her, was going to

1 move her to her father's residence just a few steps away.

2 Kelse will testify.  And she said she woke up and she saw a man

3 with a gun drawn on her mom.  Louise will tell you that she

4 identified this man through his mask as Mr. James Bowling.

5 They were both taken to Carew Messer's house in the front

6 there.  There was one person that was taller than the rest of

7 them, and there they took Carew Messer's prescription bottles

8 and a Mossberg .12-gauge shotgun.

9          Now, after they left this residence, Louise called

10 the police.  There's an interval of time where one of the

11 officers in Perry County, Deputy Ranken, the other one Deputy

12 Miller knew the possible location where this vehicle was going

13 to come at.  And some of these places are very remote.  Miller

14 identified a location, he set up surveillance, he had an

15 identification of a white Blazer with a taillight out that was

16 going to come there.

17          In the meantime, Rick Brashear had met up again with

18 George Clark and James Bowling and Jeremy Brashear.  At that

19 location, George Clark got in the vehicle with them.  In the

20 back was a big bag.  Mr. Delaney will tell you that some of the

21 weapons that came in were AR-15s, black assault rifles.  When

22 George Clark got into the vehicle with Mr. Brashear, he put

23 this big bag in the back of it, and they left following Jeremy

24 Bowling -- I'm sorry, Jeremy Brashear and James Bowling down

25 the hill.  The deputy pulls over Bowling and Brashear, does a

OPENING STATEMENT — MR. WEST                    10

1  search of the vehicle, doesn't find the long guns, finds

2  pistols.  At that moment, Jeremy Brashear and James Bowling

3  realized, we're caught.  They begin to talk immediately.  They

4  told the officers over the next 48 to 72 hours the plan they

5  had with George Clark.  They told them where all the property

6  was located at, they went and found it.  The officers followed

7  up, went to George Clark's residence, found his wife, Diedre

8  Clark, up on a hill in a four-wheeler.  They interviewed

9  Mr. Dan Hoskins.  Dan will testify that he was coming down the

10 hill the next day and he ran into Diedre Clark and George

11 Clark.  They had a flat tire.  And George says, "Can you take

12 these things for me," and he threw them in the back of his car.

13 "Meet me up on the hill," where we've got an aerial photograph

14 that's going to show you where Dan Hoskins met the defendant.

15 The searches begin in the pond, items were found, Johnny

16 Melton's guns were found there, Jeweldean Fouts' gun was there,

17 all in this pond that Jeremy Brashear led them to.

18         Up on the hill where Don Hoskins met George Clark at,

19 he said George grabbed the items and went and stashed them

20 somewhere in the woods and he took off.  The officers searched

21 and searched, they brought in a Fish and Wildlife dog that was

22 trained to find evidence.  She found the firearms that you're

23 going to see, the same ones that Kenneth Caldwell is going to

24 tell you that was stolen.

25         And through the course of the investigation and

1  receipts that were located, we started to track some of the

2  purchases of the firearms.  Located a photograph of the

3  defendant, George Clark, holding an AR-15.  In a larger

4  photograph, you're going to see a serial number right on one of

5  these sight mounts.  That serial number is unique.

6           They located paperwork from a place called H & K

7  Pawnshop.  One of those men will testify and he was a trained

8  sniper with the Marine Corps many years ago who will recognize

9  George Clark and he will tell you that prior to Diedre Clark

10 coming in and purchasing a Rock River AR-15, he had a

11 conversation with George, and he talked at great length about

12 AR-15s and talked about Rangers and the Rangers from

13 Fort Benning.  George didn't buy the firearm, in fact he didn't

14 even touch it at the time.  I submit to you that that's because

15 Mr. Clark has a prior felony offense.

16          Days later Diedre came in.  They found the receipt

17 where she purchased the AR-15 that matches by serial number

18 what was recovered up on the hill behind George's house.  Later

19 on they found another form where George brought back in a Rock

20 River Arms AR-15.  People will testify that's a form we use,

21 and up on the top is his name, his operator's license number.

22 Not his Social Security number, but his operator's license

23 number.  They'll testify that the way they take them back in is

24 with a driver's license, they write the information down.

25 Later on there's another form where Diedre came back and got

OPENING STATEMENT – MR. WEST                    12

1  the same Rock River Arms firearm back out.  During all this

2  time, Mr. Clark is in jail on some unrelated state charges.

3  The officers picked up some jail conversations where they're

4  talking in code back and forth, 1.2, 3.5, which Chris Fugate

5  will testify he knew was a code, an absolute code.

6          So they did a search of Diedre's house and found this

7  document that you'll see.  It's a pretty large document, we'll

8  put it up, with the numbers on the top, 1.2, 2.5, this

9  communication from George to Diedre saying something to the

10 effect offer Jerry Delaney 100 OCs, save the man with the

11 tattoo.  Jeremy Brashear and James Bowling will identify George

12 as the leader.  Rick Brashear will identify George as the

13 leader of the robbery that took place in Hardburly.

14         A subsequent search of there, also, of Diedre, we

15 find a driver's license of George Clark with the very same

16 operator's license number on it.  And in there we find the two

17 fake DD–214s.  Colonel McKnight will testify, we have the

18 originals also, the two we recovered are, in fact, fake.  The

19 representations on those DD–214 are false.  We have ordered

20 from the St. Louis Missouri office from the Department of

21 Defense the original file of Mr. Clark. It's got the original

22 DD–214 in there.  It doesn't match.  The lie that George Clark

23 told, the fear and the intimidation he put on such people as

24 Louise Williams, Kelse Williams, Kenneth Fouts, Jeweldean

25 Fouts, Johnny Melton, Annette Lucas, and others has come full

1  circle.  I ask that you listen to all the evidence, both for

2  the United States and for the defendant, and please don't make

3  up your mind until all the evidence is in, and at the

4  conclusion of the evidence next week, we'll ask you for a

5  verdict, a verdict of guilty as to each and every count of the

6  indictment.

7            THE COURT:  Thank you, Mr. West.

8            Mr. Hoskins.

9            MR. HOSKINS:  May it please the Court.

10            THE COURT:  Mr. Hoskins.

11            MR. HOSKINS:  Mr. West.

12            MR. WEST:  Mr. Hoskins.

13            MR. HOSKINS:  Ladies and gentlemen of the jury, the

14  evidence in this case will show that in 2003 George Clark was

15  starting a new life.  His life had been pretty rough up to that

16  point.  He graduated from high school in Williamsburg, Whitley

17  County, Kentucky, where he grew up.  At 17, he joined the

18  United States Army.  He was in the Army for a while, and one

19  day on a training exercise, the M–16 that he was using exploded

20  and George suffered a very severe injury from that, he lost his

21  hearing in his right ear and had a severe hearing loss in his

22  left ear.

23            So at that point George had to get out of the

24  military.  He went back to Whitley County where he lived and

25  had grown up.  He worked as an EMS here in Laurel County for a

1  while.  He was interested in that sort of thing, he was

2  interested in what police did, and he became an informant for

3  the police down in Whitley County.  He helped them with some

4  drug dealers and helped get people charged with crimes,

5  testified in Court for the police.

6            George also got caught up with some bad company back

7  then.  And the company that he caught up with back then decided

8  that it would be a good idea when they found these drug dealers

9  that they would rob them, and George got involved with that

10 back in 1997, 1998 in Whitley County and McCreary County.

11 George got caught, got arrested, he was prosecuted.  As you

12 will hear in this trial, when George got caught, he confessed,

13 he said, yeah, here's what I did.  He sat down and told the

14 police what he had done.  He accepted his punishment and went

15 to prison and he served his time and got out.  And when he got

16 out, like I said, he started a new life.  He married a lady

17 that he had known in the past, Diedre, from up in Leslie

18 County, and he went to Leslie County to live there.

19            He had a pretty good VA benefits because of the

20 injury to his ears, and so he was —— he and Diedre were able to

21 have a nice life there in Leslie County.  Diedre had a couple

22 of daughters, they were George's stepdaughters, and George was

23 part of their life, he went to their ballgames and their camp

24 activities, church camp things.

25            One of Diedre's daughters had a friend whose father

 1  was a guy named James Bowling.  Now, you've heard already James

 2  Bowling many times, you've heard many names mentioned.  James

 3  Bowling sold drugs.  James Bowling got to know George through

 4  their daughters; their daughters were friends –– or George's

 5  stepdaughters rather, they were friends, they would spend the

 6  night at each other's house, they got –– George and James

 7  Bowling got to know each other through these teenage girls.  In

 8  the course of that, George let James Bowling know about his

 9  past, let him know that he had served time for being involved

10  in these robberies, and James Bowling thought that was very

11  intriguing and exciting.  He talked to George about it, George

12  talked to him about it.

13          Not long after that, James Bowling and his friend,

14  Jeremy Brashear, along with several other people, there are

15  other names mentioned by Bowling and Brashear, they started

16  copying what George had done years before.  They evidently

17  committed these robberies that you heard Mr. West talking about

18  earlier, and they got caught.  James Bowling and Jeremy

19  Brashear, August 18th of 2006, they were caught.  They had

20  drugs with them, they had stolen property with them, they had

21  firearms with them, they had ammunition for an assault rifle in

22  the vehicle with them.  George Clark was not there.  The police

23  did not see George Clark there.

24          James Bowling was a drug dealer, like I said.  He was

25  the one who was the ringleader in this case, what was going on

1 with these robberies.  James Bowling wanted to say –– wants to

2 say from the beginning, oh, I was so afraid of George Clark.

3 You heard Mr. West mention stealing beer.  James Bowling is the

4 one that went into that man's house and in the course of this

5 robbery, on his way out, picked up a six pack or a case of

6 beer, whatever was there, and laughed about it.  Later on, he

7 tried to tell the police, oh, I took that beer to give these

8 people a clue that we weren't really the police.  I was just ––

9 I wanted to get caught.  I was giving clues out, I was doing

10 things because I wanted to get caught.  James Bowling was

11 driving to Corbin with his wife to buy an assault rifle in this

12 time period before some of these robberies.  In this period

13 that you've heard about, James Bowling and his wife went from

14 their home in Leslie County to Corbin to the Bacon Creek Gun

15 Shop.  They bought an assault rifle, they bought police

16 clothing there.  George Clark wasn't there.  George Clark

17 wasn't the one doing this stuff.  James Bowling was behind

18 this.

19          You'll hear other names of people, Dan Hoskins, a

20 Josh Wilson, other names connected with these offenses, and

21 you'll evidently hear from these people from the witness stand

22 or some of them.  Their involvement is very questionable, it's

23 not –– it's not something I can tell you you're going to hear

24 that they were involved in these robberies, but they're

25 involved in this case.  Their names were mentioned by Bowling

 1   and Brashear, along with George's.  When Bowling and Brashear

 2   get caught, they start naming names and try to get other people

 3   in trouble, because they know that's all they can do to get

 4   their own selves out of trouble.

 5           The witnesses that you will hear from are either

 6   friends or family for the most part of the Bowlings and the

 7   Brashears.  And I'm not going to talk about the people whose

 8   homes were robbed.  The other witnesses that you heard from the

 9   government, they're friends and family of James Bowling and

10   Jeremy Brashear and Rick Brashear.  James and Jeremy are uncle

11   and nephew -- I'm sorry.  Jeremy Brashear and Rick Brashear are

12   uncle and nephew.  So it's a family affair on that end, it's

13   friends and family backing up what Bowling and Brashear are

14   saying.  Bowling and Brashear have pled guilty in this Court

15   and they're waiting to be sentenced after this trial is over.

16   That will color their testimony.

17           Ladies and gentlemen, when George got in trouble ten

18   years ago, he told the truth about what he did.  He accepted

19   his punishment, served his time, and he was released.  He left

20   Whitley County, got married, and started a new life in Leslie

21   County.  After you hear the evidence in this case, I submit

22   that you will not find evidence that shows beyond a reasonable

23   doubt that George Clark committed these crimes.  Thank you.

24                          (Transcript concluded.)

25               C E R T I F I C A T E

1          I, Cynthia A. Oakes, certify that the foregoing is a

2    correct transcript from the record of proceedings in the

3    above—entitled matter.

4

5    12/4/2009                          s/CYNTHIA A. OAKES
        DATE                            CYNTHIA A. OAKES, RPR, RMR, CRR
6

7

8

9

10                              I N D E X

11                                                            PAGE

12   Opening Statement on behalf of the Government
          By Mr. West:                                         2
13
     Opening Statement on behalf of the Defendant
14        By Mr. Hoskins:                                      13

15

16

17

18

19

20

21

22

23

24

25