United States District Court
For The Southern District of
Kentucky
(London)

**Eastern District of Kentucky**
**FILED**
DEC - 8 2020
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

United States of America

V.

George Clark

Case no.
6:07-CR-13-SSS-DCR

## Motion For Compassionate Release Pursuant To 18 U.S.C. § 3582(c)(1)(A)(i)

Sir this last year has been a year that will never be forgotten, with the Covid-19 virus so many people have died. We have all lost friends.

Sir the last time I sat in your court room I was a addict who thought that he could lie his way out of accepting responsibility for the crimes I commited.

I am and always will be so embarrassed for the way I acted, for the lies I told and for the crimes I am guilty of.

I hope the Court, the AUSA and victems and the officers envolved in my case will accept my sincere apology.

I listened to my ex-wife Deidre, a fellow addict who convinced me I could lie my way out of this, she was a very bad influence but in the end everything was my fault and I accept the responsibility.

I was addicted to Fentanyl, given to me by doctors as the court record reflects.

Sir over the last 14 years I have completed several programs including the Life Connections Program.

I lost my left leg below the knee and although I have a prostetic leg I can no longer walk and will be in a chair my balance is to bad to allow me to walk I have diabetes and 53 other medical conditions which put me at risk.

As I write this only 6 of us on the 47 man Med-Surg unit are negative for Covid, my friend Ralf Thomas died yesterday.

I don't have Covid-19 as of today.

Judge as you know I have 189 year sentence I beg you to grant this motion the US probation office has visited and approved my home placement with my son his wife and my grand-daughter. I will never

commit another crime, my loss of my leg and balance prevent me from walking.

Sir my granddaughter is 2 years old and she is my world I never knew that I could love another person that much, you should see her sir. I want to go home to her If you grant this motion I would have 5 years of supervised release to serve and in that time I would prove to the court that this 48 year old - old man will never brake the law again. what ever your decision may be I hope that You, Mr West and the officers accept my apology for the way I acted. I should have never robbed those people and the fact that they sold drugs did not make it okay I was doing it to satisify my and Deidre's addiction to the pain meds.

I have a 100% rating with the VA which will allow my source of income and counsolers to help me. I will always be a addict and I will always have to fight that addiction. Judge I dont want to die in here please I beg you sir I ask Mr West not to object and I ask you to grant my compassionate release.

Sir My Doctor and the warden as well as

a board of my unit Team agreed that I get compassionate release but the general counsil in Washington denied the request I have put this in the motion and sent it as an exhibit.

Again Sir I hope you accept my apology and my acceptance of guilt. I am no longer married to Deidre nor do I have contact with her or her negative influance.

- Movant begs this honorable court grant the motion and grant Time served with 5 years supervised release Movants life is in danger due to the Covid outbrake at the prison With the pre-existing medical issues Movants chances of surviving Covid-19 are very low.

Respectfully
George Clark

I declair the above is True and correct to the best of my knowledge  George Clark
Nov-17-20

I certify a copy of the above motion was sent out first class mail postage paid to the address of the AUSA in Lexington Ky on Nov-17-20
* George Clark   date Nov-17-20

Pn. 4